JEFFREY D. GOLDMAN (Bar No. 155589),
JGoldman@jmbm.com
RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com
BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:     (310) 203-8080
Facsimile:      (310) 203-0567

Attorneys for Defendant UMG RECORDINGS, INC.

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Defendant. | CASE NO.     CV11-01613 JCS<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT** |

1  Pursuant to Local Rule 6-1(a), plaintiff Rick James, by and through The James
2  Ambrose Johnson, Jr., 1999 Trust ("Plaintiff") and defendant UMG Recordings, Inc. ("Defendant"),
3  through their respective counsel of record, do hereby agree and stipulate as follows:
4      (1)   Defendant's time to respond to Plaintiff's Complaint shall be extended for 4
5  additional days.
6      (2)   Defendant shall file its response to the Complaint no later than June 10, 2011.

8  IT IS SO STIPULATED.

10 DATED: June 3, 2011     JEFFREY D. GOLDMAN
                          RYAN S. MAUCK
11                        BRIAN M. YATES
                          JEFFER MANGELS BUTLER & MITCHELL LLP

                          By: /s/ Jeffrey D. Goldman
14                                JEFFREY D. GOLDMAN
                          Attorneys for Defendant UMG RECORDINGS, INC.

16 DATED: June 3, 2011     DAVID M. GIVEN
                          NICHOLAS A. CARLIN
17                        PHILLIPS, ERLEWINE & GIVEN LLP

19                        By: /s/ David M. Given
                                  DAVID M. GIVEN
20                        Attorneys for Plaintiff RICK JAMES, by and through
                          THE JAMES AMBROSE JOHNSON, JR., 1999
21                        TRUST