JEFFREY D. GOLDMAN (Bar No. 155589),
JGoldman@jmbm.com
RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com
BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:     (310) 203-8080
Facsimile:     (310) 203-0567

Attorneys for Defendant UMG RECORDINGS, INC.

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>            Defendant. | CASE NO.   CV11-01613 JCS<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT** |

1  Pursuant to Local Rule 6-1(a), plaintiff Rick James, by and through The James
2  Ambrose Johnson, Jr., 1999 Trust ("Plaintiff") and defendant UMG Recordings, Inc. ("Defendant"),
3  through their respective counsel of record, do hereby agree and stipulate as follows:
4      (1)    Defendant's time to respond to Plaintiff's Complaint shall be extended for 4
5  additional days.
6      (2)    Defendant shall file its response to the Complaint no later than June 10, 2011.

8  IT IS SO STIPULATED.

10  DATED: June 3, 2011     JEFFREY D. GOLDMAN
     RYAN S. MAUCK
11   BRIAN M. YATES
     JEFFER MANGELS BUTLER & MITCHELL LLP

14  By: /s/ Jeffrey D. Goldman
    JEFFREY D. GOLDMAN
15  Attorneys for Defendant UMG RECORDINGS, INC.

16  DATED: June 3, 2011     DAVID M. GIVEN
    NICHOLAS A. CARLIN
17  PHILLIPS, ERLEWINE & GIVEN LLP

19  By: /s/ David M. Given
    DAVID M. GIVEN
20  Attorneys for Plaintiff RICK JAMES, by and through
    THE JAMES AMBROSE JOHNSON, JR., 1999
21  TRUST

7830736v1     - 2 -     Second Stipulation to Extend Time to Respond to Complaint

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Mitchell LLP