David M. Given (State Bar No. 142375)
dmg@phillaw.com
Nicholas A. Carlin (State Bar No. 112532)
nac@phillaw.com
Alexander H. Tuzin (State Bar No. 267760)
aht@phillaw.com
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA   94111
Telephone:  415-398-0900
Facsimile:  415-398-0911

*Attorneys for Plaintiff*

Jeffrey D. Goldman (State Bar No. 155589)
jgoldman@jmbm.com
Ryan S. Mauck (State Bar No. 223173)
rmauck@jmbm.com
Brian M. Yates (State Bar No. 241798)
byates@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: 310-203-8080
Facsimile: 310-203-0567

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 11-01613 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE**<br><br>The Honorable Susan Illston |

.

1    Plaintiff in the above-captioned action and Defendant UMG Recordings, Inc. ("UMGR"),
2 by and through their counsel, hereby stipulate as follows:
3    WHEREAS, Plaintiff in this case filed its complaint on April 1, 2011;
4    WHEREAS, on June 1, 2011, the Court issued an Order relating the case entitled *Rob
5 Zombie et al. v. UMG Recordings, Inc.*, Case No. CV 11-02431 SI (the "Zombie Action"), to this
6 case;
7    WHEREAS, on June 10, 2011, UMGR filed in this case: (a) a Motion to Dismiss Action
8 for Improper Venue or Transfer Action to Central District of California ("James Venue Motion");
9 and (b) a Motion to Dismiss Fourth Cause of Action for Violation of California Business &
10 Professions Code § 17200 ("James Motion to Dismiss");
11    WHEREAS, on July 8, 2011, UMGR filed in the Zombie Action: (a) a Motion to Dismiss
12 Action for Improper Venue or Transfer Action to Central District of California ("Zombie Venue
13 Motion"); and (b) a Motion to Dismiss Fourth Cause of Action for Violation of California
14 Business & Professions Code § 17200 ("Zombie Motion to Dismiss");
15    WHEREAS, on July 27, 2011, The Tubes filed in the Zombie Action a Motion to
16 Intervene as Plaintiff and Additional Class Representative ("Motion to Intervene");
17    WHEREAS, the James Venue Motion, James Motion to Dismiss, Zombie Venue Motion,
18 Zombie Motion to Dismiss, and Motion to Intervene have all been fully briefed;
19    WHEREAS, by notice dated August 18, 2011, the hearing on the Zombie Venue Motion,
20 Zombie Motion to Dismiss, and Motion to Intervene was continued until September 2, 2011 at
21 9:00 a.m. (Zombie Docket No. 25);
22    WHEREAS, on August 19, 2011, the Court's law clerk confirmed by email that the
23 hearing on the James Venue Motion and James Motion to Dismiss was also continued until
24 September 2, 2011 at 9:00 a.m., such that all pending motions in both actions are currently
25 scheduled to be heard at that time;
26    WHEREAS, due to prior-scheduled commitments, counsel are unavailable for a hearing
27 on September 2, 2011 at 9:00 a.m., and the parties therefore wish to continue the hearing on all
28 pending motions to the next hearing date that is available for the Court and the parties;

1  WHEREAS, due to prior-schedule commitments, counsel for the parties are unavailable
2  for a hearing on September 9, 2011 or September 16, 2011;
3  WHEREAS, the parties therefore jointly and respectfully request that the Court continue
4  the hearing on all pending motions until September 22, 2011 at 9:00 a.m.;
5  WHEREAS, the purpose of this request is not for delay;
6  WHEREAS, the requested continuance will not alter any other deadlines set by the Court;
7  WHEREAS, concurrent with the filing of this stipulation, the parties in the Zombie Action
8  are filing a similar request to continue the hearing on the motions pending in that case (*i.e.*, the
9  Zombie Venue Motion, Zombie Motion to Dismiss, and Motion to Intervene) to the same hearing
10 date, September 22, 2011 at 9:00 a.m.;
11 IT IS HEREBY STIPULATED THAT:
12 1.  The parties respectfully request that the hearing on the pending James Venue
13 Motion and James Motion to Dismiss be continued from September 2, 2011 until September 22,
14 2011 at 9:00 a.m.

16 IT IS SO STIPULATED.

18 Dated:  August 22, 2011            PHILLIPS, ERLEWINE & GIVEN LLP
                                     DAVID M. GIVEN
                                     NICHOLAS A. CARLIN
19                                   ALEXANDER H. TUZIN

                                     By:  _____/s/ David M. Given_____
21                                             David M. Given

                                     Counsel for Plaintiff Rick James et al.

| | | |
|---|---|---|
| 1 | Dated: August 22, 2011 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 2 | | JEFFREY D. GOLDMAN |
| | | RYAN S. MAUCK |
| 3 | | BRIAN M. YATES |

By: _____*/s/ Jeffrey D. Goldman*_____
            Jeffrey D. Goldman

Counsel for Defendant UMG Recordings, Inc.

I, Roger N. Heller, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: ___/s/ Roger N. Heller_____

- 4 -

STIPULATION AND PROPOSED ORDER TO
CONTINUE HEARING DATE
CASE NO. CV 11-01613 SI

# [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

1. The hearing on the pending James Venue Motion and James Motion to Dismiss is continued until September 22, 2011 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/25/11

_____
The Honorable Susan Illston
United States District Judge

934737.1

1  David M. Given (State Bar No. 142375)
   dmg@phillaw.com
2  Nicholas A. Carlin (State Bar No. 112532)
3  nac@phillaw.com
   Alexander H. Tuzin (State Bar No. 267760)
4  aht@phillaw.com
5  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
6  San Francisco, CA   94111
   Telephone:  415-398-0900
7  Facsimile:   415-398-0911

8  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 11-01613 SI<br><br>**DECLARATION OF DAVID M. GIVEN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**<br><br>The Honorable Susan Illston |
|---|---|

I, David M. Given, declare as follows:

1. I am admitted to practice before this Court and am an attorney at Phillips, Erlewine & Given LLP, counsel for Plaintiff in the above-captioned action. I submit this declaration in support of the parties' Stipulation and [Proposed] Order Continuing Hearing Date. The facts set forth herein are based upon personal knowledge.

2. By notice dated August 18, 2011, the hearing on the pending Zombie Venue Motion, Zombie Motion to Dismiss, and Motion to Intervene was continued until September 2, 2011 at 9:00 a.m. (Zombie Docket No. 25).

3. On August 19, 2011, the Court's law clerk confirmed by email that the hearing on the pending James Venue Motion and James Motion to Dismiss was also continued until September 2, 2011 at 9:00 a.m., such that all pending motions in both actions are currently scheduled to be heard at that time.

4. Due to prior-scheduled commitments, counsel are unavailable for a hearing on September 2, 2011 at 9:00 a.m., and the parties therefore wish to continue the hearing on all pending motions to the next hearing date that is available for the Court and the parties. Due to prior-schedule commitments, counsel for the parties are unavailable for a hearing on September 9, 2011 or September 16, 2011. The parties therefore jointly and respectfully request that the Court continue the hearing on all pending motions until September 22, 2011 at 9:00 a.m.

5. The parties previously requested the following time modifications in this case: (a) Stipulation To Extend Time To File Answer Or Other Response To Plaintiff's Complaint, filed May 5, 2011 (James Docket No. 12); (b) Second Stipulation To Extend Time To File Answer Or Other Response To Plaintiff's Complaint, filed June 3, 2011 (James Docket No. 20); and (c) Stipulation To Continue Hearing Date And Amend Briefing Schedule On Defendant UMG Recordings, Inc.'s Pending Motions To Dismiss And Transfer, filed June 23, 2011 (James Docket No. 27), which the Court granted by Order dated June 28, 2011 (James Docket No. 30).

6. The purpose of the requested continuance is not delay. The requested continuance will not alter any other deadlines set by the Court.

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Executed this 22nd day of August 2011 at San Francisco, California.

            _____/s/ David M. Given_____
                     David M. Given

10  I, Roger N. Heller, am the ECF User whose ID and password are being used to file this
11  document.  In compliance with General Order 45, section X.B., I hereby attest that concurrence in
12  the filing of the document has been obtained from each of the other signatories.

            By:   ___/s/ Roger N. Heller_____

934744.1

- 3 -                                           DECLARATION OF DAVID M. GIVEN
                                                        CASE NO. CV 11-01613 SI