| | |
|---|---|
| David M. Given (State Bar No. 142375)<br>dmg@phillaw.com<br>Nicholas A. Carlin (State Bar No. 112532)<br>nac@phillaw.com<br>Alexander H. Tuzin (State Bar No. 267760)<br>aht@phillaw.com<br>PHILLIPS, ERLEWINE & GIVEN LLP<br>50 California Street, 35th Floor<br>San Francisco, CA   94111<br>Telephone:  415-398-0900<br>Facsimile:   415-398-0911<br><br>*Attorneys for Plaintiff* | Jeffrey D. Goldman (State Bar No. 155589)<br>jgoldman@jmbm.com<br>Ryan S. Mauck (State Bar No. 223173)<br>rmauck@jmbm.com<br>Brian M. Yates (State Bar No. 241798)<br>byates@jmbm.com<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, California 90067-4308<br>Telephone: 310-203-8080<br>Facsimile: 310-203-0567<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 11-01613 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Susan Illston |

- 1 -

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONF
CASE NO. CV 11-01613 SI

.

1  Plaintiff in the above-captioned action and Defendant UMG Recordings, Inc., by and
2  through their counsel, hereby stipulate as follows:
3  WHEREAS, Plaintiff in this case filed its complaint on April 1, 2011;
4  WHEREAS, on June 1, 2011, the Court issued an Order relating the case entitled *Rob
5  Zombie et al. v. UMG Recordings, Inc.*, Case No. CV 11-02431 SI (the "Zombie Action"), to this
6  case;
7  WHEREAS, a further Case Management Conference is currently scheduled in this case,
8  as well as in the Zombie Action, for October 14, 2011 at 3:00 p.m.;
9  WHEREAS, due to prior-scheduled commitments, counsel for Plaintiff are unavailable for
10 a Case Management Conference on October 14, 2011, and the parties therefore wish to continue
11 the upcoming further Case Management Conference to the next date that is available for the Court
12 and the parties;
13 WHEREAS, the parties therefore jointly and respectfully request that the Court continue
14 the upcoming further Case Management Conference until November 4, 2011 at 3:00 p.m.;
15 WHEREAS, the purpose of this request is not for delay;
16 WHEREAS, the requested continuance will not alter any other deadlines set by the Court;
17 WHEREAS, concurrent with the filing of this stipulation, the parties in the Zombie Action
18 are filing a similar request to continue the Case Management Conference in that case to the same
19 date, November 4, 2011 at 3:00 p.m.;
20 IT IS HEREBY STIPULATED THAT:
21 1. The parties respectfully request that the upcoming further Case Management
22 Conference be continued from October 14, 2011 until November 4, 2011 at 3:00 p.m.
23
24 IT IS SO STIPULATED.
25
26
27
28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 5, 2011 | PHILLIPS, ERLEWINE & GIVEN LLP<br>DAVID M. GIVEN<br>NICHOLAS A. CARLIN<br>ALEXANDER H. TUZIN |

Dated: October 5, 2011   PHILLIPS, ERLEWINE & GIVEN LLP
                        DAVID M. GIVEN
                        NICHOLAS A. CARLIN
                        ALEXANDER H. TUZIN

By: _____*/s/ David M. Given*_____
           David M. Given

Counsel for Plaintiff


Dated: October 5, 2011   JEFFER MANGELS BUTLER & MITCHELL LLP
                        JEFFREY D. GOLDMAN
                        RYAN S. MAUCK
                        BRIAN M. YATES

By: _____*/s/ Jeffrey D. Goldman*_____
           Jeffrey D. Goldman

Counsel for Defendant UMG Recordings, Inc.


I, Roger N. Heller, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: ___/s/ Roger N. Heller___

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

1. The upcoming further Case Management Conference is continued until November 4, 2011 at 3:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  10/6/11                              _____
                                             The Honorable Susan Illston
                                             United States District Judge

941085.1