```
 1  PHILLIPS, ERLEWINE & GIVEN LLP
    DAVID M. GIVEN (dmg@phillaw.com)
 2  NICHOLAS A. CARLIN (nac@phillaw.com)
    ALEXANDER H. TUZIN (aht@phillaw.com)
 3  50 California Street, 35th Floor
    San Francisco, California 94111
 4  Telephone:  415/398-0900
    Facsimile:  415/398-0911
 5
    LAW OFFICES OF LEONARD B. SIMON P.C.
 6  LEONARD B. SIMON (lsimon@rgrdlaw.com)
    655 West Broadway, Suite 1900
 7  San Diego, California 92101
    Telephone:  619/338-4549
 8  Facsimile:  619/231-7423

 9  [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

10  Attorneys for Plaintiffs and the Putative Class
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB ZOMBIE, a/k/a Robert Wolfgang Zombie, f/k/a Robert Cummings; WHITE ZOMBIE, a general partnership; WHITESNAKE, a doing business designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; and DAVE MASON, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>                Defendant. | Case No. CV11-02431 SI<br><br>**STIPULATION TO CONSOLIDATE CASE WITH CASE NO. CV11-01613 SI** |

This stipulation is based on the following facts:

1. On June 1, 2011, this Court entered an order granting plaintiffs' administrative motion to relate this case with lead case *James v. UMG Recordings, Inc.*, Case No. CV11-01613 SI (the "*James*" action) (Doc. No. 19).

2. Plaintiffs have requested that defendant agree to consolidate the *James* action with this action. Defendant is agreeable to such consolidation solely for administrative convenience and for no other reason, and on that basis is willing to stipulation to consolidation, on the terms set out herein.

3. The parties hereby agree and stipulate that this action may be consolidated for all purposes with the *James* action pursuant to Fed. R. Civ. P. 42(a)(2).

4. The parties agree and stipulate as a material condition of this stipulation that consolidation of these two actions shall not be used or considered in any manner, directly or indirectly, for any purpose unrelated to consolidation, including but not limited to in connection with any motion concerning class certification. The parties further agree that this stipulation is without prejudice to Defendant's right to move to sever the actions at such time as Defendant deems such a motion advisable, and plaintiffs reserve the right to oppose that motion.

IT IS SO STIPULATED.

DATED: December 13, 2011　　　　　　　PHILLIPS, ERLEWINE & GIVEN LLP
　　　　　　　　　　　　　　　　　　　　DAVID M. GIVEN
　　　　　　　　　　　　　　　　　　　　NICHOLAS A. CARLIN
　　　　　　　　　　　　　　　　　　　　ALEXANDER H. TUZIN


　　　　　　　　　　　　　　　　　　　　_____/s/ David M. Given_____
　　　　　　　　　　　　　　　　　　　　DAVID M. GIVEN

　　　　　　　　　　　　　　　　　　　　50 California Street, 35th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　　　　　Telephone: 415/398-0900
　　　　　　　　　　　　　　　　　　　　Facsimile: 415/398-0911

| | |
|---|---|
| 1 | LAW OFFICES OF LEONARD B. SIMON P.C. |
| | LEONARD B. SIMON |
| 2 | 655 West Broadway, Suite 1900 |
| | San Diego, California 92101 |
| 3 | Telephone:  619/338-4549 |
| | Facsimile:  619/231-7423 |
| 4 | |
| | LIEFF CABRASER HEIMANN |
| 5 |    & BERNSTEIN, LLP |
| | MICHAEL W. SOBOL |
| 6 | ERIC B. FASTIFF |
| | ROGER N. HELLER |
| 7 | CECELIA HAN |
| | 275 Battery Street, 29th Floor |
| 8 | San Francisco, California 94111 |
| | Telephone:  415/956-1000 |
| 9 | Facsimile:  415/956-1008 |
| 10 | Attorneys for Plaintiffs and the Putative Class |

DATED: December 13, 2011       JEFFER MANGELS BUTLER
                                  & MITCHELL LLP
                               JEFFREY D. GOLDMAN
                               RYAN S. MAUCK
                               BRIAN M. YATES


                                  /s/ Jeffrey D. Goldman
                                      JEFFREY D. GOLDMAN

                               1900 Avenue of the Stars, 7th Floor
                               Los Angeles, California 90067
                               Telephone:  310/203-8080
                               Facsimile:  310/203-0567

                               Attorneys for Defendant


                                    *   *   *

                                [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  12/16/11                _____
                               THE HONORABLE SUSAN ILLSTON
                               UNITED STATES DISTRICT JUDGE

STIPULATION TO CONSOLIDATE CASE WITH CASE NO. CV11-01613 SI - CV11-02431 SI      - 2 -