Michael P. Lehmann (Cal. Bar No. 77152)
Bruce J. Wecker (Cal. Bar No. 78530)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
Email: mlehmann@hausfeldllp.com
       bwecker@hausfeldllp.com
       abailey@hausfeldllp.com
Bruce L. Simon (Cal. Bar No. 96241)
Aaron M. Sheanin (Cal. Bar no. 214472)
William J. Newsom (Cal. Bar No. 267643)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
Email: bsimon@pswplaw.com
       asheanin@pswplaw.com
       wnewsom@pswplaw.com
*Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR. 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.  CV11-01613 SI<br>CASE NO.  CV11-02431 SI<br>CASE NO.  CV11-05321-SI<br><br>**STIPULATION TO CONSOLIDATE CASES** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | ROB ZOMBIE, a/k/a Robert Wolfgang Zombie, f/k/a Robert Cummings; WHITE ZOMBIE, a general partnership; WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; and DAVE MASON, individually and on behalf of all others similarly situated,<br><br>          Plaintiff<br><br>  v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>          Defendant. |
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | CARLTON DOUGLAS RIDENHOUR, d/b/a "CHUCK D", INDIVIDUALLY AND AS A MEMBER OF "PUBLIC ENEMY", ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>          Plaintiff,<br><br>  v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>          Defendant. |

This stipulation is based on the following facts:

1. On December 7, 2011, this Court entered an order granting Plaintiff's administrative motion to relate *Ridenhour v. UMG Recordings, Inc.*, Case No. CV11-05321-SI (the "*Ridenhour* action") with *James v. UMG Recordings, Inc.*, Case No. CV11-01613 SI and *Zombie et al. v. UMG Recordings, Inc.*, Case No. CV11-02431 SI (collectively the "*James* Action") (Docket No. 55).

2. Defendant is agreeable to consolidate the *Ridenhour* action with the *James* Action solely for administrative convenience and for no other reason, and on that basis is willing to stipulate to consolidation, on the terms set out herein.

3. The parties hereby agree and stipulate that the *Ridenhour* action may be consolidated for all purposes with the *James* Action pursuant to Fed. R. Civ. P. 42(a)(2).

4. The parties agree and stipulate as a material condition of this stipulation that consolidation of these two actions shall not be used or considered in any manner, directly or indirectly, for any purpose unrelated to consolidation, including but not limited to in connection with any motion concerning class certification. The parties further agree that this stipulation is without prejudice to Defendant's right to move to sever the actions at such time as Defendant deems such a motion advisable, and Plaintiffs reserve the right to oppose that motion.

IT IS SO STIPULATED.

DATED: March 14, 2012

DAVID M. GIVEN
NICHOLAS A. CARLIN
ALEXANDER H. TUZIN
PHILLIPS, ERLEWINE & GIVEN LLP

By: _____/s/ David M. Given_____
DAVID M. GIVEN
Attorneys for Plaintiffs in *James*

DATED: March 14, 2012

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
MICHAEL W. SOBOL
ERIC B. FASTIFF
ROGER N. HELLER
CECILIA HAN

By: _____/s/ Michael W. Sobol_____
MICHAEL W. SOBOL
Attorneys for Plaintiffs in *James*

8449066v1

- 3 -    STIPULATION TO CONSOLIDATE CASES

| | | |
|---|---|---|
| 1 | DATED: March 14, 2012 | MICHAEL P. LEHMANN |
| 2 | | BRUCE J. WECKER |
| | | ARTHUR N. BAILEY, JR. |
| 3 | | MICHAEL D. HAUSFELD |
| | | JAMES J. PIZZIRUSSO |
| 4 | | HAUSFELD LLP |

By: _____/s/ Michael P. Lehmann_____
MICHAEL P. LEHMANN
Attorneys for Plaintiff in *Ridenhour*

BRUCE L. SIMON
AARON M. SHEANIN
WILLIAM J. NEWSOM
CLIFFORD H. PEARSON
DANIEL L. WARSHAW
PEARSON, SIMON, WARSHAW & PENNY, LLP

By: _____/s/ Bruce L. Simon_____
BRUCE L. SIMON
Attorneys for Plaintiff in *Ridenhour*

DATED: March 14, 2012

EDGAR D. GANKENDORF
CHRISTOPHE BELA SZAPARY
PROVOSTY & GANKENDORFF, L.L.C.

By: _____/s/ Edgar D. Gankendorf_____
EDGAR D. GANKENDORF
Attorneys for Plaintiff in *Ridenhour*

DATED: March 14, 2012

JEFFREY D. GOLDMAN
RYAN S. MAUCK
BRIAN M. YATES
JEFFER MANGELS BUTLER & MITCHELL LLP

By: _____/s/ Jeffrey D. Goldman_____
JEFFREY D. GOLDMAN
Attorneys for Defendant *UMG Recordings, Inc.*

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]