1  JEFFREY D. GOLDMAN (Bar No. 155589),
   JGoldman@jmbm.com
2  RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com
   BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com
3  JEFFER MANGELS BUTLER & MITCHELL LLP
   1900 Avenue of the Stars, Seventh Floor
4  Los Angeles, California  90067-4308
   Telephone:   (310) 203-8080
5  Facsimile:   (310) 203-0567

6  Attorneys for Defendant UMG RECORDINGS, INC.

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR. 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated, | CASE NO.  CV11-01613 SI |
| 12 | CASE NO.  CV11-02431 SI |
| 13 | CASE NO.  CV11-05321-SI |
| 14             Plaintiff, | CASE NO.  CV12-01289-JCS |
| 15       v. | CASE NO.  CV12-01305-SI |
| 16  UMG RECORDINGS, INC., a Delaware corporation, | **STIPULATION TO CONSOLIDATE CASES**  (AS MODIFIED) |
| 17 | |
| 18 | |
| 19             Defendant. | |

20

21

22  ROB ZOMBIE, a/k/a Robert Wolfgang Zombie, f/k/a Robert Cummings; WHITE
23  ZOMBIE, a general partnership; WHITESNAKE, a doing business as
24  designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS
25  (OVERSEAS) LIMITED; and DAVE MASON, individually and on behalf of all others
26  similarly situated,

27            Plaintiff

28       v.

| | |
|---|---|
| 1 | |
| 2 | UMG RECORDINGS, INC., a Delaware corporation, |
| 3 | Defendant. |
| 4 | |
| 5 | CARLTON DOUGLAS RIDENHOUR, d/b/a "CHUCK D", INDIVIDUALLY AND AS A MEMBER OF "PUBLIC ENEMY", ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, |
| 6 | |
| 7 | |
| 8 | Plaintiff, |
| 9 | v. |
| 10 | UMG RECORDINGS, INC., a Delaware corporation, |
| 11 | Defendant. |
| 12 | |
| 13 | OTIS WILLIAMS, RON TYSON, jointly d/b/a "THE TEMPTATIONS," on behalf of themselves and all others similarly situated, |
| 14 | |
| 15 | Plaintiff, |
| 16 | v. |
| 17 | UMG RECORDINGS, INC., a Delaware corporation, |
| 18 | Defendant. |
| 19 | |
| 20 | OTIS ROBERT HARRIS, JR., a.k.a. DAMON HARRIS, individually and on behalf of all others similarly situated, |
| 21 | |
| 22 | Plaintiff, |
| 23 | v. |
| 24 | UMG RECORDINGS, INC., a Delaware corporation, |
| 25 | Defendant. |
| 26 | |
| 27 | |
| 28 | |

This stipulation is based on the following facts:

1. On March 27, 2012, this Court entered an order granting Plaintiff Otis Robert Harris, Jr. a.k.a. Damon Harris's administrative motion to relate *Harris v. UMG Recordings, Inc.*, Case No. CV12-01305-SI (the "Harris Action") with *Ridenhour v. UMG Recordings, Inc.*, Case No. CV11-05321-SI (the "Ridenhour action"), *James v. UMG Recordings, Inc.*, Case No. CV11-01613 SI (the "James Action") and *Zombie et al. v. UMG Recordings, Inc.*, Case No. CV11-02431 SI (the "Zombie Action") [Docket No. 75].

2. Defendant UMG Recordings, Inc. ("Defendant") is agreeable to consolidate the Harris Action and *Williams et al. v. UMG Recordings, Inc.*, Case No. CV12-01289-JCS (the "Williams Action") with the James Action, the Zombie Action and the Ridenhour Action solely for administrative convenience and for no other reason, and on that basis is willing to stipulate to consolidation, on the terms set out herein.

3. The parties hereby agree and stipulate that the Harris Action and the Williams Action may be consolidated for all purposes with the James Action, the Zombie Action and the Ridenhour Action, pursuant to Fed. R. Civ. P. 42(a)(2).

4. The parties agree and stipulate as a material condition of this stipulation that consolidation of these five actions shall not be used or considered in any manner, directly or indirectly, for any purpose unrelated to consolidation, including but not limited to in connection with any motion concerning class certification. The parties further agree that this stipulation is without prejudice to Defendant's right to move to sever the actions at such time as Defendant deems such a motion advisable, and Plaintiffs reserve the right to oppose that motion.

IT IS SO STIPULATED.

| | |
|---|---|
| 1  DATED: April 10, 2012 | DAVID M. GIVEN |
| 2 | NICHOLAS A. CARLIN |
|   | ALEXANDER H. TUZIN |
| 3 | PHILLIPS, ERLEWINE & GIVEN LLP |

4

By: /s/ David M. Given

5    　　　　　DAVID M. GIVEN

Attorneys for Plaintiffs in *James* and *Zombie*

6

7  DATED: April 10, 2012        MICHAEL W. SOBOL
                                ERIC B. FASTIFF
                                ROGER N. HELLER
8                               CECILIA HAN
                                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
9

10

By: /s/ Michael W. Sobol

11   　　　　　MICHAEL W. SOBOL

Attorneys for Plaintiffs in *James* and *Zombie*

12  DATED: April 10, 2012        MICHAEL P. LEHMANN
                                 BRUCE J. WECKER
13                               ARTHUR N. BAILEY, JR.
14                               MICHAEL D. HAUSFELD
                                 JAMES J. PIZZIRUSSO
15                               HAUSFELD LLP

16

17

By: /s/ Michael P. Lehmann

　　　　　MICHAEL P. LEHMANN

18  Attorneys for Plaintiffs in *Ridenhour* and *Williams*

19                               BRUCE L. SIMON
                                 AARON M. SHEANIN
20                               WILLIAM J. NEWSOM
                                 CLIFFORD H. PEARSON
21                               DANIEL L. WARSHAW
22                               PEARSON, SIMON, WARSHAW & PENNY, LLP

23

By: /s/ Bruce L. Simon

24   　　　　　BRUCE L. SIMON

Attorneys for Plaintiffs in *Ridenhour* and *Williams*

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: April 10, 2012 | EDGAR D. GANKENDORFF |
| 2 | | CHRISTOPHE BELA SZAPARY |
| | | PROVOSTY & GANKENDORFF, L.L.C. |

DATED: April 10, 2012

EDGAR D. GANKENDORFF
CHRISTOPHE BELA SZAPARY
PROVOSTY & GANKENDORFF, L.L.C.

By: /s/ Edgar D. Gankendorff
    EDGAR D. GANKENDORFF
Attorneys for Plaintiffs in *Ridenhour*

DATED: April 10, 2012

NEVILLE L. JOHNSON
DOUGLAS L. JOHNSON
JAMES T. RYAN
JOHNSON & JOHNSON LLP

By: /s/ Neville L. Johnson
    NEVILLE L. JOHNSON
Attorneys for Plaintiffs in *Williams*

DATED: April 10, 2012

R. ALEXANDER SAVERI
CADIO ZIRPOLI
MELISSA SHAPIRO
SAVERI & SAVERI, INC.

By: /s/ R. Alexander Saveri
    R. ALEXANDER SAVERI
Attorneys for Plaintiffs in *Harris*

DATED: April 10, 2012

BRYAN L. CLOBES
CAFFERTY FAUCHER LLP

By: /s/ Bryan L. Clobes
    BRYAN L. CLOBES
Attorneys for Plaintiffs in *Harris*

DATED: April 10, 2012

JEFFREY D. GOLDMAN
RYAN S. MAUCK
BRIAN M. YATES
JEFFER MANGELS BUTLER & MITCHELL LLP

All filings shall be in C-11-1613 only until otherwise ordered by the Court.

By: /s/ Jeffrey D. Goldman
    JEFFREY D. GOLDMAN
Attorneys for Defendant *UMG Recordings, Inc.*

IT IS SO ORDERED
[signature]
Judge Susan Illston

- 5 -

Stipulation to Consolidate Cases
11-1613/11-2431/11-5321/12-1289/12-1305