1   JEFFREY D. GOLDMAN (Bar No. 155589),
    JGoldman@jmbm.com
2   RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com
    BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com
3   JEFFER MANGELS BUTLER & MITCHELL LLP
    1900 Avenue of the Stars, Seventh Floor
4   Los Angeles, California  90067-4308
    Telephone:     (310) 203-8080
5   Facsimile:      (310) 203-0567

6   Attorneys for Defendant UMG RECORDINGS, INC.

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  RICK JAMES, by and through THE JAMES          CASE NO.  CV11-01613 SI
    AMBROSE JOHNSON, JR. 1999 TRUST, his
12  successor in interest, individually and on behalf   CASE NO.  CV11-02431 SI
    of all others similarly situated,
13                                                CASE NO.  CV11-05321-SI

14              Plaintiff,                        CASE NO.  CV12-01289-JCS

15        v.                                      CASE NO.  CV12-01305-SI

16                                                **STIPULATION TO CONSOLIDATE CASES**

17  UMG RECORDINGS, INC., a Delaware
    corporation,                                   (AS MODIFIED)
18

19              Defendant.

20

21

22  ROB ZOMBIE, a/k/a Robert Wolfgang
    Zombie, f/k/a Robert Cummings; WHITE
23  ZOMBIE, a general partnership;
    WHITESNAKE, a doing business as
24  designation of David Coverdale, by and for
    WHITESNAKE PRODUCTIONS
25  (OVERSEAS) LIMITED; and DAVE MASON,
    individually and on behalf of all others
26  similarly situated,

27              Plaintiff

28        v.

1
2   UMG RECORDINGS, INC., a Delaware
    corporation,
3
                Defendant.
4
    CARLTON DOUGLAS RIDENHOUR, d/b/a
5   "CHUCK D", INDIVIDUALLY AND AS A
    MEMBER OF "PUBLIC ENEMY", ON
6   BEHALF OF HIMSELF AND ALL OTHERS
    SIMILARLY SITUATED,
7
                Plaintiff,
8
         v.
9
    UMG RECORDINGS, INC., a Delaware
10  corporation,
11              Defendant.
12
    OTIS WILLIAMS, RON TYSON, jointly d/b/a
13  "THE TEMPTATIONS," on behalf of
    themselves and all others similarly situated,
14
                Plaintiff,
15
         v.
16
    UMG RECORDINGS, INC., a Delaware
17  corporation,
18              Defendant.
19
    OTIS ROBERT HARRIS, JR., a.k.a. DAMON
20  HARRIS, individually and on behalf of all
    others similarly situated,
21
                Plaintiff,
22
         v.
23
    UMG RECORDINGS, INC., a Delaware
24  corporation,
25              Defendant.
26
27
28

1    This stipulation is based on the following facts:

2    1.    On March 27, 2012, this Court entered an order granting Plaintiff Otis Robert Harris,

3    Jr. a.k.a. Damon Harris's administrative motion to relate *Harris v. UMG Recordings, Inc.*, Case No.

4    CV12-01305-SI (the "Harris Action") with *Ridenhour v. UMG Recordings, Inc.*, Case No. CV11-

5    05321-SI (the "Ridenhour action"), *James v. UMG Recordings, Inc.*, Case No. CV11-01613 SI (the

6    "James Action") and *Zombie et al. v. UMG Recordings, Inc.*, Case No. CV11-02431 SI (the

7    "Zombie Action") [Docket No. 75].

8    2.    Defendant UMG Recordings, Inc. ("Defendant") is agreeable to consolidate the

9    Harris Action and *Williams et al. v. UMG Recordings, Inc.*, Case No. CV12-01289-JCS (the

10    "Williams Action") with the James Action, the Zombie Action and the Ridenhour Action solely for

11    administrative convenience and for no other reason, and on that basis is willing to stipulate to

12    consolidation, on the terms set out herein.

13    3.    The parties hereby agree and stipulate that the Harris Action and the Williams Action

14    may be consolidated for all purposes with the James Action, the Zombie Action and the Ridenhour

15    Action, pursuant to Fed. R. Civ. P. 42(a)(2).

16    4.    The parties agree and stipulate as a material condition of this stipulation that

17    consolidation of these five actions shall not be used or considered in any manner, directly or

18    indirectly, for any purpose unrelated to consolidation, including but not limited to in connection

19    with any motion concerning class certification.  The parties further agree that this stipulation is

20    without prejudice to Defendant's right to move to sever the actions at such time as Defendant deems

21    such a motion advisable, and Plaintiffs reserve the right to oppose that motion.

22    IT IS SO STIPULATED.

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER

8660691v1

- 3 -    Stipulation to Consolidate Cases
11-1613/11-2431/11-5321/12-1289/12-1305

1   DATED:  April 10, 2012          DAVID M. GIVEN
2                                   NICHOLAS A. CARLIN
                                    ALEXANDER H. TUZIN
3                                   PHILLIPS, ERLEWINE & GIVEN LLP

4
                                    By: /s/ David M. Given
5                                   _____
                                        DAVID M. GIVEN
6                                   Attorneys for Plaintiffs in *James* and *Zombie*

7   DATED:  April 10, 2012          MICHAEL W. SOBOL
                                    ERIC B. FASTIFF
8                                   ROGER N. HELLER
                                    CECILIA HAN
9                                   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

10
                                    By: /s/ Michael W. Sobol
11                                  _____
                                        MICHAEL W. SOBOL
12                                  Attorneys for Plaintiffs in *James* and *Zombie*

13  DATED:  April 10, 2012          MICHAEL P. LEHMANN
                                    BRUCE J. WECKER
14                                  ARTHUR N. BAILEY, JR.
                                    MICHAEL D. HAUSFELD
15                                  JAMES J. PIZZIRUSSO
                                    HAUSFELD LLP
16

17                                  By: /s/ Michael P. Lehmann
                                    _____
18                                      MICHAEL P. LEHMANN
                                    Attorneys for Plaintiffs in *Ridenhour* and *Williams*
19
                                    BRUCE L. SIMON
20                                  AARON M. SHEANIN
                                    WILLIAM J. NEWSOM
21                                  CLIFFORD H. PEARSON
                                    DANIEL L. WARSHAW
22                                  PEARSON, SIMON, WARSHAW & PENNY, LLP

23
                                    By: /s/ Bruce L. Simon
24                                  _____
                                        BRUCE L. SIMON
25                                  Attorneys for Plaintiffs in *Ridenhour* and *Williams*

26

27

28

PRINTED ON
RECYCLED PAPER     8660691v1              - 4 -     Stipulation to Consolidate Cases
                                                    11-1613/11-2431/11-5321/12-1289/12-1305

DATED:  April 10, 2012

EDGAR D. GANKENDORFF
CHRISTOPHE BELA SZAPARY
PROVOSTY & GANKENDORFF, L.L.C.

By: /s/ Edgar D. Gankendorff
　　　　 EDGAR D. GANKENDORFF
Attorneys for Plaintiffs in *Ridenhour*

DATED:  April 10, 2012

NEVILLE L. JOHNSON
DOUGLAS L. JOHNSON
JAMES T. RYAN
JOHNSON & JOHNSON LLP

By: /s/ Neville L. Johnson
　　　　 NEVILLE L. JOHNSON
Attorneys for Plaintiffs in *Williams*

DATED:  April 10, 2012

R. ALEXANDER SAVERI
CADIO ZIRPOLI
MELISSA SHAPIRO
SAVERI & SAVERI, INC.

By: /s/ R. Alexander Saveri
　　　　 R. ALEXANDER SAVERI
Attorneys for Plaintiffs in *Harris*

DATED:  April 10, 2012

BRYAN L. CLOBES
CAFFERTY FAUCHER LLP

By: /s/ Bryan L. Clobes
　　　　 BRYAN L. CLOBES
Attorneys for Plaintiffs in *Harris*

DATED:  April 10, 2012

JEFFREY D. GOLDMAN
RYAN S. MAUCK
BRIAN M. YATES
JEFFER MANGELS BUTLER & MITCHELL LLP

All filings shall be in C-11-1613 only until otherwise ordered by the Court.

By: /s/ Jeffrey D. Goldman
　　　　 JEFFREY D. GOLDMAN
Attorneys for Defendant *UMG Recordings, Inc.*

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8660691v

Stipulation to Consolidate Cases
11-1613/11-2431/11-5321/12-1289/12-1305