UNITED STATES DISTRICT COURT

Northern District of California

RICK JAMES,

                Plaintiff,

  v.

UMG RECORDINGS,

                Defendant.
_____/

No. C 11-1613 SI (MEJ)

**ORDER RE: MEET & CONFER PROCEDURE**

The Court is in receipt of Defendant UMG Recording's request, filed May 11, 2012, regarding the in-person meet and confer requirement for discovery disputes in this case. (Dkt. No. 97.) Good cause appearing, the Court hereby GRANTS Defendant's request to meet and confer by telephone. So as to ensure compliance with the spirit of the meet and confer requirement, the parties shall make a contemporaneous record of their meetings using a court reporter or electronic recording device.

If the parties are unable to resolve their dispute(s) and need to file a joint letter pursuant to the undersigned's standing order, the requesting party shall provide the opposing party with a draft joint letter addressing any remaining unresolved disputes. Within seven (7) calendar days of receipt of the draft letter, the opposing party shall provide the requesting party with its portion of the letter for filing. If the opposing party fails to timely respond with its portion of the joint letter, the requesting party shall file a request pursuant to the undersigned's standing order.

The parties should be mindful that the Court may re-instate the in-person meeting requirement if it determines that the telephone meetings are not fruitful.

**IT IS SO ORDERED.**

Dated: May 14, 2012

                                                    _____
                                                    Maria-Elena James
                                                   Chief United States Magistrate Judge