KIESEL BOUCHER LARSON LLP
Attorneys at Law
Beverly Hills, California

1  Bruce L. Simon (SBN 96241)
     *bsimon@pswplaw.com*
2  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 2450
3  San Francisco, California 94104
   Tel: (415) 433-9000
4  Fax: (415) 433-9008

5  Neville L. Johnson (SBN 66329)
     *njohnson@jjllplaw.com*
6  **JOHNSON & JOHNSON LLP**
   439 N. Canon Drive, Suite 200
7  Beverly Hills, California 90210
   Tel: (310) 975-1080
8  Fax: (310) 975-1095

9  Michael D. Hausfeld                     Raymond P. Boucher, State Bar No. 115364
     *mhausfeld@hausfeldllp.com*              *boucher@kbla.com*
10 James J. Pizzirusso                     Jeffrey A. Koncius, State Bar No. 189803
     *jpizzirusso@hausfeldllp.com*            *koncius@kbla.com*
11 **HAUSFELD LLP**                        **KIESEL BOUCHER LARSON LLP**
   1700 K Street, NW Suite 650            8648 Wilshire Boulevard
12 Washington, D.C. 20006                 Beverly Hills, California 90211-2910
   Tel: (202) 540-7200                    Tel: (310) 854-4444
13 Fax: (202) 540-7201                    Fax: (310) 854-0812

14 Attorneys for *Williams* Plaintiffs and the Class

15 [Additional Counsel Appear on Signature Pages]

16                UNITED STATES DISTRICT COURT

17      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18 RICK JAMES, by and through THE JAMES        Case No. CV 11-1613-SI
   AMBROSE JOHNSON, JR., 1999 TRUST,
19 his successor in interest, individually and on   **JOINT REQUEST THAT THE COURT**
   behalf of all others similarly situated,       **ADVISE WHETHER CASE**
20                                                 **MANAGEMENT STATEMENTS NEED**
                    Plaintiffs,                    **BE SEPARATELY FILED IN THE**
21                                                 **NEWLY CONSOLIDATED MATTERS**
              v.                                   **OF *WILLIAMS, ET AL. V. UMG***
22                                                 ***RECORDINGS, INC.* AND *HARRIS V.***
   UMG RECORDINGS, INC., a Delaware              ***UMG RECORDINGS, INC.***
23 Corporation,

                    Defendant.
24
                                                 Judge:  Hon. Susan Illston
25                                               Crtrm.: 10

26 _____

27 AND RELATED CASES.

28 _____

                                    JOINT REQUEST THAT THE COURT ADVISE
                                      WHETHER CASE MANAGEMENT
                                    STATEMENTS NEED BE SEPARATELY FILED
                                      IN THE NEWLY CONSOLIDATED MATTERS

**WHEREAS, THIS JOINT REQUEST IS MADE PURSUANT TO THE FOLLOWING FACTS:**

1.    On April 16, 2012, the Court entered an order pursuant to stipulation of the parties consolidating *Williams, et al. v. UMG Recordings, Inc.*, Case No. CV 12-01289-JCS ("*Williams*") and *Harris v. UMG Recordings, Inc.*, Case No. CV 12-01305-SI ("*Harris*") with the lead case of *James v. UMG Recordings, Inc.*, ("*James*"), Case No. CV 11-1613-SI, so that the *Williams* and *Harris* matters are now pending before the Honorable Susan Illston along with the other actions also consolidated with *James* (the "Consolidated Cases").

2.    A Case Management Conference was not ordered in *Williams* nor *Harris*, nevertheless, the parties did confer and discussed all issues required by Fed. R. Civ. Proc. 26. Further, the parties served Initial Disclosures on June 1, 2012.

3.    Since the *Williams* and *Harris* matters have been consolidated by stipulation with the *James* matter, all current deadlines set out in *James* apply equally to the *Williams* and *Harris* matters and, therefore, the parties request that the Court advise whether they should submit Joint Case Management Statements in *Williams* and *Harris* pursuant to Local Rule 16-9 as such statements would be, by and large, duplicative of other such statements filed in the Consolidated Cases.

4.    In light of the above, the parties request that the Court issue an order advising whether Joint Case Management Statements need be filed in the *Williams* and *Harris* matters.

DATED: June 18, 2012                **KIESEL BOUCHER LARSON LLP**


By:    ____/s/ *Jeffrey A. Koncius*_____
       RAYMOND P. BOUCHER
       JEFFREY A. KONCIUS

       Attorneys for *Williams* Plaintiffs and the Class

JOINT REQUEST THAT THE COURT ADVISE
WHETHER CASE MANAGEMENT
STATEMENTS NEED BE SEPARATELY FILED
IN THE NEWLY CONSOLIDATED MATTERS

KIESEL BOUCHER LARSON LLP
Attorneys at Law
Beverly Hills, California

DATED: June 18, 2012                    **CAFFERTY FAUCHER LLP**

                                        By:    _____/s/  Bryan L. Clobes_____
                                               BRYAN L. CLOBES

                                        Attorneys for *Harris* Plaintiffs and the Class

DATED: June 18, 2012                    **JEFFER MANGELS BUTLER & MITCHELL LLP**

                                        By:    _____/s/  Jeffrey D. Goldman_____
                                               JEFFREY D. GOLDMAN

                                        Attorneys for Defendant UMG Recordings, Inc.

### [PROPOSED] ORDER

        In response to the Joint Request set out above, IT IS ORDERED that Joint Case Management

Statements _____ NOT _____ be filed.

DATED: _ 6/25/12 _____       _____
                                           THE HONORABLE SUSAN ILLSTON
                                           UNITED STATES DISTRICT JUDGE

KIESEL BOUCHER LARSON LLP
Attorneys at Law
Beverly Hills, California

3        JOINT REQUEST THAT THE COURT ADVISE
         WHETHER CASE MANAGEMENT
         STATEMENTS NEED BE SEPARATELY FILED
         IN THE NEWLY CONSOLIDATED MATTERS