UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendant.<br>_____/ | No. C 11-1613 SI<br><br>**ORDER RE: DISCOVERY DISPUTE**<br><br>**Re: Docket No. 106** |

On August 6, 2012, the parties filed a joint discovery dispute letter regarding UMGR's request to serve more than 25 interrogatories on each of the named Plaintiffs in this action. Upon review of the parties' arguments, it appears that UMGR should be permitted additional interrogatories, but the parties should also be able to reach an agreement as to how its request could be made less overbroad and burdensome. Accordingly, the Court ORDERS the parties to meet and confer, either in person or by videoconference, by August 16, 2012. If the parties are able to reach an agreement as to the scope of the additional interrogatories, they shall thereafter file a stipulation. If unable to reach an agreement, they shall file a revised joint letter by August 23, 2012.

**IT IS SO ORDERED.**

Dated: August 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge