August 23, 2012



**VIA ELECTRONIC CASE FILING AND MESSENGER**

The Honorable Maria-Elena James
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *James v. UMG Recordings, Inc.*, N.D. Cal. Case No. CV 11-1613 SI

Dear Magistrate Judge James:

      Pursuant to the Court's August 7, 2012 Order Re Discover Dispute (Docket No. 107) ("August 7 Order"), the parties submit this joint report to update Your Honor regarding the status of their efforts to resolve their dispute regarding the request of defendant UMG Recordings, Inc. ("UMGR") to serve additional (i.e., in excess of 25) interrogatories on the named plaintiffs.

      Pursuant to the Court's August 7 Order, the parties met and conferred on August 14, 2012 (in-person—with respect to UMGR's counsel and one of Plaintiffs' counsel—and otherwise via videoconference) regarding this issue. At Plaintiffs' request, the parties agreed to hold a further meet and confer on this issue after the deadline for Plaintiffs to respond to UMGR's pending requests for admission (the requested additional interrogatories at issue are keyed to the requests for admission), which is now August 29, 2012 following Plaintiffs' request for a one-week extension, which UMGR granted. The parties will therefore meet and confer the following day, August 30, 2012 (in-person and/or via videoconference) regarding both UMGR's request to serve additional interrogatories and, if necessary, Plaintiffs' responses to the requests for admission, and intend to submit a stipulation, or if no agreement can be reached a revised joint letter, regarding these issues thereafter, within approximately one week after the August 30, 2012 meet and confer.

      The parties therefore request relief from the August 7 Order to permit their further efforts to resolve this dispute as set forth above.

      Sincerely,

/s/_____        /s/_____
JEFFREY D. GOLDMAN of        ROGER N. HELLER of
Jeffer Mangels Butler & Mitchell LLP        Lieff Cabraser Heimann & Bernstein, LLP