IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK JAMES, by and through The James Ambrose Johnson, Jr., 1999 Trust, his successor in interest, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

UMG RECORDINGS, INC.

    Defendant.

No. C 11-1613 SI; No. C 11-2431 SI
Related Case: No. C 11-5321 SI

**ORDER GRANTING IN PART AND DENYING IN PART THE STIPULATION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs and Defendant UMGR have filed a stipulation that Defendant UMGR may file under seal: (a) the portions of Defendant's Opposition referencing specific royalty rates, and (b) the entire attached Goldman Declaration. They request an order to that effect.

The request to file the portions of the Opposition referencing royalty rates is GRANTED.

The Goldman Declaration contains sixteen exhibits. Exhibits Two through Fifteen consist of recording agreements between Plaintiffs and Defendant. The Court has reviewed the Goldman Declaration, and has not found good cause to file the entirety under seal. The parties were over-inclusive, and failed to designate for file under seal only specific portions of the document that would qualify as privileged, be protectable as a trade secret, or otherwise be entitled to protection under the law. The stipulation for leave to file the Goldman Declaration under seal is DENIED. This order resolves Docket No. 119.

**IT IS SO ORDERED.**

Dated: September 26, 2012

                                              SUSAN ILLSTON
                                              United States District Judge