LEONARD B. SIMON (State Bar No. 58310)
LAW OFFICES OF LEONARD B. SIMON P.C.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-338-4549
Facsimile: 619-231-7423
lsimon@rgrdlaw.com

[Additional Counsel Appear on Signature Page]

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UMG RECORDINGS, INC., a Delaware corporation, <br><br> Defendants. <br><br> AND RELATED ACTIONS | Case No. CV-11-1613 (SI) <br><br> **STIPULATION DEFERRING CLASS CERTIFICATION BRIEFING** |

WHEREAS plaintiffs' motion for class certification is currently scheduled to be filed on October 12, 2012; opposed on November 30, 2012; reply due on December 21, 2012; and argument set for January 18, 2013; and

WHEREAS plaintiffs have requested that said schedule should be modified and deferred on the grounds that additional discovery is necessary and certain discovery matters have not yet been ruled on by the Magistrate Judge, as well as a personal issue affecting plaintiffs' lead counsel; and

WHEREAS UMGR disagrees that additional discovery or rulings by the Magistrate Judge are necessary for plaintiffs to file their class certification brief, but has agreed to accommodate plaintiffs' request in part and compromise its position as reflected herein.

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. The current schedule for class certification briefing and argument is vacated and replaced with the following:

(a) If the motion to amend the complaint is granted in whole or in part (but *see* subparagraph (c) below), the schedule will be reset by stipulation or by Court Order after the pleadings are settled, with each side being given a brief opportunity to advise the Court orally or in writing as to its views on the schedule.

(b) If the motion to amend the complaint is denied in full (*see* subparagraph (c) below), plaintiffs' motion shall be due on December 21, 2012; UMGR's opposition shall be due on February 15, 2013; plaintiffs' reply shall be due on March 8, 2013; and the hearing shall be set by the Court on a date thereafter convenient to the Court. These dates can be modified for good cause shown or in the interests of justice.

(c) If the Court grants the motion for leave to amend only to the extent of permitting certain plaintiffs to dismiss their claims, that will not be considered a grant of the motion for purposes of subparagraph (a) above.

DATED: September 25, 2012         LEONARD B. SIMON
                                  LAW OFFICES OF LEONARD B. SIMON P.C.

                                          s/ LEONARD B. SIMON
                                          LEONARD B. SIMON

|    |    |
|----|----|
| 1  |    |
| 2  | 655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619-338-4549 |
| 3  | Facsimile:  619-231-7423 |
| 4  | *Chair of Lead Class Counsel Group for Plaintiffs* |
| 5  | DATED:  September 25, 2012    JEFFER MANGELS BUTLER & MITCHELL LLP<br>JEFFREY D. GOLDMAN |

                    s/ JEFFREY D. GOLDMAN
                    ───────────────────────────
                    JEFFREY D. GOLDMAN

                    1900 Avenue of the Stars, 7th Floor
                    Los Angeles, CA  90067
                    Telephone:  310/785-5386
                    310/203-0567 (fax)

                    *Attorneys for Defendants*

                         \*    \*    \*

                         **O R D E R**

IT IS SO ORDERED.

DATED: _____9/26/12_____        _____
                                            THE HONORABLE SUSAN ILLSTON
                                            UNITED STATES DISTRICT JUDGE

I:\LenS\James\James vs UMG -- Stipulation -- Deferring Class Certification Briefing.doc

STIPULATION DEFERRING CLASS CERTIFICATION BRIEFING - CV-11-1613 (SI)                    - 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, I authorized the electronic filing of the foregoing **STIPULATION DEFERRING CLASS CERTIFICATION BRIEFING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 25, 2012.

    s/ LEONARD B. SIMON
LEONARD B. SIMON

LAW OFFICES OF LEONARD B. SIMON P.C.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-338-4549
Facsimile: 619-231-7423
Email: lsimon@rgrdlaw.com

# Mailing Information for a Case 3:11-cv-01613-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Susan J. Allison**
  SJA@jmbm.com,ja4@jmbm.com

- **Arthur Nash Bailey , Jr**
  abailey@hausfeldllp.com,celder@hausfeldllp.com

- **Raymond Paul Boucher**
  boucher@kbla.com,smendoza@kbla.com,sharo@kbla.com

- **Elliot Perry Cahn**
  cahnman@aol.com

- **Nicholas A. Carlin**
  nac@phillaw.com,rac@phillaw.com

- **Bryan L. Clobes**
  bclobes@caffertyfaucher.com,alatonick@caffertyfaucher.con,docketclerk@caffertyfaucher.com

- **Eric B. Fastiff**
  efastiff@lchb.com,aruiz@lchb.com,btroxel@lchb.com

- **David M. Given**
  dmg@phillaw.com,rac@phillaw.com

- **Jeffrey D. Goldman**
  jgoldman@jmbm.com,mastercalendar@jmbm.com,RMauck@jmbm.com,BYates@jmbm.com,rf2@jmbm.com

- **Cecilia Han**
  chan@lchb.com

- **Michael D. Hausfeld**
  mhausfeld@hausfeldllp.com

- **Roger Norton Heller**
  rheller@lchb.com,mgordon@lchb.com

- **Douglas Lowell Johnson**
  njohnson@jjllplaw.com

- **Neville L. Johnson**
  njohnson@jjllplaw.com,nkazalbasch@jjllplaw.com,nkurtz@jjllplaw.com

- **Jeffrey Alan Koncius**
  koncius@kbla.com,sharo@kbla.com,jsalgueiro@kbla.com

- **Michael P. Lehmann**
  mlehmann@hausfeldllp.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **Ryan Scott Mauck**
  rmauck@jmbm.com

- **William James Newsom**
  wnewsom@pswplaw.com,nhalpern@pswplaw.com,yberry@pswplaw.com

- **Clifford H. Pearson**
  cpearson@pswplaw.com

- **James J. Pizzirusso**
  jpizzirusso@hausfeldllp.com,kryan@hausfeldllp.com

- **Glenn Douglas Pomerantz**
  glenn.pomerantz@mto.com,cherryl.tillotson@mto.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Melissa Conwell Shapiro**
  mshapiro@saveri.com

- **Aaron M. Sheanin**
  asheanin@pswplaw.com

- **Bruce L. Simon**
  bsimon@pswplaw.com

- **Bruce Lee Simon**
  bsimon@pswplaw.com,yberry@pswplaw.com,dwarshaw@pswplaw.com,mwilliams@pswplaw.com,jwatkins@

- **Leonard B. Simon**
  lens@rgrdlaw.com,terreed@rgrdlaw.com

- **Michael W. Sobol**
  msobol@lchb.com,nreynolds@lchb.com,mgordon@lchb.com,llints@lchb.com,jrudnick@lchb.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Alexander Hilary Tuzin**
  aht@phillaw.com,rac@phillaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswplaw.com,mwilliams@pswplaw.com

- **Bruce J. Wecker**
  bwecker@hausfeldllp.com

- **Kara M Wolke**
  kmw@phillaw.com

- **Cadio R. Zirpoli**
  zirpoli@saveri.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James               Timothy Ryan
Johnson & Rishwain LLP
439 N Canon Dr #200
Beverly Hills, CA 90210
```