UNITED STATES DISTRICT COURT

Northern District of California

RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

UMG RECORDINGS, INC., a Delaware corporation,

    Defendant.

No. C 11-1613 SI (MEJ)

**ORDER REGARDING JOINT DISCOVERY DISPUTE LETTER FILED ON DECEMBER 19, 2012**

**Re: Dkt. No. 139**

In these putative class action lawsuits, Plaintiffs (who are recording artists and producers) allege that they were underpaid royalties owed to them under written contracts with Defendant (a record company). On December 19, 2012, the parties filed another joint discovery dispute letter, this time regarding depositions. Dkt. No. 139. In the letter, Plaintiffs request that the Court order Defendant to produce its Federal Rule of Civil Procedure 30(b)(6) deposition witness without a precondition that the same deponent cannot later be deposed in their individual capacity. "In some circumstances, [a Rule] 30(b)(6) designee may also be deposed in his or her individual capacity. Because 'methods of discovery may be used in any sequence, [Fed. R. Civ. P. 26(d), a witness may be deposed either prior to or following his or her testimony as [a Rule] 30(b)(6) designee." *AG-Innovations, Inc. v. United States*, 82 Fed. Cl. 69, 81 (Fed. Cl. 2008). Thus, the Court finds Plaintiffs may properly depose a witness twice - once in their Rule 30(b)(6) capacity and once in their individual capacity. If the parties have any disputes regarding specific deposition topics and/or whether any deposition topics are duplicative, they shall meet and confer and file another joint letter.

**IT IS SO ORDERED.**

Dated: December 20, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge