UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendant.<br>_____/ | No. C 11-1613 SI (MEJ)<br><br>**ORDER REGARDING DISCOVERY DISPUTE LETTER (DKT. NO. 143)** |

On January 10, 2013, the parties filed a joint discovery letter regarding Defendant's request that the Court order the resumption of the depositions of Dennis King (trustee of plaintiff the James Ambrose Johnson, Jr. Trust) and plaintiffs Dave Mason, David Coverdale d/b/a Whitesnake, Carlton Ridenhour, and Otis Williams and Ron Tyson individually and d/b/a the Temptations. Dkt. No. 143. Good cause appearing, Defendant's request is GRANTED.

**IT IS SO ORDERED.**

Dated: January 15, 2013

_____
Maria-Elena James
United States Magistrate Judge