BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
AARON M. SHEANIN (Bar No. 214472)
  asheanin@pswlaw.com
WILLIAM J. NEWSOM (Bar No. 267643)
  wnewsom@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Defendant. | CASE NO. CV 11-01613 SI (MEJ)<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES**<br><br>Trial Date:           None |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Pearson, Simon, Warshaw & Penny, LLP hereby advises the Court and all parties in this matter that as of March 18, 2013, the firm's new name is:

**PEARSON, SIMON & WARSHAW, LLP**

The address, telephone and facsimile numbers remain the same.  The e-mail addresses for

the attorneys in this matter have been changed as follows:

| | |
|---|---|
| Clifford H. Pearson | cpearson@pswlaw.com |
| Bruce L. Simon | bsimon@pswlaw.com |
| Daniel L. Warshaw | dwarshaw@pswlaw.com |
| Aaron M. Sheanin | asheanin@pswlaw.com |
| William J. Newsom | wnewsom@pswlaw.com |

DATED: March 21, 2013

**PEARSON, SIMON & WARSHAW, LLP**
CLIFFORD H. PEARSON
BRUCE L. SIMON
DANIEL L. WARSHAW
AARON M. SHEANIN
WILLIAM J. NEWSOM

By:   */s/ Bruce L. Simon*
            BRUCE L. SIMON
Attorneys for Plaintiffs and the Class

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

854150.1

2

CV 11-01613 SI (MEJ)

NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES