IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, *et al.*, | No. C 11-1613 SI |
| Plaintiffs, | **ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE DATED MAY 2, 2013** |
| v. | |
| UMG RECORDINGS, INC. | |
| Defendant. | |

Defendant has filed a "motion for relief from nondispositive pretrial order of Magistrate Judge dated May 2, 2013." The Court has reviewed the May 2, 2013 order and defendant's motion and supporting papers, and finds no error in the May 2, 2013 order. Accordingly, defendant's motion is DENIED.

This order resolves Docket No. 158.

**IT IS SO ORDERED.**

Dated: May 23, 2013

SUSAN ILLSTON
United States District Judge