Paul R. Kiesel, State Bar No. 119854
  *kiesel@kbla.com*
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kbla.com*
**KIESEL + LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone:  (310) 854-4444
Facsimile:  (310) 854-0812

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, et al., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>UMG RECORDINGS, INC., a Delaware corporation.<br><br>  Defendant. | Case No. CV 11-01613 SI (MEJx)<br><br>**NOTICE OF FIRM NAME CHANGE**<br><br>Trial Date:    None |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Kiesel Boucher Larson LLP has changed its name and will, henceforth be known as KIESEL + LARSON LLP.  The firm's address, telephone and facsimile numbers, and email addresses remain the same.

DATED: June 27, 2013            KIESEL + LARSON LLP


                      By:       /s/ *Jeffrey A. Koncius*
                            JEFFREY A. KONCIUS
                            Attorneys for Plaintiffs and the Class

CV 11-01613 SI (MEJx)
NOTICE OF FIRM NAME CHANGE