| | |
|---|---|
| 1 | JEFFREY D. GOLDMAN (Bar No. 155589), JGoldman@jmbm.com |
| 2 | RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com |
| 3 | JEFFER MANGELS BUTLER & MITCHELL LLP 1900 Avenue of the Stars, Seventh Floor |
| 4 | Los Angeles, California  90067-4308 Telephone:     (310) 203-8080 |
| 5 | Facsimile:     (310) 203-0567 |
| 6 | Attorneys for Defendant UMG RECORDINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest; CARLTON DOUGLAS RIDENHOUR, d/b/a "CHUCK D," individually and as a member of PUBLIC ENEMY; WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; DAVE MASON; OTIS WILLIAMS and RON TYSON, jointly d/b/a THE TEMPTATIONS; and ROBERT WALTER "BO" DONALDSON, individually and d/b/a BO DONALDSON AND THE HEYWOODS; WILLIAM MCLEAN, a/k/a "WILL MCLEAN" and p/k/a "MISTA LAWNGE," and ANDRES TITUS, p/k/a "DRES," jointly d/b/a BLACK SHEEP, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>       v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>               Defendant. | CASE NO.    CV11-01613 SI (MEJx)<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF OTIS WILLIAMS D/B/A THE TEMPTATIONS**<br><br>[Filed Concurrently with [Proposed] Order] |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Otis Williams d/b/a
2 The Temptations ("Williams") and defendant UMG Recordings, Inc. ("UMGR"), through their
3 attorneys of record, hereby stipulate to dismiss the claims of Williams against UMGR in the above-
4 captioned action without prejudice, each of the aforementioned parties to bear his or its own costs
5 and attorneys' fees with respect to Williams' claims.
6    IT IS SO STIPULATED.

DATED:  July 12, 2013          JEFFREY D. GOLDMAN
                               RYAN S. MAUCK
                               BRIAN M. YATES
                               JEFFER MANGELS BUTLER & MITCHELL LLP


                               By: /s/ Jeffrey D. Goldman
                                       JEFFREY D. GOLDMAN
                                Attorneys for Defendant UMG RECORDINGS, INC.

DATED:  July 12, 2013          NEVILLE L. JOHNSON
                               JOHNSON & JOHNSON LLP


                               By: /s/ Neville L. Johnson
                                       NEVILLE L. JOHNSON
                               Attorneys for Plaintiff Otis Williams d/b/a The
                               Temptations