1 | JEFFREY D. GOLDMAN (Bar No. 155589), JGoldman@jmbm.com
2 | RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com
   | BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com
3 | JEFFER MANGELS BUTLER & MITCHELL LLP
   | 1900 Avenue of the Stars, Seventh Floor
4 | Los Angeles, California  90067-4308
   | Telephone:    (310) 203-8080
5 | Facsimile:     (310) 203-0567

6 | Attorneys for Defendant UMG RECORDINGS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest; CARLTON DOUGLAS RIDENHOUR, d/b/a "CHUCK D," individually and as a member of PUBLIC ENEMY; WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; DAVE MASON; OTIS WILLIAMS and RON TYSON, jointly d/b/a THE TEMPTATIONS; and ROBERT WALTER "BO" DONALDSON, individually and d/b/a BO DONALDSON AND THE HEYWOODS; WILLIAM MCLEAN, a/k/a "WILL MCLEAN" and p/k/a "MISTA LAWNGE," and ANDRES TITUS, p/k/a "DRES," jointly d/b/a BLACK SHEEP, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>      Defendant. | CASE NO.    CV11-01613 SI (MEJx)<br><br>**[PROPOSED] ORDER RE DISMISSAL OF PLAINTIFF OTIS WILLIAMS D/B/A THE TEMPTATIONS** |

PRINTED ON RECYCLED PAPER

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of plaintiff
2   Otis Williams d/b/a The Temptations ("Williams") and defendant UMG Recordings, Inc.
3   ("UMGR"), through their attorneys of record,
4   IT IS HEREBY ORDERED that the claims of Williams against UMGR in the above-
5   captioned action are dismissed without prejudice, each of the aforementioned parties to bear his or
6   its own costs and attorneys' fees with respect to Williams' claims.
7   IT IS SO ORDERED.

DATED: __July 18,_____, 2013   _____
The Hon. Susan Illston
United States District Judge