| | |
|---|---|
| 1 | Paul R. Kiesel, State Bar No. 119854 |
|   |    *kiesel@kbla.com* |
| 2 | Jeffrey A. Koncius, State Bar No. 189803 |
|   |    *koncius@kbla.com* |
| 3 | **KIESEL LAW LLP** |
|   | 8648 Wilshire Boulevard |
| 4 | Beverly Hills, California 90211-2910 |
|   | Telephone:  (310) 854-4444 |
| 5 | Facsimile:   (310) 854-0812 |

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, et al., individually and on behalf of all others similarly situated, | Case No. CV 11-01613 SI (MEJx) |
| Plaintiffs, | **NOTICE OF CHANGE OF FIRM NAME** |
| v. | |
| UMG RECORDINGS, INC., a Delaware corporation. | |
| | Trial Date:    None |
| Defendant. | |

NOTICE OF CHANGE OF FIRM NAME

TO THIS HONORABLE COURT, ALL PARTIES, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kiesel + Larson LLP has changed its name and will henceforth be known as **KIESEL LAW LLP**.  The firm's address, telephone and facsimile numbers, and web site address remain the same. To wit:

>KIESEL LAW LLP
>
>8648 Wilshire Boulevard
>
>Beverly Hills, CA 90211-2910
>
>Telephone:     (310) 854-4444
>
>Facsimile:     (310) 854-0812
>
>Web:          www.kbla.com

Please take notice of this change and update your records and Proof of Service forms accordingly.

DATED: September 27, 2013          KIESEL LAW LLP

By:  */s/ Jeffrey A. Koncius*
Jeffrey A. Koncius, Esq.

Attorneys for Plaintiffs and the Class