LEONARD B. SIMON (State Bar No. 58310)
LAW OFFICES OF LEONARD B. SIMON P.C.
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: 619/338-4549
Facsimile: 619/231-7423
Email: lsimon@rgrdlaw.com

*Chair of Lead Class Counsel Group for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest; CARLTON DOUGLAS RIDENHOUR d/b/a "CHUCK D," individually and as a member of PUBLIC ENEMY; WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; DAVE MASON; OTIS WILLIAMS and RON TYSON, jointly d/b/a THE TEMPTATIONS; and ROBERT WALTER "BO" DONALDSON, individually and d/b/a BO DONALDSON AND THE HEYWOODS; WILLIAM MCLEAN a/k/a "WILL MCLEAN" and p/k/a "MISTA LAWNGE," and ANDRES TITUS p/k/a "DRES," jointly d/b/a BLACKSHEEP, individually and on behalf of all others similarly situated, <br><br>   Plaintiffs, <br><br> vs. <br><br> UMG RECORDINGS, INC., a Delaware corporation, <br><br>   Defendants. | Case No. CV-11-1613 SI (MEJx) <br><br> **STIPULATION TO DEFER THE PARTIES' TIME TO OBJECT TO DISCOVERY ORDER DATED NOVEMBER 8, 2013** |

This stipulation is based upon the following facts:

A. On November 8, 2013, Magistrate Judge James entered an order concerning certain discovery issues raised by plaintiffs (the "November 8 Discovery Order"), granting in part and denying in part plaintiffs' requests.

B. Pursuant to Fed. R. Civ. P. 72(a), the parties' deadline to file objections to the November 8 Discovery Order is currently November 22, 2013.

C. For reasons related to the parties' ongoing meet-and-confer process, and with the hope that the matter will be resolved or narrowed through the meet-and-confer process, the parties wish to defer their time to object to the November 8 Discovery Order.

THEREFORE, the parties hereby stipulate as follows, and request that the Court enter an order providing that the deadline for any party to file objections to the November 8 Discovery Order is extended to December 13, 2013, notwithstanding the provisions of Fed. R. Civ. P. 72(a).

IT IS SO STIPULATED.

DATED: November 20, 2013

LEONARD B. SIMON
LAW OFFICES OF LEONARD B. SIMON P.C.

s/ LEONARD B. SIMON
LEONARD B. SIMON

655 West Broadway, Suite 1900
San Diego, California  92101
Telephone:  619-338-4549
Facsimile:  619-231-7423

*Chair of Lead Class Counsel Group for Plaintiffs*

DATED: November 20, 2013      JEFFREY D. GOLDMAN
RYAN S. MAUCK
BRIAN M. YATES
JEFFER MANGELS BUTLER & MITCHELL LLP

         s/ JEFFREY D. GOLDMAN
         JEFFREY D. GOLDMAN

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310/203-8080
Fax: 310/203-0567

*Attorneys for Defendant UMG Recordings, Inc.*

I, Leonard B. Simon, am the ECF user whose identification and password are being used to file this document. In compliance with General Order 45, Section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: November 20, 2013

         s/ LEONARD B. SIMON
         LEONARD B. SIMON

         \*    \*    \*

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 11/21/13

         THE HONORABLE SUSAN ILLSTON
         United States District Judge

1 **CERTIFICATE OF SERVICE**

2     I hereby certify that on November 20, 2013, I authorized the electronic filing of the foregoing
3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to
4 the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I
5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-
6 CM/ECF participants indicated on the attached Manual Notice List.

7     I certify under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct.  Executed on November 20, 2013.

        s/ LEONARD B. SIMON
        LEONARD B. SIMON

        LAW OFFICES OF LEONARD B. SIMON P.C.
        655 West Broadway, Suite 1900
        San Diego, California  92101
        Telephone:  619/338-4549
        Facsimile:  619/231-7423
        Email:  lsimon@rgrdlaw.com

# Mailing Information for a Case 3:11-cv-01613-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Nash Bailey , Jr**
  abailey@hausfeldllp.com,celder@hausfeldllp.com

- **Raymond Paul Boucher**
  boucher@kbla.com,smendoza@kbla.com,sharo@kbla.com

- **Elliot Perry Cahn**
  cahnman@aol.com

- **Robyn C. Callahan**
  rcc@phillaw.com,rac@phillaw.com

- **Nicholas A. Carlin**
  nac@phillaw.com,rac@phillaw.com

- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,ktucker@caffertyclobes.com

- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com

- **David M. Given**
  dmg@phillaw.com,ala@phillaw.com,rac@phillaw.com

- **Jeffrey D. Goldman**
  jgoldman@jmbm.com,mastercalendar@jmbm.com,RMauck@jmbm.com,BYates@jmbm.com,rf2@jmbm.com

- **Cecilia Han**
  chan@lchb.com

- **Michael D. Hausfeld**
  mhausfeld@hausfeldllp.com

- **Roger Norton Heller**
  rheller@lchb.com,mgordon@lchb.com

- **Douglas Lowell Johnson**
  njohnson@jjllplaw.com

- **Neville L. Johnson**
  njohnson@jjllplaw.com,nkazalbasch@jjllplaw.com,nkurtz@jjllplaw.com

- **Jeffrey Alan Koncius**
  koncius@kbla.com,jmendez@kbla.com,jsalgueiro@kbla.com,narutunyan@kbla.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **Ryan Scott Mauck**
  rmauck@jmbm.com

- **William James Newsom**
  wnewsom@pswlaw.com,yberry@pswlaw.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **James J. Pizzirusso**
  jpizzirusso@hausfeldllp.com,kryan@hausfeldllp.com

- **Glenn Douglas Pomerantz**
  glenn.pomerantz@mto.com,cherryl.tillotson@mto.com

- **Nicole Diane Reynolds**
  nreynolds@lchb.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Melissa Conwell Shapiro**
  mshapiro@saveri.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,yberry@pswlaw.com

- **Bruce L. Simon**
  bsimon@pswlaw.com

- **Bruce Lee Simon**
  bsimon@pswlaw.com,mpearson@pswlaw.com,cpearson@pswlaw.com,dwarshaw@pswlaw.com,wnewsom@pswlaw.com,yberry@pswlaw.com,tboardman@pswlaw.com,mwilliams@pswlaw.c

- **Leonard B. Simon**
  lens@rgrdlaw.com,terreed@rgrdlaw.com

- **Michael W. Sobol**

msobol@lchb.com,nreynolds@lchb.com,mgordon@lchb.com,jrudnick@lchb.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Alexander Hilary Tuzin**
  aht@phillaw.com,rac@phillaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswlaw.com,mwilliams@pswlaw.com

- **Bruce J. Wecker**
  bwecker@hausfeldllp.com

- **Kara M Wolke**
  kwolke@glancylaw.com

- **Brian Meredith Yates**
  byates@jmbm.com

- **Cadio R. Zirpoli**
  zirpoli@saveri.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James           Timothy Ryan
Johnson & Rishwain LLP
439 N Canon Dr #200
Beverly Hills, CA 90210
```