1  LEONARD B. SIMON (State Bar No. 58310)
   THE LAW OFFICES OF LEONARD B. SIMON P.C.
2  655 West Broadway, Suite 1900
   San Diego, CA 92101
3  Telephone: 619/338-4549
   Facsimile: 619/231-7423
4  Email: lsimon@rgrdlaw.com

5  [Additional Counsel Appear on Signature Page]

6  *Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated, *et al.*, | Case No. CV-11-1613 (SI) |
| Plaintiffs, | PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL |
| vs. | |
| UMG RECORDINGS, INC., a Delaware corporation, | |
| Defendants. | |
| AND RELATED ACTIONS | |

1  Plaintiffs move this Court pursuant to Civil Local Rule 79-5 to file under seal their Motion for Relief from Non-dispositive Ruling by Magistrate Judge and related exhibits (because they contain deposition excerpts that have been designated confidential by my adversary, Defendant UMGR). This Administrative Motion is based on the Declaration of Leonard B. Simon in Support of Plaintiffs' Administrative Motion to File Document Under Seal, the proposed order lodged with the Court, and any other relevant papers and pleadings on file.

1. Pursuant to Civil Local Rule 79-5, plaintiffs seek to file under seal the Motion for Relief from Non-Dispositive Ruling by Magistrate Judge.

2. Plaintiffs ask that the Motion for Relief from Non-Dispositive Ruling by Magistrate Judge be filed under seal because it contains deposition excerpts, which constitute and include confidential and sensitive content that should not be disclosed to the public. Rule 26(c) of the Federal Rules of Civil Procedure provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G). Likewise, Rule 5.2 of the Federal Rules of Civil Procedure allows for the filing under seal of certain sensitive personal information. Further, although "courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents," the Ninth Circuit has made clear that "access to judicial records is not absolute." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal citation omitted). Thus, a party seeking to seal a document or information filed in connection with a dispositive motion may overcome the presumption of public access by meeting the "compelling reasons" standard articulated by the Ninth Circuit. *Id.*; *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003); *Medtronic Vascular, Inc. v. Abbott Cardiovascular Sys., Inc.*, 614 F. Supp. 2d 1006, 1035-36 (N.D. Cal. 2009), amended on other grounds, No. C 06-1066 PJH, 2009 WL 1764749 (N.D. Cal. June 22, 2009). Specifically, a party may demonstrate the need for under seal treatment by "articulat[ing] compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure." *Kamakana*, 447 F.3d at 1178-79 (internal citations omitted).

3. Here, plaintiffs seek to file certain information contained in the motion and exhibits that may reveal confidential business information of UMGR or other confidential information that was not intended to be released to the public. *See* Declaration of Leonard B. Simon in Support of Plaintiffs' Administrative Motion to File Document Under Seal, ¶4.

4. Because the Motion for Relief from Non-Dispositive Ruling by Magistrate Judge contains references to the same information, plaintiffs also seek to file that portion of the motion under seal.

5. The under-seal filing of the motion and accompanying exhibits will not prejudice any interested party. Plaintiffs' administrative motion is narrowly tailored to only seek sealing of a minimal amount of material that would not be available to the public in any event.

6. Plaintiffs are lodging a sealed, unredacted version of the motion and accompanying exhibits at issue with the clerk, for delivery to the Judge's chambers, pursuant to Rule 79- 5(b)(2). If the Court denies this administrative motion in whole or in part, plaintiffs will resubmit the motion and accompanying exhibits in a manner consistent with the Court's order.

DATED: February 24, 2014

LEONARD B. SIMON
THE LAW OFFICES OF LEONARD B. SIMON P.C.

s/ LEONARD B. SIMON
LEONARD B. SIMON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-338-4549
Facsimile: 619-231-7423

*Chair of Lead Class Counsel Group for Plaintiffs*

1 | David M. Given  
Nicholas A. Carlin  
2 | Alexander Tuzin  
PHILLIPS, ERLEWINE & GIVEN LLP  
3 | 50 California Street, 35th Floor  
San Francisco, CA 94111  
4 | Telephone: 415/398-0900  
Facsimile: 415/398-0911  

5 | *Co-Lead Class Counsel for Plaintiffs*

Michael W. Sobol  
Eric B. Fastiff  
Roger N. Heller  
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP  
275 Battery Street, 29th Floor  
San Francisco, CA 94111-3336  
Telephone: 415/956-1000  
Facsimile: 415/956-1008  

*Co-Lead Class Counsel for Plaintiffs*

6 | Bruce L. Simon  
7 | Clifford H. Pearson  
Daniel L. Warshaw  
8 | William J. Newsom  
PEARSON, SIMON, WARSHAW & PENNY LLP  
9 | 15165 Ventura Boulevard, Suite 400  
Sherman Oaks, CA 91403  
10 | Telephone: 818/788-8300  
Facsimile: 818/788-8104  

11 | *Co-Lead Class Counsel for Plaintiffs*

Michael Lehmann  
HAUSFELD LLP  
44 Montgomery Street, Suite 3400  
San Francisco, CA 94104  
Telephone: 415/633-1908  
Facsimile: 415/358-4980  

*Co-Lead Class Counsel for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2014, I authorized the electronic filing of the foregoing **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 24, 2014.

s/ LEONARD B. SIMON
LEONARD B. SIMON

THE LAW OFFICES OF LEONARD B. SIMON P.C.
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/338-4549
Fax: 619/231-7423
E-mail: lsimon@rgrdlaw.com

## Mailing Information for a Case  3:11-cv-01613-SI James v. UMG Recordings, Inc.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Nash Bailey , Jr**
  abailey@hausfeldllp.com,celder@hausfeldllp.com

- **Raymond Paul Boucher**
  boucher@kbla.com,smendoza@kbla.com,sharo@kbla.com

- **Elliot Perry Cahn**
  cahnman@aol.com

- **Robyn C. Callahan**
  rcc@phillaw.com,rac@phillaw.com

- **Nicholas A. Carlin**
  nac@phillaw.com,rac@phillaw.com

- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,ktucker@caffertyclobes.com

- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com

- **David M. Given**
  dmg@phillaw.com,ala@phillaw.com,rac@phillaw.com

- **Jeffrey D. Goldman**
  jgoldman@jmbm.com,mastercalendar@jmbm.com,RMauck@jmbm.com,BYates@jmbm.com,rf2@jmbm.com

- **Cecilia Han**
  chan@lchb.com

- **Michael D. Hausfeld**
  mhausfeld@hausfeldllp.com

- **Roger Norton Heller**
  rheller@lchb.com,mgordon@lchb.com

- **Douglas Lowell Johnson**
  njohnson@jjllplaw.com

- **Neville L. Johnson**
  njohnson@jjllplaw.com,nkazalbasch@jjllplaw.com,nkurtz@jjllplaw.com

- **Jeffrey Alan Koncius**
  koncius@kbla.com,jmendez@kbla.com,jsalgueiro@kbla.com,narutunyan@kbla.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **Ryan Scott Mauck**
  rmauck@jmbm.com

- **William James Newsom**
  wnewsom@pswlaw.com,yberry@pswlaw.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **James J. Pizzirusso**
  jpizzirusso@hausfeldllp.com,kryan@hausfeldllp.com

- **Glenn Douglas Pomerantz**
  glenn.pomerantz@mto.com,cherryl.tillotson@mto.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Melissa Conwell Shapiro**
  mshapiro@saveri.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,yberry@pswlaw.com

- **Bruce L. Simon**
  bsimon@pswlaw.com

- **Bruce Lee Simon**
  bsimon@pswlaw.com,mpearson@pswlaw.com,cpearson@pswlaw.com,dwarshaw@pswlaw.com,wnewsom@pswlaw.com,yberry@pswlaw.com,tboardman@pswlaw.com,mwill

- **Leonard B. Simon**
  lens@rgrdlaw.com,terreed@rgrdlaw.com

- **Michael W. Sobol**
  msobol@lchb.com,nreynolds@lchb.com,mgordon@lchb.com,jrudnick@lchb.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Nicole Diane Sugnet**
  nsugnet@lchb.com

- **Alexander Hilary Tuzin**
  aht@phillaw.com,rac@phillaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Bruce J. Wecker**
  bwecker@hausfeldllp.com

- **Kara M Wolke**
  kwolke@glancylaw.com

- **Brian Meredith Yates**
  byates@jmbm.com

- **Cadio R. Zirpoli**
  zirpoli@saveri.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James                   Timothy Ryan
Johnson & Rishwain LLP
439 N Canon Dr #200
Beverly Hills, CA 90210
```