LEONARD B. SIMON (State Bar No. 58310)
THE LAW OFFICES OF LEONARD B. SIMON P.C.
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/338-4549
Facsimile:  619/231-7423
Email:  lsimon@rgrdlaw.com

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated, *et al.*,<br><br>                              Plaintiffs,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>                              Defendants.<br>───────────────────────────────<br>AND RELATED ACTIONS | Case No. CV-11-1613 (SI)<br><br>DECLARATION OF LEONARD B. SIMON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL |

1        I, LEONARD B. SIMON, declare as follows:

2        1.      I am an attorney duly licensed to practice before all of the courts of the State of

3   California.  I am one of the attorneys representing plaintiffs in this matter and I submit this

4   declaration in support of Plaintiffs' Administrative motion to File Document Under Seal.  I am over

5   the age of 18 and have personal knowledge of the matters stated herein and, if called upon, I could

6   and would competently testify thereto.

7        2.      Pursuant to Civil Local Rule 79-5, plaintiffs seek to file under seal: the (a) Motion for

8   Relief from Non-Dispositive Ruling by Magistrate Judge; and (b) accompanying exhibits.

9        3.      Plaintiffs request that the Motion for Relief from Non-Dispositive Ruling by

10  Magistrate Judge and accompanying exhibits be filed under seal because they contain deposition

11  excerpts, which are and contain sensitive content which should not be disclosed to the public.  In

12  particular, this information reveals confidential user content from depositions of UMGR executives.

13  The exhibits to the motion reference the same material, and it should be sealed for the same reasons.

14       4.      I have not obtained a stipulation from defendants agreeing to file this information

15  because they declined.  Defendants will have an opportunity, within four days under Local Rule 7-

16  11, to address whether this information should be sealed.

17       5.      As explained above, and in the accompanying administrative motion, filing the

18  Motion for Relief from Non-Dispositive Ruling by Magistrate Judge and accompanying exhibits

19  under seal is warranted.  Plaintiffs have lodged with the Court a proposed Order Granting Plaintiffs'

20  Motion to File Document Under Seal, pursuant to Rule 79-5(b)(2).

21       I declare under penalty of perjury under the laws of the State of California and the United

22  States of America that the foregoing is true and correct.  Executed this twenty-fourth day of

23  February, 2014, at San Diego, California.

24                                             _____
                                                    s/ LEONARD B. SIMON

25

26

27

28

DECLARATION OF LEONARD B. SIMON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE DOCUMENT UNDER SEAL - CV-11-1613 (SI)                            - 1 -

1                               **CERTIFICATE OF SERVICE**

2         I hereby certify that on February 24, 2014, I authorized the electronic filing of the foregoing

3 **DECLARATION OF LEONARD B. SIMON IN SUPPORT OF PLAINTIFFS'**

4 **ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** with the Clerk of the

5 Court using the CM/ECF system which will send notification of such filing to the email addresses

6 denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed

7 the foregoing document or paper via the United States Postal Service to the non-CM/ECF

8 participants indicated on the attached Manual Notice List.

9         I certify under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct.  Executed on February 24, 2014.

11                               s/ LEONARD B. SIMON
                                LEONARD B. SIMON

12

13                                 THE LAW OFFICES OF LEONARD B. SIMON P.C.
                                655 West Broadway, Suite 1900
                                San Diego, CA  92101-3301

14                                 Telephone:  619/338-4549
                                Fax:  619/231-7423

15                                 Email:  lsimon@rgrdlaw.com

16                                       LEONARD B. SIMON

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case  3:11-cv-01613-SI James v. UMG Recordings, Inc.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Nash Bailey , Jr**
  abailey@hausfeldllp.com,celder@hausfeldllp.com

- **Raymond Paul Boucher**
  boucher@kbla.com,smendoza@kbla.com,sharo@kbla.com

- **Elliot Perry Cahn**
  cahnman@aol.com

- **Robyn C. Callahan**
  rcc@phillaw.com,rac@phillaw.com

- **Nicholas A. Carlin**
  nac@phillaw.com,rac@phillaw.com

- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,ktucker@caffertyclobes.com

- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com

- **David M. Given**
  dmg@phillaw.com,ala@phillaw.com,rac@phillaw.com

- **Jeffrey D. Goldman**
  jgoldman@jmbm.com,mastercalendar@jmbm.com,RMauck@jmbm.com,BYates@jmbm.com,rf2@jmbm.com

- **Cecilia Han**
  chan@lchb.com

- **Michael D. Hausfeld**
  mhausfeld@hausfeldllp.com

- **Roger Norton Heller**
  rheller@lchb.com,mgordon@lchb.com

- **Douglas Lowell Johnson**
  njohnson@jjllplaw.com

- **Neville L. Johnson**
  njohnson@jjllplaw.com,nkazalbasch@jjllplaw.com,nkurtz@jjllplaw.com

- **Jeffrey Alan Koncius**
  koncius@kbla.com,jmendez@kbla.com,jsalgueiro@kbla.com,narutunyan@kbla.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **Ryan Scott Mauck**
  rmauck@jmbm.com

- **William James Newsom**
  wnewsom@pswlaw.com,yberry@pswlaw.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **James J. Pizzirusso**
  jpizzirusso@hausfeldllp.com,kryan@hausfeldllp.com

- **Glenn Douglas Pomerantz**
  glenn.pomerantz@mto.com,cherryl.tillotson@mto.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Melissa Conwell Shapiro**
  mshapiro@saveri.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,yberry@pswlaw.com

- **Bruce L. Simon**
  bsimon@pswlaw.com

- **Bruce Lee Simon**
  bsimon@pswlaw.com,mpearson@pswlaw.com,cpearson@pswlaw.com,dwarshaw@pswlaw.com,wnewsom@pswlaw.com,yberry@pswlaw.com,tboardman@pswlaw.com,mwill

- **Leonard B. Simon**
  lens@rgrdlaw.com,terreed@rgrdlaw.com

- **Michael W. Sobol**
  msobol@lchb.com,nreynolds@lchb.com,mgordon@lchb.com,jrudnick@lchb.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Nicole Diane Sugnet**
  nsugnet@lchb.com

- **Alexander Hilary Tuzin**
  aht@phillaw.com,rac@phillaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Bruce J. Wecker**
  bwecker@hausfeldllp.com

- **Kara M Wolke**
  kwolke@glancylaw.com

- **Brian Meredith Yates**
  byates@jmbm.com

- **Cadio R. Zirpoli**
  zirpoli@saveri.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James                    Timothy Ryan
Johnson & Rishwain LLP
439 N Canon Dr #200
Beverly Hills, CA 90210
```