# EXHIBIT B

# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, et al., individually and on behalf of all others Similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>                    Defendants. | CASE NO. CV 11-01613 SI<br><br><br><br><br><br>CONFIDENTIAL TRANSCRIPT (PORTIONS DESIGNATED  ATTORNEY'S EYES ONLY ON  SEPARATE TRANSCRIPT) |


VIDEOTAPED
DEPOSITION OF:      LAWRENCE KENSWIL



DATE AND TIME:      THURSDAY, MAY 23, 2013
                    START TIME:  10:07 A.M.
                    ENDING TIME:  4:41 P.M.

PLACE:              15165 VENTURA BOULEVARD
                    SUITE 400
                    SHERMAN OAKS, CALIFORNIA


REPORTER:           JOHANNA MANGUAL LEDESMA, RPR
                    CERTIFICATE NO. 6951

** *CONFIDENTIAL* **

** CONFIDENTIAL **

** CONFIDENTIAL - ATTORNEY'S EYES ONLY **

** CONFIDENTIAL - ATTORNEY'S EYES ONLY **

** CONFIDENTIAL - ATTORNEY'S EYES ONLY **



** CONFIDENTIAL - ATTORNEY'S EYES ONLY **

** CONFIDENTIAL - ATTORNEY'S EYES ONLY **

** CONFIDENTIAL - ATTORNEY'S EYES ONLY **

** CONFIDENTIAL **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK JAMES, by and through THE) CASE NO. CV 11-01613 SI
JAMES AMBROSE JOHNSON, JR.,  )
1999 TRUST, his successor in )
interest, et al., individually)
and on behalf of all others  )
Similarly situated,          )
                             )
                Plaintiffs,  )
                             )
v.                           )
                             )
UMG RECORDINGS, INC., a      )
Delaware corporation,        )
                             )
                Defendants.  )
                             )

**CONFIDENTIAL**
DEPOSITION OF:    RAND HOFFMAN


DATE AND TIME:      THURSDAY, APRIL 11, 2013
                    START TIME:  10:10 A.M.
                    ENDING TIME:  4:39 P.M.


PLACE:              15165 VENTURA BOULEVARD
                    SUITE 400
                    SHERMAN OAKS, CALIFORNIA


REPORTER:           JOHANNA MANGUAL LEDESMA, RPR
                    CERTIFICATE NO. 6951

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL - ATTORNEY'S EYES ONLY