**29 minutes**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/28/14

Case No.   C-11-1613            Judge:   SUSAN ILLSTON

Title: RICK JAMES  -v- UMG RECORDINGS

Attorneys: Mike Sobol, Leonard Simon, Micheal Lehmann          Jeff Goldman

Deputy Clerk:  Tracy Kasamoto   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to    @ 3:00 p.m.. for Further Case Management Conferences

Case continued to **11/21/14    @ 9:00 a.m.**   for Motion to Certify Class
(Motion due 7/11/14 , Opposition due 9/12/14,  Reply 10/31/14  )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Briefing schedule re: Administrative Motion to seal the Discovery Motion is 1) opposition due 9/12/14, and any reply due 3/17/14.