IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK JAMES, *et al.*,

   Plaintiffs,

 v.

UMG RECORDINGS, INC., *et al.*,

   Defendants.
            /

No. C 11-1613 SI

**ORDER DENYING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

  Plaintiffs have filed an administrative motion to file under seal portions of a motion for relief from a non-dispositive ruling by a magistrate judge and accompanying exhibits. Plaintiffs' administrative motion and supporting declaration state that the deposition excerpts at issue have been designated confidential by defendant UMGR and that those excerpts "reveal[] confidential user content from depositions of UMGR executives." Docket No. 186-1 ¶ 3. However, Mr. Simon's declaration in support of the administrative motion to seal also states that defendant declined to stipulate to the filing of the material under seal, and defendant has not filed a declaration showing why the deposition excerpts should be filed under seal. *See* Civil Local Rule 79-5(e)(1).

  The Court has reviewed the deposition excerpts and references thereto and determines that there has been no "particularized showing" of "good cause" why the material should be filed under seal. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Accordingly, plaintiffs' administrative motion to seal is DENIED and plaintiffs shall file unredacted copies of the motion for relief and accompanying exhibits. *See* Civil Local Rule 79-5(e)(2). The briefing schedule

set at the February 28, 2014 case management conference for the motion for relief from the non-dispositive order remains unchanged: defendant's opposition to the motion for relief must be filed by March 10, 2014, and plaintiffs' reply is due March 17, 2014.

This order resolves Docket No. 186.

**IT IS SO ORDERED.**

Dated: March 7, 2014

SUSAN ILLSTON
United States District Judge