IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, *et al.*, | No. C 11-1613 SI |
| Plaintiffs, | **ORDER GRANTING DEFENDANT'S REQUEST TO FILE SUR-REPLY** |
| v. | |
| UMG RECORDINGS, INC. | |
| Defendant. | |

Defendant has requested the opportunity to file a sur-reply to plaintiffs' motion for relief from non-dispositive ruling by magistrate judge. The Court GRANTS defendant's request and directs defendant to file a sur-reply of no more than 3 pages by April 1, 2014.

**IT IS SO ORDERED.**

Dated: March 28, 2014

SUSAN ILLSTON
United States District Judge