1 | JEFFREY D. GOLDMAN (Bar No. 155589), JGoldman@jmbm.com
2 | RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com
   | BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com
3 | JEFFER MANGELS BUTLER & MITCHELL LLP
   | 1900 Avenue of the Stars, Seventh Floor
4 | Los Angeles, California 90067-4308
   | Telephone:   (310) 203-8080
5 | Facsimile:   (310) 203-0567

6 | Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest; CARLTON DOUGLAS RIDENHOUR, d/b/a "CHUCK D," individually and as a member of PUBLIC ENEMY; WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS (OVERSEAS) LIMITED; DAVE MASON; OTIS WILLIAMS and RON TYSON, jointly d/b/a THE TEMPTATIONS; and ROBERT WALTER "BO" DONALDSON, individually and d/b/a BO DONALDSON AND THE HEYWOODS; WILLIAM MCLEAN, a/k/a "WILL MCLEAN" and p/k/a "MISTA LAWNGE," and ANDRES TITUS, p/k/a "DRES," jointly d/b/a BLACK SHEEP, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>             Defendant. | CASE NO.   CV11-01613 SI<br><br>**DECLARATION OF JEFFREY D. GOLDMAN IN SUPPORT OF DEFENDANT UMG RECORDINGS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:        June 27, 2014<br>Time:        9:00 a.m.<br>Courtroom:   10, 19th Floor<br>Judge:       Hon. Susan Illston |

PRINTED ON
RECYCLED PAPER
9002251v2

Declaration of Jeffrey D. Goldman

I, Jeffrey D. Goldman, declare:

1. I am an attorney at law licensed to practice before all of the courts of the State of California, and this Court. Through my professional corporation, I am a partner in the law firm of Jeffer Mangels Butler & Mitchell LLP. I am lead counsel for defendant UMG Recordings, Inc. ("UMGR") in these actions. I have personal knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

**Plaintiffs' Recording Agreements**

2. A true and correct copy of the September 21, 1973 agreement between Bo Donaldson and the Heywoods and ABC Records, Inc., produced in this action bearing bates numbers UMGR265045-62, is attached hereto as Exhibit 1.

3. A true and correct copy of the July 18, 1977 artist agreement between Rick James and Motown Record Corporation, produced in this action bearing bates numbers UMGR264001-21, is attached hereto as Exhibit 2.[1]

4. A true and correct copy of the January 1, 1979 agreement between Stone City, Inc. and Motown Record Corporation, produced in this action bearing bates numbers UMGR264028-47, is attached hereto as Exhibit 3.

5. A true and correct copy of the July 18, 1977 producer agreement between Rick James and Motown Record Corporation, produced in this action bearing bates numbers UMGR475858-872, is attached hereto as Exhibit 4.

6. A true and correct copy of the November 13, 1969 agreement between Dave Mason and Blue Thumb Records, Inc., produced in this action bearing bates numbers UMGR269528-540, is attached hereto as Exhibit 5.

7. A true and correct copy of the September 17, 1982 agreement between Whitesnake Productions Limited and The David Geffen Company, produced in this action bearing bates numbers UMGR252146-203, is attached hereto as Exhibit 6.

---

[1] This Court previously denied a prior request to file the recording contracts at issue in these actions under seal. UMGR has nevertheless redacted Social Security numbers and home addresses form the contracts.

1  8. A true and correct copy of the May 31, 1987 agreement between A Song For You,
2 Inc. and Motown Record Corporation, produced in this action bearing bates numbers
3 UMGR427987-8015, is attached hereto as Exhibit 7.

4  9. A true and correct copy of the December 15, 1993 agreement between Tall
5 Temptations Productions, Inc. and Motown Record Company, L.P., produced in this action bearing
6 bates numbers UMGR418271-324, is attached hereto as Exhibit 8.

7  10. A true and correct copy of the September 15, 1986 agreement between Public Enemy
8 and Def Jam Recordings, Inc., produced in this action bearing bates numbers UMGR292756-784, is
9 attached hereto as Exhibit 9.

10  11. A true and correct copy of the April 15, 1992 agreement between Bring the Noize,
11 Inc. and Def Jam Recordings, Inc., produced in this action bearing bates numbers UMGR292785-
12 850, is attached hereto as Exhibit 10.

13  12. A true and correct copy of the July 5, 1991 agreement between Black Sheep and
14 Polygram Records, Inc., produced in this action bearing bates numbers UMGR367186-234, is
15 attached hereto as Exhibit 11.

16 **Plaintiffs' Deposition Transcripts**

17  13. A true and correct copy of excerpted pages from the January 10, 2013 deposition of
18 Bo Donaldson in this action is attached hereto as Exhibit 12.

19  14. A true and correct copy of excerpted pages from the July 18, 2012 deposition of Otis
20 Williams in this action is attached hereto as Exhibit 13.

21  15. A true and correct copy of excerpted pages from the July 17, 2012 deposition of Ron
22 Tyson in this action is attached hereto as Exhibit 14.

23  16. A true and correct copy of excerpted pages from the June 14, 2012 deposition of
24 David Coverdale in this action is attached hereto as Exhibit 15.

25  17. A true and correct copy of excerpted pages from the March 25, 2013 deposition of
26 David Coverdale in this action is attached hereto as Exhibit 16.

27  18. A true and correct copy of excerpted pages from the March 11, 2013 deposition of
28 Dave Mason in this action is attached hereto as Exhibit 17.

19. A true and correct copy of excerpted pages from the March 19, 2013 deposition of William McLean in this action is attached hereto as Exhibit 18.

20. A true and correct copy of excerpted pages from the April 3, 2013 deposition of Carlton Ridenhour in this action is attached hereto as Exhibit 19.

21. A true and correct copy of excerpted pages from the March 20, 2013 deposition of Andres Titus in this action is attached hereto as Exhibit 20.

**Plaintiffs' Discovery Responses**

22. On November 7, 2011, UMGR served its Second Set of Interrogatories to plaintiffs the James Trust, Whitesnake, and Dave Mason. On December 14, 2011, these plaintiffs served their responses to UMGR's Second Sets of Interrogatories. True and correct copies of these plaintiffs' responses to UMGR's Second Sets of Interrogatories are attached hereto as Exhibit 21.

23. True and correct copies of plaintiffs Carlton Ridenhour, Ron Tyson, Bo Donaldson, William McLean and Andres Titus' Responses to UMGR's First Set of Interrogatories are collectively attached hereto as Exhibit 22.

24. A true and correct copy of Plaintiffs' Supplemental Responses to UMGR's Interrogatories 14-22 is attached hereto as Exhibit 23.

25. A true and correct of Plaintiff Whitesnake's November 18, 2013 Corrected Supplemental Responses to Request for Admissions 85-86, 105-06, 113-114, 133-134 is attached hereto as Exhibit 24.

26. A true and correct of Plaintiff Rick James, by and through the James Ambrose Johnson, Jr., 1999 trust's (the "James Trust") November 20, 2013 Corrected Supplemental Responses to Request for Admissions 85-86, 93-96, 101-104, 107-112, 119-122, 127-130, 133-136 is attached hereto as Exhibit 25.

27. A true and correct of Plaintiff Dave Mason's November 22, 2013 Corrected Supplemental Responses to Request for Admissions 85-86, 89-107, 110-126 is attached hereto as Exhibit 26.

28. A true and correct of Plaintiffs McLean and Titus' November 22, 2013 Supplemental Responses to Request for Admissions 1-4, 9-10, 17-20, and 25-26 is attached hereto as Exhibit 27.

29. A true and correct of Plaintiff Ridenhour's November 22, 2013 Supplemental Responses to Request for Admissions 87-90, 95-96, 105-108 and 113-114 is attached hereto as Exhibit 28.

30. A true and correct of Plaintiff Ron Tyson's November 22, 2013 Second Supplemental Responses to Request for Admissions 85-88, 95-96, 101-102, 105-108, 115-116, 121-122 is attached hereto as Exhibit 29.

31. A true and correct of the Corrected Plaintiffs' Third Supplemental Response to UMGR's Third Set of Interrogatories (No. 9) is attached hereto as Exhibit 30.

32. A true and correct of Plaintiffs' Responses to UMGR's Fifth Set of Interrogatories is attached hereto as Exhibit 31.

33. A true and correct of Plaintiffs' Third Supplemental Response to UMGR's Fifth Set of Interrogatories [30, 36] is attached hereto as Exhibit 32.

34. A true and correct of Plaintiffs' Responses to UMGR's Sixth Set of Interrogatories is attached hereto as Exhibit 33.

**Additional Evidence**

35. A true and correct copy of the Omnibus Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment in *Panama Music Corp. v. Universal Music Group Inc.*, Case No. 12-20200-CIV-GOLD/GOODMAN, Dkt. 88 (S.D. Fla. July 9, 2013), retrieved from PACER on May 21, 2013, is attached hereto as Exhibit 34.

36. A true and correct copy of the 2002 memorandum from Michael Ostroff referenced in Plaintiffs' Consolidated Amended Complaint and produced in this action bearing bates numbers UMGR002574-576 is attached hereto as Exhibit 35.

37. A true and correct copy of an article from *HITS* dated October 17, 2002 entitled "Concessions on Contractual Deductions Could Mean More Money for Artists" is attached hereto as Exhibit 36.

38. A true and correct copy of a *Reuters* article dated October 18, 2002 entitled "Universal Music Ups Royalties for Song Downloads" is attached hereto as Exhibit 37.

39. A true and correct copy of an article appearing in *Variety* on October 17, 2002

1 entitled "UMG sings new tune online: Modifications designed to get more artists involved" is
2 attached hereto as Exhibit 38.

3      40. With respect to *In re Webkinz Antitrust Litigation*, 695 F. Supp. 2d 987 (N.D. Cal.
4 2010) ("*Webkinz*"), subsequent to that ruling, on April 30, 2010, a Second Amended Complaint was
5 filed in the *Webkinz* action, a true and correct copy of which is attached hereto as Exhibit 39. On
6 October 20, 2010, the court in *Webkinz* issued an Order regarding the Second Amended Complaint,
7 a true and correct copy of which is attached hereto as Exhibit 40.

8      41. A true and correct copy of the Joint Letter to Magistrate Judge James filed in this
9 action (Docket No. 118) is attached hereto as Exhibit 41.

10      42. A true and correct copy of the Joint Letter to Magistrate Judge James filed in this
11 action (Docket No. 146) is attached hereto as Exhibit 42.

12      43. In their responses to UMGR's Interrogatories relating to Plaintiffs' California Unfair
13 Competition Law claim, Plaintiffs reference and quote from a letter "from a group of attorneys
14 representing musical artists to Defendant" dated March 25, 2004. A true and correct copy of this
15 letter, produced by the James Trust in this case and bearing bates numbers RJT0000129-131, is
16 attached hereto as Exhibit 43. In the same responses to UMGR's Interrogatories, Plaintiffs also
17 reference and quote from a letter from UMGR's then-President, Zach Horowitz, dated April 22,
18 2004. A true and correct copy of this letter, produced by the James Trust in this case and bearing
19 bates numbers RJT0000127-128, is attached hereto as Exhibit 44.

20      44. In their responses to UMGR's Interrogatories relating to Plaintiffs' California Unfair
21 Competition Law claim, Plaintiffs cite to a speech purportedly made by Mr. Horowitz, the content
22 of which they assert is available on the Internet at
23 http://www.ifpi.org/content/section_views/view026.html. A true and correct copy of the webpage
24 cited by Plaintiffs, which was printed at my direction and under my supervision on February 28,
25 2012 from the Uniform Resource Locator referenced in Plaintiffs' interrogatory responses, is
26 attached hereto as Exhibit 45.

27      45. A true and correct copy of correspondence dated May 24, 2010 purportedly on
28 behalf of the James Trust, without the attached schedules, is attached hereto as Exhibit 46.

PRINTED ON RECYCLED PAPER

9002251v2

- 6 -    Declaration of Jeffrey D. Goldman

46. A true and correct copy of excerpted pages from A. Kohn & B. Kohn, *Kohn on Music Licensing* (4th ed. 2010) is attached hereto as Exhibit 47.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 23, 2014, at Los Angeles, California.

            __/s/_ Jeffrey D. Goldman_____
                   Jeffrey D. Goldman