# DECLARATION OF JEFFREY D. GOLDMAN IN SUPPORT OF DEFENDANT UMG RECORDINGS, INC.'S MOTIONS FOR SUMMARY JUDGMENT

# EXHIBITS 1-47