**The Law Offices of Leonard B. Simon, P.C.**
655 West Broadway—Suite 1900
San Diego, California 92101
Phone: 619.338.4549
Fax: 619.231.7423
Email: lens@rgrdlaw.com

June 2, 2014

*Via eFiling*

The Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 10—19th Floor
San Francisco, California 94102

      Re:   *James v. UMG Recordings, Inc.*
             Case No. CV-11-1613 (SI)

Dear Judge Illston:

Plaintiffs submit this reply to defendant's letter of today regarding summary judgment scheduling.

We disagree about what was said at the CMC, but the Court's recollection will control. We recall a "wait and see" attitude. Having waited, we remain convinced that the summary judgment motions ought to be coordinated with class certification.

UMG's characterization that there was an "unexplained" delay in seeking this relief is patently unfair. Mr. Goldman filed his summary judgment motions at the close of business on the Friday of Memorial Day weekend. Of his alleged six days of delay, day one was Saturday, day two Sunday, and day three a national holiday. The three succeeding business days, in which co-lead counsel consulted and decided to seek this delay, was also the time in which we were finalizing our mediation brief to Judge Infante, submitted May 28. It is not unreasonable to take three business days to consult among lead counsel and then consult with individual artist counsel before requesting relief from UMG or the Court.

Plaintiffs make the simple request for additional time to respond to motions for summary judgment filed strategically during the height of class certification preparation and when the parties are also mediating the case, and where the issues on summary judgment substantially overlap with the class certification issues. The fact remains that there is no prejudice to UMG in a brief delay. The parties will be briefing and arguing which claims and which plaintiffs can go forward as a class from July through November, and we simply wish to fold these issues into that process, if they remain non-moot.

The Honorable Susan Illston
June 2, 2014
Page 2

Finally, extensions among counsel have rarely been denied in this case, simply as a matter of professional courtesy. For UMG to offer plaintiffs nothing here smacks of sharp practice. The Court should, at a minimum, give plaintiffs the four week extension they sought.

                Sincerely yours,

                s/ Leonard B. Simon

                Leonard B. Simon
                *Chair of Lead Class Counsel Group for Plaintiffs*

                David M. Given
                Nicholas A. Carlin
                PHILLIPS, ERLEWINE & GIVEN LLP

                Michael W. Sobol
                Roger N. Heller
                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                Bruce L. Simon
                Daniel L. Warshaw
                PEARSON, SIMON & WARSHAW, LLP

                Michael P. Lehmann
                James J. Pizzirusso
                Arthur N. Bailey, Jr.
                HAUSFELD LLP

                *Co-Lead Attorneys for Plaintiff and the Putative Class*

LBS/tdv
I:\LenS\James\LTR Illston 004.doc

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 2, 2014.

                                           s/ LEONARD B. SIMON
                                           LEONARD B. SIMON

                                           THE LAW OFFICES OF LEONARD B. SIMON, P.C.
                                           655 West Broadway—Suite 1900
                                           San Diego, California  92101-8498
                                           Telephone:  619/338-4549
                                           Fax:  619/231-7423
                                           Email:  lens@rgrdlaw.com

**Mailing Information for a Case  3:11-cv-01613-SI James v. UMG Recordings, Inc.**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Nash Bailey , Jr**
  abailey@hausfeldllp.com,celder@hausfeldllp.com

- **Raymond Paul Boucher**
  boucher@kbla.com,smendoza@kbla.com,sharo@kbla.com

- **Elliot Perry Cahn**
  cahnman@aol.com

- **Nicholas A. Carlin**
  nac@phillaw.com,rac@phillaw.com

- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,ktucker@caffertyclobes.com

- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com

- **David M. Given**
  dmg@phillaw.com,ala@phillaw.com,rac@phillaw.com

- **Jeffrey D. Goldman**
  jgoldman@jmbm.com,mastercalendar@jmbm.com,RMauck@jmbm.com,BYates@jmbm.com,rf2@jmbm.com

- **Cecilia Han**
  chan@lchb.com

- **Michael D. Hausfeld**
  mhausfeld@hausfeldllp.com

- **Roger Norton Heller**
  rheller@lchb.com,mgordon@lchb.com

- **Douglas Lowell Johnson**
  njohnson@jjllplaw.com

- **Neville L. Johnson**
  njohnson@jjllplaw.com,nkazalbasch@jjllplaw.com,nkurtz@jjllplaw.com

- **Jeffrey Alan Koncius**
  koncius@kbla.com,jmendez@kbla.com,jsalgueiro@kbla.com

- **Nicholas Kurtz**
  nkurtz@jjllplaw.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **Ryan Scott Mauck**
  rmauck@jmbm.com

- **William James Newsom**
  wnewsom@pswlaw.com,yberry@pswlaw.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **James J. Pizzirusso**
  jpizzirusso@hausfeldllp.com,kryan@hausfeldllp.com

- **Glenn Douglas Pomerantz**
  glenn.pomerantz@mto.com,cherryl.tillotson@mto.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Melissa Conwell Shapiro**
  mshapiro@saveri.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,yberry@pswlaw.com

- **Bruce L. Simon**
  bsimon@pswlaw.com

- **Bruce Lee Simon**
  bsimon@pswlaw.com,mpearson@pswlaw.com,cpearson@pswlaw.com,dwarshaw@pswlaw.com,wnewsom@pswlaw.com,yberry@pswlaw.com,mwilliams@psw

- **Leonard B. Simon**
  lens@rgrdlaw.com,terreed@rgrdlaw.com

- **Michael W. Sobol**
  msobol@lchb.com,nreynolds@lchb.com,mgordon@lchb.com,jrudnick@lchb.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Nicole Diane Sugnet**
  nsugnet@lchb.com

- **Alexander Hilary Tuzin**
  aht@phillaw.com,rac@phillaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswlaw.com,bpouya@pswlaw.com,asafyan@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Bruce J. Wecker**
  bwecker@hausfeldllp.com

- **Brian Meredith Yates**
  byates@jmbm.com

- **Cadio R. Zirpoli**
  zirpoli@saveri.com,mogden@saveri.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James             Timothy Ryan
Johnson & Rishwain LLP
439 N Canon Dr #200
Beverly Hills, CA 90210
```