1  LEONARD B. SIMON (State Bar No. 58310)
   THE LAW OFFICES OF LEONARD B. SIMON, P.C.
2  655 West Broadway, Suite 1900
   San Diego, CA  92101
3  Telephone:  619/338-4549
   Facsimile:  619/231-7423
4  Email:  lsimon@rgrdlaw.com

5  *Attorneys for Plaintiff and the Putative Class*

6  JEFFREY D. GOLDMAN
   JEFFER MANGELS BUTLER & MITCHELL LLP
7  1900 Avenue of the Stars
   Los Angeles, CA  90067-4308
8  Telephone:  310/203-8080
   Facsimile:  310/203-0567
9  Email:  jdg@jmbm.com

10 *Attorneys for Defendant UMG Recordings, Inc.*

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO COURTHOUSE

15

16 | RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated, *et al.*, | ) ) ) ) ) | Case No. CV-11-1613 (SI) STIPULATION EXTENDING TIME TO MOVE FOR CLASS CERTIFICATION |

17

18                              Plaintiffs,

19  vs.

20  UMG RECORDINGS, INC., a Delaware
    corporation,
21
                                Defendants.
22

23  AND RELATED ACTIONS

24

25

26

27

28

1  WHEREAS the Court previously set July 11 as the date for plaintiffs to move for class certification, with other briefing dates to follow, and

WHEREAS the parties desire to modify the class certification schedule;

NOW THEREFOR, it is hereby stipulated and agreed that the time for plaintiffs to move for class certification shall be reset to August 11, with other deadlines to be reset at a later date.

DATED: July 2, 2014         LEONARD B. SIMON
                            THE LAW OFFICES OF LEONARD B. SIMON P.C.

                            _____s/ LEONARD B. SIMON_____
                                          LEONARD B. SIMON

                            655 West Broadway, Suite 1900
                            San Diego, CA  92101
                            Telephone:  619/338-4549
                            Facsimile:  619/231-7423

                            *Chair of Lead Class Counsel Group for Plaintiffs*

DATED: July 2, 2014         JEFFREY D. GOLDMAN
                            JEFFER MANGELS BUTLER & MITCHELL LLP

                            _____s/ JEFFREY D. GOLDMAN_____
                                         JEFFREY D. GOLDMAN

                            1900 Avenue of the Stars
                            Los Angeles, CA  90067-4308
                            Telephone:  310/203-8080
                            Facsimile:  310/203-0567

                            *Attorneys for Defendant UMG Recordings, Inc.*

                                  *     *     *

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
                                     THE HONORABLE SUSAN ILLSTON
                                     UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME TO MOVE
FOR CLASS CERTIFICATION - CV-11-1613 (SI)                              - 1 -

**GENERAL ORDER 45 CERTIFICATION**

I, Leonard B. Simon, am the ECF user whose identification and password are being used to file this document. In compliance with General Order 45, Section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: July 2, 2014

                 s/ LEONARD B. SIMON
                 LEONARD B. SIMON

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2014, I authorized the electronic filing of the foregoing **STIPULATION EXTENDING TIME TO MOVE FOR CLASS CERTIFICATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2, 2014.

    s/ LEONARD B. SIMON
    LEONARD B. SIMON

    THE LAW OFFICES OF LEONARD B. SIMON, P.C.
    655 West Broadway, Suite 1900
    San Diego, CA  92101-3301
    Telephone:  619/338-4549
    Fax:  619/231-7423
    E-mail:  lsimon@rgrdlaw.com

# Mailing Information for a Case 3:11-cv-01613-SI James v. UMG Recordings, Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Nash Bailey , Jr**
  abailey@hausfeldllp.com,celder@hausfeldllp.com

- **Raymond Paul Boucher**
  boucher@kbla.com,smendoza@kbla.com,sharo@kbla.com

- **Elliot Perry Cahn**
  cahnman@aol.com

- **Nicholas A. Carlin**
  nac@phillaw.com,rac@phillaw.com

- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,ktucker@caffertyclobes.com

- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com

- **David M. Given**
  dmg@phillaw.com,ala@phillaw.com,rac@phillaw.com

- **Jeffrey D. Goldman**
  jgoldman@jmbm.com,mastercalendar@jmbm.com,RMauck@jmbm.com,BYates@jmbm.com,rf

- **Cecilia Han**
  chan@lchb.com

- **Michael D. Hausfeld**
  mhausfeld@hausfeldllp.com

- **Roger Norton Heller**
  rheller@lchb.com,mgordon@lchb.com

- **Douglas Lowell Johnson**
  njohnson@jjllplaw.com

- **Neville L. Johnson**
  njohnson@jjllplaw.com,nkazalbasch@jjllplaw.com,nkurtz@jjllplaw.com

- **Jeffrey Alan Koncius**
  koncius@kbla.com,jmendez@kbla.com,jsalgueiro@kbla.com

- **Nicholas Kurtz**
  nkurtz@jjllplaw.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **Ryan Scott Mauck**
  rmauck@jmbm.com

- **William James Newsom**
  wnewsom@pswlaw.com,yberry@pswlaw.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **James J. Pizzirusso**
  jpizzirusso@hausfeldllp.com,kryan@hausfeldllp.com

- **Glenn Douglas Pomerantz**
  glenn.pomerantz@mto.com,cherryl.tillotson@mto.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Melissa Conwell Shapiro**
  mshapiro@saveri.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,yberry@pswlaw.com

- **Bruce L. Simon**
  bsimon@pswlaw.com

- **Bruce Lee Simon**
  bsimon@pswlaw.com,mpearson@pswlaw.com,cpearson@pswlaw.com,dwarshaw@pswlaw.com

- **Leonard B. Simon**
  lens@rgrdlaw.com,terreed@rgrdlaw.com

- **Michael W. Sobol**
  msobol@lchb.com,nreynolds@lchb.com,mgordon@lchb.com,jrudnick@lchb.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Nicole Diane Sugnet**
  nsugnet@lchb.com

- **Alexander Hilary Tuzin**
  aht@phillaw.com,rac@phillaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswlaw.com,bpouya@pswlaw.com,asafyan@pswlaw.com,mwilliams@pswlaw.com

- **Bruce J. Wecker**
  bwecker@hausfeldllp.com

- **Brian Meredith Yates**
  byates@jmbm.com

- **Cadio R. Zirpoli**
  zirpoli@saveri.com,mogden@saveri.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James               Timothy Ryan
Johnson & Rishwain LLP
439 N Canon Dr #200
Beverly Hills, CA 90210
```