1  LEONARD B. SIMON (Bar No. 58310)
   LSsimon@rgrdlaw.com
2  THE LAW OFFICES OF LEONARD B. SIMON, P.C.
   655 West Broadway, Suite 1900
3  San Diego, California  92101
   Telephone:     (619) 338-4549
4  Facsimile:     (619) 231-7423

5  Chair of Lead Class Counsel Group for Plaintiffs

6  JEFFREY D. GOLDMAN (Bar No. 155589),
   JGoldman@jmbm.com
7  RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com
   BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com
8  JEFFER MANGELS BUTLER & MITCHELL LLP
   1900 Avenue of the Stars, Seventh Floor
9  Los Angeles, California  90067-4308
   Telephone:     (310) 203-8080
10 Facsimile:     (310) 203-0567

11 Attorneys for Defendant UMG RECORDINGS, INC.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest; 17  CARLTON DOUGLAS RIDENHOUR, d/b/a "CHUCK D," individually and as a member of PUBLIC ENEMY; 18  WHITESNAKE, a doing business as designation of David Coverdale, by and for WHITESNAKE PRODUCTIONS 19  (OVERSEAS) LIMITED; DAVE MASON; OTIS WILLIAMS and RON TYSON, jointly d/b/a THE 20  TEMPTATIONS; and ROBERT WALTER "BO" DONALDSON, individually and d/b/a BO DONALDSON 21  AND THE HEYWOODS; WILLIAM MCLEAN, a/k/a "WILL MCLEAN" and p/k/a "MISTA LAWNGE," and 22  ANDRES TITUS, p/k/a "DRES," jointly d/b/a BLACK SHEEP, individually and on behalf of all others similarly 23  situated, <br><br>24          Plaintiffs, <br><br>25     v. <br><br>26  UMG RECORDINGS, INC., a Delaware corporation, <br><br>27          Defendant. | CASE NO.   CV11-01613 SI (MEJx) <br><br> **STIPULATION REGARDING MOTION AND BRIEFING SCHEDULE** |

28

This Stipulation is based upon the following facts:

A. On March 3, 2014, the Court issued an order setting a hearing on the Motion to Certify Class for November 21, 2014 at 9:00 a.m., with Plaintiffs' Motion to Certify Class due on July 11, 2014, Defendant's Opposition due on September 12, 2014, and Plaintiffs' Reply due on October 31, 2014. Docket No. 187.

B. On May 23, 2014, Defendant filed two Motions for Summary Judgment, setting the hearing date on both Motions for June 27, 2014 at 9:00 a.m., with Plaintiffs' Oppositions due on June 6, 2014 and Defendant's Replies due on June 13, 2014. Docket Nos. 203 and 205.

C. On June 17, 2014, the Court continued the hearing on both of Defendant's Motions for Summary Judgment to August 29, 2014 at 9:00 a.m. Docket No. 211.

D. On July 8, 2014, the Court granted the parties' stipulation extending the deadline for Plaintiffs to file their Motion to Certify Class to August 11, 2014. Docket No. 213.

E. During a conference call with the parties on August 5, 2014, the Court agreed to extend all current dates in this action by eight weeks, with Plaintiffs' Oppositions to the Motions for Summary Judgment due three weeks before the new hearing date and Defendant's Replies due two weeks before the new hearing date.

F. On August 6, 2014, the Court issued a Minute Order extending the hearing on the Motions for Summary Judgment by eight weeks and setting a briefing schedule.

THEREFORE, to clarify the hearing and briefing schedule on the Motion to Certify Class and Motions for Summary Judgment, the parties hereby stipulate, and request that the Court enter an Order providing as follows:

**CLASS CERTIFICATION**

1. Plaintiffs' Motion to Certify Class is due on October 6, 2014.

2. Defendant's Opposition to the Motion to Certify Class is due on December 8, 2014.

3. Plaintiff's Reply in Support of the Motion to Certify Class is due on January 26, 2015.

PRINTED ON RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Mitchell LLP

4. The hearing on the Motion to Certify Class is set for February 20, 2015 at 9:00 a.m.

**SUMMARY JUDGMENT**

5. Plaintiffs' Oppositions to Defendant's Motions for Summary Judgment are due on October 10, 2014.

6. Defendant's Replies in Support of its Motions for Summary Judgment are due on October 17, 2014.

7. The hearing on Defendant's Motions for Summary Judgment is set for October 31, 2014 at 9:00 a.m.

All parties reserve their right to request modifications to any of the dates on this schedule and to oppose any other party's request to modify any such dates. Plaintiffs specifically do not agree that the motions for summary judgment, or all of them, should be heard before class certification.

IT IS SO STIPULATED.

DATED: August 8, 2014

JEFFREY D. GOLDMAN
RYAN S. MAUCK
BRIAN M. YATES
JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ Jeffrey D. Goldman
JEFFREY D. GOLDMAN
Attorneys for Defendant UMG RECORDINGS, INC.

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

DATED:  August 8, 2014         LEONARD B. SIMON
                               THE LAW OFFICES OF LEONARD B. SIMON, P.C.


                               By: /s/ Leonard B. Simon
                                     LEONARD B. SIMON
                               Chair of Lead Class Counsel Group for Plaintiffs

                               655 West Broadway, Suite 1900
                               San Diego, California 92101
                               Telephone:  (619) 338-4549
                               Facsimile:  (619) 231-7423

                               *     *     *

I, LEONARD B. SIMON, am the ECF user whose identification and password are being used to file this document.  In compliance with General Order 45, Section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:  August 8, 2014

                               By: /s/ Leonard B. Simon
                                     LEONARD B. SIMON

                               *     *     *

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____, 2014    _____
                                     HON. SUSAN ILLSTON
                                     UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2014, I authorized the electronic filing of the foregoing **STIPULATION REGARDING MOTION AND BRIEFING SCHEDULE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 8, 2014.

           /s/ Leonard B. Simon
           LEONARD B. SIMON

           THE LAW OFFICES OF LEONARD B. SIMON, P.C.
           655 West Broadway, Suite 1900
           San Diego, California 92101
           Telephone:  (619) 338-4549
           Facsimile:  (619) 231-7423
           E-mail:  lens@rgrdlaw.com

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON RECYCLED PAPER

## Mailing Information for a Case  3:11-cv-01613-SI James v. UMG Recordings, Inc.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur Nash Bailey , Jr**
  abailey@hausfeldllp.com,celder@hausfeldllp.com

- **Raymond Paul Boucher**
  boucher@kbla.com,smendoza@kbla.com,sharo@kbla.com

- **Elliot Perry Cahn**
  cahnman@aol.com

- **Nicholas A. Carlin**
  nac@phillaw.com,rac@phillaw.com

- **Bryan L. Clobes**
  bclobes@caffertyclobes.com,docketclerk@caffertyclobes.com,ktucker@caffertyclobes.com,docket@caffertyclobes.com,dherrera@caffertyclobes.com

- **Eric B. Fastiff**
  efastiff@lchb.com,btroxel@lchb.com

- **David M. Given**
  dmg@phillaw.com,ala@phillaw.com,rac@phillaw.com

- **Jeffrey D. Goldman**
  jgoldman@jmbm.com,mastercalendar@jmbm.com,RMauck@jmbm.com,BYates@jmbm.com,rf2@jmbm.com

- **Cecilia Han**
  chan@lchb.com

- **Michael D. Hausfeld**
  mhausfeld@hausfeldllp.com

- **Roger Norton Heller**
  rheller@lchb.com,mgordon@lchb.com

- **Douglas Lowell Johnson**
  njohnson@jjllplaw.com

- **Neville L. Johnson**
  njohnson@jjllplaw.com,nkazalbasch@jjllplaw.com,nkurtz@jjllplaw.com

- **Jeffrey Alan Koncius**
  koncius@kbla.com,jmendez@kbla.com,jsalgueiro@kbla.com

- **Nicholas Kurtz**
  nkurtz@jjllplaw.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **Ryan Scott Mauck**
  rmauck@jmbm.com

- **William James Newsom**
  wnewsom@pswlaw.com,yberry@pswlaw.com

- **Clifford H. Pearson**
  cpearson@pswlaw.com

- **James J. Pizzirusso**
  jpizzirusso@hausfeldllp.com,kryan@hausfeldllp.com

- **Glenn Douglas Pomerantz**
  glenn.pomerantz@mto.com,cherryl.tillotson@mto.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Melissa Conwell Shapiro**
  mshapiro@saveri.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,yberry@pswlaw.com

- **Bruce L. Simon**
  bsimon@pswlaw.com

- **Bruce Lee Simon**
  bsimon@pswlaw.com,mpearson@pswlaw.com,cpearson@pswlaw.com,dwarshaw@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Leonard B. Simon**
  lens@rgrdlaw.com,terreed@rgrdlaw.com

- **Michael W. Sobol**
  msobol@lchb.com,nreynolds@lchb.com,mgordon@lchb.com,jrudnick@lchb.com

- **Michael W. Sobol**
  msobol@lchb.com

- **Nicole Diane Sugnet**
  nsugnet@lchb.com

- **Alexander Hilary Tuzin**
  aht@phillaw.com,rac@phillaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswlaw.com,bpouya@pswlaw.com,asafyan@pswlaw.com,mwilliams@pswlaw.com,egrant@pswlaw.com

- **Bruce J. Wecker**
  bwecker@hausfeldllp.com

- **Brian Meredith Yates**
  byates@jmbm.com

- **Cadio R. Zirpoli**
  zirpoli@saveri.com,mogden@saveri.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James            Timothy Ryan
Johnson & Rishwain LLP
439 N Canon Dr #200
Beverly Hills, CA 90210
```