# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 10, 2014　　**Time:** 3:52 - 4:05 p.m.　　**Judge:** SUSAN ILLSTON
**Case No.**: 11-cv-01613-SI　　**Case Name:** James v. UMG Recordings, Inc.

**Attorney for Plaintiff:** Leonard Simon (T)
**Attorney for Defendant:** Jeff Goldman (T)

**Deputy Clerk:** Melinda K. Lozenski　　　　**Court Reporter:** Not Reported

### PROCEEDINGS

Further Case Management Conference held.

Case is continued to **11/19/2014 at 4:00 p.m.** for further Case Management Conference.

(T): Telephonic Appearance