# EXHIBIT B

[DOCUMENT FILED UNDER SEAL]