Michael W. Sobol (State Bar No. 194857)
(msobol@lchb.com)
Roger N. Heller (State Bar No. 215348)
(rheller@lchb.com)
Nicole D. Sugnet (State Bar No. 246255)
(nsugnet@lchb.com)
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Counsel for Plaintiffs and Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 11-CV-1613-SI (MEJ)<br><br>**DECLARATION OF MICHAEL W. SOBOL IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:   Hon. Susan Illston |

I, Michael W. Sobol, hereby declare as follows:

1. I am a member in good standing of the California State Bar and a partner in the law firm Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"), counsel of record for Plaintiffs and Interim Co-Lead Counsel in the above-captioned action. I submit this declaration in support of the Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I am a 1989 graduate of Boston University School of Law. I practiced law in Massachusetts from 1989 to 1997. From 1995 through 1997, I was a Lecturer in Law at Boston University School of Law. In 1997, I left my position as partner in the Boston firm of Shafner, Gilleran & Mortensen, P.C. to move to San Francisco, where I joined LCHB. Since joining LCHB in 1997, I have almost exclusively represented plaintiffs in consumer protection class actions. I have been a partner with LCHB since 1999. I have served as plaintiffs' class counsel in numerous nationwide consumer class action cases.

3. LCHB is one of the oldest, largest, most respected, and most successful law firms in the country representing plaintiffs in class actions, and brings to the table a wealth of class action experience. LCHB has been repeatedly recognized over the years as one of the top plaintiffs' law firms in the country by both The National Law Journal and The American Lawyer. *See, e.g.*, The Plaintiffs' Hot List, National Law Journal (Oct. 1, 2013) (LCHB received this same award each year from 2003 through 2013); J. Triedman, A New Lieff, The American Lawyer (Dec. 2006), at 13 ("one of the nation's premier plaintiffs' firms"); A. Frankel, Sweet Sixteen, Litigation 2004, Supplement to The American Lawyer & Corporate Counsel (Dec. 2004), at 8-10. A copy of LCHB's firm resume, which describes the firm's experience in class action and other complex litigation, can be found at http://www.lchbdocs.com/pdf/firm-resume.pdf, and is not attached hereto given its length.

4. I am in my fourteenth year as chair of LCHB's consumer practice group, and as such am involved in and oversee a wide range of consumer protection litigation. During this time, LCHB has vindicated the rights of, and recovered hundreds of millions of dollars for,

consumers in class litigation.    By way of example:

- LCHB serves as Co-Class Counsel in *Gutierrez v. Wells Fargo Bank, N.A.*, (No. 07-5923 WHA, N.D. Cal.), a class action alleging unfair practices and false representations by Wells Fargo in connection with its imposition of overdraft charges. In 2013, the court reinstated a $203 million class judgment that had been entered in 2010 following a bench trial.  In 2014, the Ninth Circuit Court of Appeals affirmed the reinstated $203 million judgment.  For our work in the case, the Consumer Attorneys of California named myself and my partner Richard M. Heimann as Finalists for the Consumer Attorney of the Year Award.

- LCHB serves on the Plaintiffs' Executive Committee in *In re Checking Account Overdraft Litigation* (MDL 2036, S.D. Fla.), a Multi-District Litigation involving more than two dozen banks and allegations of unfair practices and false representations in connection with the banks' imposition of overdraft charges. Class settlements totaling hundreds of millions of dollars have been approved by the court to date.

- LCHB serves as Plaintiffs' Liaison Counsel and on the Plaintiffs' Executive Committee in *In re Chase Bank USA, N.A. "Check Loan" Contract Litigation* (MDL No. 2032, N.D. Cal.), a nationwide Multi-District class action alleging that Chase breached its good faith obligation to credit cardholders by modifying the terms of their long-term fixed rate loans.   In November 2012, the court granted final approval to a $100 million nationwide settlement that provides direct payments to approximately one million cardholders and important injunctive relief.

- LCHB served on the Plaintiffs' Steering Committee in the Multi-District Litigation, *In re Neurontin Marketing and Sales Practices Litigation*, No. 04-CV-10739-PBS (D. Mass.), arising out of the sale and marketing of the prescription drug Neurontin. LCHB was also Of Counsel to Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals ("Kaiser") in the litigation.  On March 25, 2010, a jury determined that Pfizer Inc. violated federal antiracketeering law by promoting Neurontin for unapproved uses and found Pfizer liable to Kaiser for damages of up

to $142 million. On November 3, 2010, the Court found Pfizer liable under California's Unfair Competition Law, ordering it to pay restitution to Kaiser of approximately $95 million.

- LCHB served as Settlement Class Counsel in a nationwide consumer class action challenging Progressive Corporation's private passenger automobile insurance sales practices, *Kline v. The Progressive Corporation*, Circuit No. 02-L-6 (Circuit Court of the First Judicial Circuit, Johnson County, Illinois). In 2002, the Court approved a settlement valued at approximately $450 million, which included both cash and equitable relief.

- LCHB served as lead counsel in a coordinated action against Catholic Healthcare West ("CHW") in *Catholic Healthcare West Cases*, JCCP No. 4453 (Cal. Supr. Ct.). Plaintiff alleged that CHW charged uninsured patients excessive fees for treatment and services. In January 2007, the Court approved a settlement that provides discounts, refunds and other benefits for CHW patients valued at $423 million.

- LCHB served as Co-Lead Counsel for a certified national settlement class of Providian credit cardholders who alleged that Providian had engaged in widespread misconduct by charging cardholders unlawful, excessive interest and late charges, and by promoting and selling to cardholders "add-on products" promising illusory benefits and services, in *Providian Credit Card Cases*, JCCP No. 4085 (San Francisco Supr. Ct.). In November 2001, the Court granted final approval to a $105 million settlement of the case, which also required Providian to implement substantial changes to its business practices.

5.  In addition, I serve as one of the Class Counsel in *In re Warner Music Group Corp. Digital Downloads Litigation*, Case No. 12-CV-00559-RS (N.D. Cal), which involved similar allegations and claims as this litigation, and I participated actively in negotiating the court-approved class settlement in that matter.

6.  Class Counsel in this case, including LCHB, have significant experience in complex class action litigation, have negotiated numerous other substantial settlements, and have

1. the ability to litigate this case on a class-wide basis if a fair settlement were not offered.

7. The settlement in this matter was reached after Class Counsel conducted extensive investigation into the factual and legal issues raised in the case, and following intensive, arms-length negotiations. Based on my experience I believe that the proposed settlement is fair reasonable and adequate and in the bests interests of the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 6, 2015 at San Francisco, California.

_____
Michael W. Sobol

1224672.1