David M. Given (State Bar No. 142375)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA   94129
Tel: 415-398-0900
Fax: 415-398-0911

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, et al., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UMG RECORDINGS, INC., a Delaware corporation, <br><br> Defendant. | No. CV 11-cv-1613-SI (MEJ) <br><br> **DECLARATION OF DAVID M. GIVEN IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:   April 28, 2015 <br> Time:   10:30 a.m. <br> Crtrm.: 10, 19th Floor <br> Judge:  Hon. Susan Illston |

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
(415) 398-0900

I, David M. Given, declare as follows:

1.      I am a member in good standing of the State Bar of California and the State Bar of New York admitted to practice before this Court and a principal in the law firm of Phillips, Erlewine, Given & Carlin LLP, which serves as Plaintiffs' co-lead counsel in the above-entitled putative class action lawsuit filed in this Court against UMG Recordings, Inc. (Case No. CV 11-cv-1613-SI (MEJ)).  The facts set forth herein are based upon my personal knowledge.

2.      I submit this declaration in support of Plaintiffs' Motion for Preliminary Settlement Approval.

3.      I graduated from the University of Virginia School of Law in 1986.  I am admitted to practice in the States of New York and California.  I have practiced law for over 25 years.  I began my professional career at the law firm of Phillips, Nizer, Benjamin, Krim & Ballon in New York City.  I have had my law practice in San Francisco since 1989, and have appeared before this Court since at or about that time.

4.      My legal practice consists of, among other things, commercial and class action litigation as well as transactional matters, with a special emphasis on entertainment, technology and intellectual property law.  My firm has been AV-rated by Martindale-Hubbell since its founding in July 1997.  Recently, my law partner Randy Erlewine and I were named 2013/14 Top Rated Lawyers in Commercial Litigation Law by the *American Lawyer*.

5.      I have been a panelist and featured speaker in various professional and educational forums, including but not limited to: the National Academy of Recording Arts and Science's "Grammy in the Schools" program; the Practicing Law Institute ("Litigating Copyright, Trademark, and Unfair Competition Cases"); the Sedona Conference ("Recent Developments in Entertainment Industry Litigation"); the South by Southwest Music Conference ("Demo, Development and Baby Band Deals" [2006] and "The Impact of Recent Big Music Cases" [2011]); the Hastings Entertainment Law Symposium; the American Bar Association's Presidential Showcase Program ("Privacy, Copyright and Parental Control in the Age of YouTube, Myspace and Beyond" [2007]); the LSI-sponsored Entertainment Technology Law Summit in Seattle, Washington; and the Department of Commerce Internet Policy Task

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
(415) 398-0900

Force Green Paper Roundtable on Remix, Sampling, and Mashups ("Copyright Policy, Creativity, and Innovation in the Digital Economy" [2014]).

6.      I have served in several leadership roles with bar organizations, including the Bar Association of San Francisco (Chair, Entertainment and Sports Law Section, 1997-99) and the American Bar Association (Chair, Forum on the Entertainment and Sports Industries, 2000-02). In addition, for an approximately three-year period (1996-99), I served as Editor-in-Chief of the *Entertainment and Sports Lawyer*, a quarterly journal, and have authored numerous articles and book reviews on the subjects of entertainment and intellectual property law.

7.      From 1999-2002, I was Lecturer-in-Law at the University of California at Berkeley School of Law (Boalt Hall), where I created and developed the curriculum for and taught the entertainment law program, and where to this day I continue to guest lecture.  I have also guest lectured at the law schools at Pepperdine University, the University of San Francisco, and Stanford University, among others.

8.      Over the course of my professional career, and largely aside from my personal professional involvement in the class action field, I have represented a range of clients in the popular music industry, in both transactional and litigation matters.

9.      Phillips, Erlewine, Given & Carlin LLP has a successful record of defending and prosecuting claims for clients in both the state and federal courts in a diverse range of matters, including in the areas of entertainment law, complex class actions, intellectual property law, as well as technology, employment, commercial, insurance and tort law.  Known for its intellectual property and entertainment law expertise, the firm has served as counsel in a number of high-profile entertainment law cases, including:

a.      *Guercio v. Chicago Records* (recovery of unpaid record producer royalties):  The firm represented James William Guercio, a Grammy Award winning producer of the band Chicago, in a lawsuit against the Chicago band members and their record company. The action alleged breach of the parties' agreement and also sought recovery of unpaid royalties and other monies.  The band counterclaimed, alleging that client had improperly withheld consent to various licensing opportunities.  Following a jury trial and an accounting, the firm

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
(415) 398-0900

2

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
(415) 398-0900

obtained a judgment for almost $1 million in favor of the client and also prevailed on the band's counterclaim.

       b.     *Dead Kennedys v. Jello Biafra* (band partnership dispute): The firm represented the legendary punk rock band Dead Kennedys and achieved a "complete victory" against the band's former frontman, Jello Biafra.  The jury verdict in the client's favor followed a three-week trial, and was sustained on appeal.  The appellate decision upheld over $200,000 in compensatory and punitive damages, together with the band's right to continue to control all of its creative works and musical properties.  The case was the subject of feature articles in the *S.F. Weekly*, *S.F. Examiner*, and *Spin Magazine*.  Following conclusion of the trial, the band went back out on the road for the first time in 16 years.  *The New Yorker* magazine later published a feature on the band's tour.

       c.     *Carolyn Garcia v. Estate of Garcia* (Jerry Garcia estate settlement):  In a case nationally televised on Court TV, the firm successfully represented Carolyn "Mountain Girl" Garcia, ex-wife of the late Jerry Garcia of Grateful Dead fame, in a lawsuit against Jerry Garcia's estate to enforce a property settlement agreement entered into by the late musician and his former wife.  Praising the quality of Ms. Garcia's representation by the firm, the Court awarded Ms. Garcia attorneys' fees and the right to the remainder of the dissolution agreement, totaling more than $4.5 million.  Following settlement of Ms. Garcia's claims against the estate, the firm took on the representation of the majority of Jerry Garcia's heirs (including his daughters and brother), and later helped to establish the Jerry Garcia Estate LLC for the post-estate administration of Jerry's intellectual property rights.

       d.     *Doobie Brothers v. Paul Curcio, et al.* (trademark infringement):  The firm represented the renowned classic rock band Doobie Brothers in a suit against Florida-based promoter Paul Curcio and three former members of the band to prevent them from touring and promoting themselves as the "Original" Doobie Brothers in violation of federal trademark law. The firm obtained a Preliminary Injunction on short notice, following a hearing in which the court praised the firm's work and preparation.  In further proceedings, the firm was successful in having defendants held in contempt of the injunction and obtaining an award of attorneys' fees.

DECLARATION OF DAVID M. GIVEN ISO PLTFS.' MOT. RE PRELIM. SETTLEMENT APPROVAL
Case No. 11-cv-1613-SI (MEJ)

The firm eventually obtained entry of a permanent injunction and a money judgment in excess of $1 million, later upheld by the 11th Circuit Court of Appeals.

        e.    *Dunbar v. Gottwald* (copyright infringement): Represented members of legendary power pop band The Rubinoos in federal copyright infringement action against pop superstar Avril Lavigne, alleging that her megahit song "Girlfriend" was copied from The Rubinoos hit song "I Wanna Be Your Boyfriend."

        f.    *GPP v. Baerwald* (song authorship dispute): Represented estate of co-author of six-time platinum hit song "Come What May" from hit film *Moulin Rouge* against co-author who claimed sole authorship.

    10.    The firm also has extensive class action experience, including:

        a.    The firm served as co-lead counsel for Plaintiffs in another putative class action in this District involving the accounting for income from digital downloads of recorded music, *In re: Warner Music Group Corp. Digital Downloads Litigation*, Case No. 3:12-cv-00559-RS. The *Warner* case involved virtually identical allegations and raised substantially similar factual and legal issues as this case. It settled for $11.5 million, and the Court granted final approval of that settlement in January 2015.

        b.    The firm served as co-team leader in the multi-district class action litigation initiated by bank customers against Bank of America, N.A., in the actions: *In Re: Checking Account Overdraft Litigation*, S.D. Fla. Case No. 1:09-MD-02036-JLK; *Tornes v. Bank of America, NA.*, S.D. Fla. Case No. 1 :08-cv-23323-JLK; and *Yourke, et al. v. Bank of America, N.A.*, S.D. Fla. Case No. 1:09-cv-21963-JLK; N.D. Cal. Case No. 3:09-2186. The case involved the bank's practice of posting debit card charges in high to low order, rather than chronologically, in order to maximize overdraft fees charged to customers. In or around May 2011, the parties to those actions reached a settlement by which Bank of America agreed to pay the class $410 million in connection with the settlement of the class' claims. The settlement was granted final court approval in November 2011. The firm also served as class counsel in similar overdraft litigation against Bank of the West (*Dee v. Bank of the West*, N.D. Cal. Case No. 4:10-cv-02736; S.D. Fla. Case No. 1:10-cv-22985; *Orallo v. Bank of the West*, C.D. Cal. Case No.

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
(415) 398-0900

2:10-cv-2469; S.D. Fla. Case No. 1:10-cv-22931-JLK) and M&T Bank (*Given v. Manufacturers and Traders Trust Company a/k/a M&T Bank,* S.D. Fla. Case No.: 1-10-cv-20478-JLK; D. Md. Case No. 1:09-cv-02207-WDQ). The class claims against Bank of the West were settled for $18 million, and the court granted final approval of that settlement in December 2012. The class claims against M&T Bank were settled for $4 million, and the court granted final approval of that settlement in March 2015.

     c.  *Combrisson v. City and County of San Francisco* (balance billing class action - lead counsel): The firm served as lead class counsel in a class action lawsuit in San Francisco Superior Court against the City and County of San Francisco challenging the practice by San Francisco General Hospital of "balance billing" emergency room patients, i.e., billing a patient directly for an amount over and above the amount the patient's health insurer has deemed to be the "allowed amount" for such services. The parties reached a settlement by which the City and County of San Francisco agreed to pay the full amount that the class members were overcharged. The Court granted final approval to the class settlement in February 2013.

     d.  *Jonathan Sayre et al. v. SFS-39, Inc.,* San Francisco Superior Court Case No. CGC-12-523838, and *Jennifer Williams et al. v. SFS-39, Inc, et al*, American Arbitration Association Case No. 74 160 00152 13: In employment class action and arbitration proceedings brought against three prominent San Francisco restaurants, the firm represented a class of approximately 700 minimum-wage restaurant workers in claims involving the systematic and unlawful denial of the workers' meal and rest breaks. In late 2013, the parties reached a settlement for $1.9 million under which class members would receive one hour of pay for each shift worked during the period covered by the lawsuit (an average of $1,500 each) and the defendants would also be required to pay $45,000 in penalties to the California Labor & Workforce Development Agency. The Court granted final approval of the settlement in February 2014.

     e.  The firm (along with its co-counsel) serve as interim lead counsel in *Opperman v. Path, Inc.*, et al., Case No. 13-cv-00453-JST (and related cases), a class action involving Apple, Inc., and many of the technology industry's largest application developers,

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
(415) 398-0900

over the practice of uploading consumers' address book (contact) data from iDevices without consumers' authorization or consent.

11.     Officially reported decisions in which my firm or I served as lead counsel or counsel of record in the federal courts involving the music or technology industries include: *Stewart v. Screen Gems-EMI Music, Inc.*, ___ F.Supp.3d ___, 2015 WL 890994 (N.D. Cal. 2015) (music publishing royalties dispute); *USA Technologies, Inc. v. Doe*, 713 F.Supp.2d 901 (N.D. Cal. 2010) (internet privacy case) (co-counsel with Electronic Frontier Foundation); *Newton v. Diamond*, 388 F.3d 1189 (9th Cir. 2004) (song copyright infringement case) (amicus appearance); *Mendler v. Winterland Production, Ltd.*, 207 F.3d 1119 (9th Cir. 2000) (digital art copyright infringement case); *Dead Kennedys v. Biafra*, 37 F.Supp.2d 1151 and 46 F.Supp.2d 1028 (N.D. Cal. 1999) (band partnership dispute); *Systems XIX, Inc. v. Parker*, 30 F.Supp.2d 1225 (N.D. Cal. 1998) (sound recording copyright case); *Ahern v. Scholz*, 85 F.3d 774 (1st Cir. 1996) (recording artist-manager dispute); *Record Club of Amer. v. United Artists Records*, 701 F.Supp. 71 (S.D.N.Y. 1988) (antitrust/breach of contract case); and *Record Club of Amer. v. United Artists Records*, 696 F. Supp. 940 (S.D.N.Y. 1988) (same).

12.     Attached as Exhibit A is a true and correct copy of selected pages from the firm's website. Additional information and biographical data illustrating the firm's experience in handling class actions, complex litigation, and the types of claims asserted in the instant action may be found at http://www.phillaw.com.

13.     Counsel in this case accepted the settlement only after conducting intensive settlement negotiations and thorough investigation into the factual and legal issues raised in this case. Based on my experience, I believe that the proposed settlement is fair, reasonable and adequate and in the bests interests of the class.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 10th day of April 2015 at San Francisco, California.

_____
David M. Given

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
(415) 398-0900

DECLARATION OF DAVID M. GIVEN ISO PLTFS.' MOT. RE PRELIM. SETTLEMENT APPROVAL
Case No. 11-cv-1613-SI (MEJ)

# EXHIBIT A

Case 3:11-cv-01613-SI    Document 234-7    Filed 04/14/15    Page 9 of 42



# Phillips, Erlewine, Given & Carlin LLP

The Presidio of San Francisco @ 415-398-0900

— home   practice   attorneys   news   clients   contact —

## Intellectual Property

Our wide-ranging IP practice encompasses the litigation of trademark and copyright infringement claims, consulting related to licensing and clearance issues for product developers, trade secret litigation, and counseling in Internet law relating to advertising, marketing, lead-generation & privacy. **MORE.**

## Commercial

We represent a wide variety of clients in litigation involving unfair business practices, unfair competition, and insurance disputes, as well as in corporate transactional matters such as formation, dissolution, mergers, acquisitions & divestitures. **MORE.**

## Employment & Labor

The firm's full-service employment & labor practice includes both the prosecution and defense of employment-related claims in state and federal courts and before government agencies, and touches virtually every aspect of the employer-employee relationship. **MORE.**

## Entertainment

Our lawyers handle all types of entertainment law

## Class Action

The firm represents plaintiffs in class actions in

## Personal Injury

We have extensive

Case 3:11-cv-01613-SI   Document 234-7   Filed 04/14/15   Page 10 of 42

matters, including transactional advice in the music, merchandising, sports, literary publishing, film, television, broadcast, new media, video gaming, internet, and art industries and in related litigation. **MORE.**

both the state and federal courts, including in matters related to consumer rights and protection, employment, health care, banking, recording artist rights & privacy. **MORE.**

expertise handling personal injury cases on behalf of plaintiffs involving serious or catastrophic injuries, vehicle accidents, defective products, and construction and property maintenance injuries. **MORE.**

---

39 Mesa Street, Suite 201
San Francisco, CA 94129

©2015 Phillips, Erlewine, Given & Carlin LLP
Privacy Policy & Disclaimer



# Phillips, Erlewine, Given & Carlin LLP

The Presidio of San Francisco @ 415-398-0900

– home  practice  attorneys  news  clients  contact –

## Entertainment
## Intellectual
## Property
## Commercial
## Employment &
## Labor
## Class Action
## Personal Injury

Here are some examples of our work in this area:

- Stephanie Ford Stewart's Opposition to Motion to Dismiss
- Avril Lavigne Case Management Conference Statement

**Copyright and Trademark Law**
The firm successfully prosecutes and defends lawsuits on behalf of musicians, authors, merchandising companies, and others in the industry who have had their works infringed upon or who are involved in copyright or trademark ownership disputes.

**Unpaid Royalties**
The firm litigates on behalf of music producers, film and television producers, musicians, and other artists seeking recovery of unpaid royalties.

**Sports Law**
The firm handles both transactional matters as well as litigation in sports-related issues. This includes contract drafting, risk management and employment advising, and litigation relating to liability against athletes and athletic facilities.

- Dead Kennedys' Opening Appellate Brief
- Doobie Brothers' Motion for Preliminary Injunction
- Winterland's Supplemental Brief re T-Shirt Case

**RELATED NEWS**

39 Mesa Street, Suite 201
San Francisco, CA 94129

©2015 Phillips, Erlewine, Given & Carlin LLP
Privacy Policy & Disclaimer



# Phillips, Erlewine, Given & Carlin LLP

### The Presidio of San Francisco @ 415-398-0900

— home   practice   attorneys   news   clients   contact —



**EDUCATION**

- A.B. (French), College of Arts and Sciences, Cornell University
- J.D., School of Law, University of Virginia

**PROFESSIONAL**

# DAVID M. GIVEN

**David is the managing partner and a co-founder of the firm. He began his career with the esteemed New York trial attorney Louis Nizer. His current practice spans both commercial and class action litigation as well as transactional matters, the latter with a special emphasis on entertainment, technology and intellectual property law.**

David has served in several leadership roles in connection with complex class action litigation. Over the last several years, he and the firm served as co-team leader and class counsel in class actions involving the overdraft fee practices of three national banks, resulting in cumulative settlements of over $430 million on behalf of those banks' customers. In 2012, David was appointed co-lead counsel by two different federal district court judges in class actions involving major record labels' treatment of digital download

**IN THE NEWS**

Court again sides with plaintiffs in privacy class action against Apple, app developers

Federal court green-lights

## AFFILIATIONS

- State Bar of California
- State Bar of New York
- American Bar Association
  - Section on Litigation
  - Section on Intellectual Property
  - Forum on Entertainment & Sports Industries (Chair, 2000-02)
- Bar Association of San Francisco - Entertainment and Sports Law Section (Chair, 1997-99)

## PUBLISHED DECISIONS

*Stephanie Ford Stewart v. Screen Gems-EMI Music, Inc.,* __ F.Supp.3d__ (N.D. Cal. 2015)

*In re Checking*

income in their accounting to recording artists and other royalty participants; one such case recently resulted in an $11.5 million settlement. And he and the firm continue to serve, following their appointment by Federal District Court Judge Jon S. Tigar, as co-lead counsel in class action litigation against Apple and 12 of the nation's major application developers over the alleged surreptitious harvesting of consumers' contact information from their iDevices.

As part of his wide-ranging entertainment and music law practice, David has carved out an expertise representing leaving band members, including from such platinum and multi-platinum acts as PAPA ROACH, 4 NON-BLONDES, CAKE, MARILYN MANSON, SOCIAL DISTORTION, HELMET, and RED JUMPSUIT APPARATUS. He has also served as counsel and music industry expert in several high profile rock-and-roll divorces, including those of Jerry Garcia (GRATEFUL DEAD, JERRY GARCIA BAND), Paul DeLisle (SMASHMOUTH), Tre Cool (GREEN DAY), and Lars Ulrich (METALLICA), and has counseled individuals and estates on the disposition of their creative property (i.e., songs, recordings, literary material, visual art, etc.) and royalty interests.

For a two-year term, David served as chairman of the American Bar Association's Forum on the Entertainment and Sports Industries. He has been a panelist and featured speaker at numerous entertainment, technology and video game industry events. In 2007, he co-chaired with Microsoft's lead in-house copyright attorney the LSI-sponsored Entertainment Technology Law Summit in Seattle. That same year, the American Bar Association chose him to present its annual Presidential Showcase Program, "Privacy, Copyright and Parental Control in the Age of

Daydream Believer's case for unfair business practices

Judge favorably inclined toward deal in Warner digital download case



*Account Overdraft Lit.*, MDL No. 2036, 674 F.3d 1252 (11th Cir. 2012)

*USA Technologies, Inc. v. Doe*, 713 F.Supp.2d 901 (N.D. Cal. 2010)

*Newton v. Diamond*, 388 F.3d 1189 (9th Cir. 2004)

*Mendler v. Winterland Production, Ltd.*, 207 F.3d 1119 (9th Cir. 2000)

*Dead Kennedys v. Biafra*, 37 F.Supp.2d 1151 and 46 F.Supp.2d 1028 (N.D. Cal. 1999)

*Systems XIX, Inc. v. Parker*, 30 F.Supp.2d 1225 (N.D. Cal. 1998)

*Ahern v. Scholz*, 85 F.3d 774 (1st Cir. 1996)

*Smith v. BIC Corp.*, 869 F.2d

YouTube, MySpace and Beyond." For the last dozen years, he has been a featured speaker at the South by Southwest Interactive/Music Conference in Austin, Texas, on topics ranging from recent developments in music industry litigation to the future of cloud computing.

For four consecutive spring semesters, David lectured in law at the University of California at Berkeley, School of Law (Boalt Hall), where he helped develop and implement the core curriculum for the school's entertainment law class. David has also guest lectured at the law schools of the University of San Francisco, Pepperdine and Stanford University.

For 14 years David served on the board of trustees (including as vice-chairman and chairman) of the Blue Bear School of Music in San Francisco. A highlight of his career remains interviewing the inestimable Frank Zappa at his home studio in Los Angeles for a special issue of the *Entertainment and Sports Lawyer* on art and censorship.

---

## REPRESENTATIVE MATTERS

In re: Checking Account Overdraft Litigation (Multidistrict Litigation). Class action litigation against major US banks for their overdraft fee practices; served as co-team leader and class counsel, obtaining over $430 million in settlement proceeds on behalf of banks' customers.

Rick James et al. v. UMG Recordings, Inc. Serves as co-lead counsel in class action litigation against UMG/EMI over the alleged systematic failure to

| | |
|---|---|
| 194 (3rd Cir. 1989) | account properly for income derived from digital downloads and ringtones. |
| *Record Club of Amer., Inc. v. United Artists Records, Inc.*, 701 F.Supp. 71 (S.D.N.Y. 1988) | In re: Warner Music Group Digital Downloads Litigation: Served as co-lead counsel; obtained $11.5 million class action settlement following litigation against record label WMG for the treatment of monies derived from digital downloads and ringtones. |
| *Record Club of Amer., Inc. v. United Artists Records, Inc.*, 696 F.Supp. 940 (S.D.N.Y. 1988) | Opperman et al. v. Path et al. Serves as co-lead counsel in class action litigation against Apple and a host of App Developers over the alleged surreptitious harvesting of consumers' contact information. |
| *Littlejohn v. BIC Corp.*, 851 F.2d 673 (3rd Cir. 1988) | Medical Self Care v. NBC. Prevailed on summary judgment in dispute regarding the assignment of almost $10 million in advertising time on the NBC television network. |
| view my profile on **Avvo** | Black v. Lucasfilm Defended Lucasfilm Ltd. against claims for $4 million in unpaid royalties to plaintiff claiming rights to *Raiders of the Lost Ark*; settlement entailed dismissal of case and no monies paid. |

Dunbar v. Gottwald. Represented songwriters for the pop group THE RUBINOOS in lawsuit against pop superstar AVRIL LAVIGNE and her producer and co-writer Lukasz ("DR. LUKE") Gottwald for copyright infringement, alleging that the Lavigne/Gottwald song "Girlfriend," which was a No. 1 worldwide hit song for much of 2007, infringed on The Rubinoos' 1979 hit song "I Wanna Be Your Boyfriend."

Mendler v. Winterland Productions. Defended legendary music merchandise company in copyright dispute with photographer.

Watts v. Watts. Defended daughters of philosopher/writer Alan Watts in arbitration against claims by disinherited siblings involving rights to Watts's literary works, resulting in award of attorneys' fees and costs.

Doobie Brothers v. Curcio. Represented the renowned classic rock band THE DOOBIE BROTHERS in suit against promoter and three former members to prevent them from touring and promoting themselves as the "Original" Doobie Brothers; obtained a Preliminary Injunction, an order holding Defendants in contempt of the injunction, and a judgment in excess of $1 million, upheld on appeal.

Dead Kennedys v. Jello Biafra. Represented the legendary punk rock band DEAD KENNEDYS, achieving "complete victory" in case against band's former front man, Jello Biafra.

Carolyn Garcia v. Estate of Garcia. Represented Carolyn "Mountain Girl" Garcia, ex-wife of the late Jerry Garcia, in lawsuit against Jerry's estate to enforce a property settlement agreement entered into by the late musician and his former wife; following two-week, nationally-televised trial, court awarded Ms. Garcia attorneys' fees and the right to the remainder of the dissolution agreement, totaling more than $4.5 million.

---

## SELECTED PUBLICATIONS

"Music in the Cloud -- A Business and Legal Primer," *Entertainment and Sports Lawyer* (Winter 2012).

"Clash of the Titans: Viacom v. YouTube," *Daily Journal*, (January 25, 2010).

 "A Modern Pandora's Box: Music, the Internet and the Dilemma of Clearing Public Performance Rights," *Entertainment and Sports Lawyer* (Fall 2008).

"Online Music Comparisons, A Practical Guide," *Entertainment and Sports Lawyer* (Fall 2000).

First Amendment Protection for Trademark Use, Practicing Law Institute (1998).

Review of *Law and Business of the Entertainment Industries (Third Edition)*, *Entertainment and Sports Lawyer* (Spring 1996).

"Plus Ca Change, Plus C'est La Meme Chose": European Coproduction Remains Viable, For Now," *Entertainment and Sports Lawyer* (Fall 1995).

----

**SELECTED SPEAKING ENGAGEMENTS**

Copyright Policy, Creativity, and Innovation in the Digital Economy. Department of Commerce Internet Policy Task Force Green Paper Roundtable on Remix, Sampling, and Mashups (July 30, 2014; UC Berkeley Law)

Actions, Reactions and Class Actions: Music Business Litigation. SXSX 2014 (Austin, Texas)

*Fast Forward!* Protecting and Selling Music in the Digital Age. Berkeley Center for Law &

Technology, California Lawyers
Association, and Sports and Entertainment Law
Society of Berkeley Law (January 2013; UC
Berkeley Law)

Run for Cover: The Future of Cloud
Commerce. SXSW 2012 (Austin, Texas)

The Impact of Recent Big Music Cases. SXSW
2011 (Austin, Texas)

Is Copyright Law Harming or Helping the Music
Industry? Northern California Chapter of the
Copyright Society of the U.S.A. (February 21,
2011)

Clash of the Titans: Viacom v. YouTube -- Will
Copyright Law Undo Google's Internet
Juggernaut? American Bar Association Forum on
the Entertainment and Sports Industries (August
6, 2010; San Francisco, CA)

Recent Developments in Digital Copyright
Litigation. Bar Association of San Francisco
(November 20, 2008)

The Ongoing Transformation of the Music
Business: Lessons from the History of New
Approaches for Online Distribution and Industry
Responses to New Technologies and
Players. Entertainment Technology Law Summit
(August 16-17, 2007; Seattle, Washington)

---

39 Mesa Street, Suite 201
San Francisco, CA 94129

©2015 Phillips, Erlewine, Given & Carlin LLP

Privacy Policy & Disclaimer



# Phillips, Erlewine, Given & Carlin LLP

The Presidio of San Francisco @ 415-398-0900

— home   practice   attorneys   news   clients   contact —

# news 2015

### Firm enters Florida case over Endless Jewelry dispute

March 31, 2015 -- Partner Randy Erlewine appeared today as counsel of record for plaintiffs in legal action against the proprietors of the popular Endless Jewelry line of products. The case involves the circumstances of the 2014 start-up of a new line of jewelry that, according to public reports, has already become a $25 million a year business and has attracted the interest of investors as well as a "long term partnership" with Jennifer Lopez for a specialty line of branded product. Plaintiffs say they conceived of the concept for the new jewelry line, developed and implemented the business plan to launch it and organized logistics and personnel, after which they were shut out of any further involvement and denied a portion of the ongoing business. In addition to the firm, plaintiffs' legal team includes renowned South Florida litigator Bruce Rogow as well as the prominent Ft. Lauderdale plaintiff law firm of Conrad & Scherer LLP. An amended complaint amplifying plaintiffs' claims is expected shortly.

## More

- 2015
- **2014**
- **2013**
- **iDevice privacy class action**
- **Rick James class action**
- **archive**

## Court again sides with plaintiffs in privacy class action against Apple, app developers

March 23, 2015 – Federal District Court Judge Jon S. Tigar today issued a 34-page decision upholding claims against Apple and a dozen of the country's largest application developers for violations of law in connection with the practice of uploading address book data from users' iDevices without the users' authorization or consent. Today's order is the third in which Judge Tigar has upheld plaintiffs' class claims in the case (in which the court appointed the firm lead counsel in Oct. 2013) against defendants' almost three-year long legal assault. In today's order, the court found that plaintiffs adequately stated an "extensive" and, allegedly, false and misleading advertising campaign aimed at convincing the public that Apple's personal computer devices were (and are) "secure and include comprehensive consumer-privacy protections." The court also sustained, as it did before, plaintiffs' invasion of privacy claims against both the app developers and Apple despite several lines of legal attack, including that the federal Copyright Act preempted those claims in their entirety. Defendants now have 14 days to answer plaintiffs' consolidated complaint, after which the case will proceed to the pre-trial discovery stage.

## Firm rolls over attempt to throttle car dealership proceeding

March 12, 2015 – Firm partner Nick Carlin succeeded today in overcoming multiple objections to moving forward with client Candace Holzer's wage theft case against DCH Auto Group, one of the largest auto dealerships in the nation, a case brought under California's Private Attorneys General Act and seeking broad compensatory relief. Siding with Ms. Holzer, Los Angeles County Superior Court Judge Michael Johnson rejected DCH's attempt to compel arbitration of Ms. Holzer's wage and hour claims on behalf of herself and all other non-exempt employees throughout the State of California; Judge Johnson also refused to grant a stay of Ms. Holzer's case, as requested by DCH on multiple grounds, including the existence of pending arbitration proceedings by others on their own individual wage theft claims. The court's order is pending. For more information about the case, which now enters the pre-trial discovery phase, click here.

## Federal court approves $4 million bank overdraft fee

## settlement

March 4, 2015 — At a hearing conducted this morning, a federal district court in Miami granted final approval to a $4 million class-action settlement with M&T Bank. Firm partner Nick Carlin appeared as class counsel on behalf of the bank's customers. The case, originally filed in 2009, involved the bank's practice of posting debit card charges in high to low order, rather than chronologically, in order to maximize overdraft fees charged to customers, a practice one court has described as an "accounting scam." An order confirming the court's approval is pending. Beginning in 2009, the firm was instrumental in commencing and prosecuting cases resulting in over $430 million in settlement proceeds for bank customers who were the victims of overdraft fee abuse, work cited by the Consumer Attorneys of California when it named Nick Carlin and David Given "Consumer Attorneys of the Year" finalists in 2012.

UPDATE -- March 13, 2015 — The court entered its order and judgment today giving final approval to the settlement of this class action.  In his order of final approval, the judge complimented the firm, finding that it "undertook a risky and undesirable case and, through diligence, perseverance, and skill, obtained an outstanding result. [It is] to be commended."

## Federal court green-lights Daydream Believer's case for unfair business practices

March 2, 2015 -- In a carefully reasoned and groundbreaking 36-page decision issued today, U.S. Magistrate Judge Jacqueline Scott Corley agreed with the arguments made by firm partners Nicholas Carlin and David Given and gave the go-ahead to a lawsuit filed by firm client Stephanie Ford Stewart against EMI Music Publishing, the world's largest music publisher, challenging EMI's practice of paying its own foreign affiliates 50% of foreign royalties before remitting the balance to itself, to split 50/50 with its legacy songwriters. Stewart, the widow of John Stewart, former member of the Kingston Trio and composer of hit tunes such as The Monkees' classic "Daydream Believer," alleges that EMI's self-dealing results in a drastic reduction in her (and others') share of such royalties. Judge Corley ruled that Stewart adequately alleged that EMI engaged in unfair business practices and breached the covenant of good faith and fair dealing, stating

"the implied covenant claim asserts that Screen-Gems EMI has wronged Plaintiff by paying fees to foreign sub-publishers that are grossly above market rate, thereby depriving Plaintiff of the full benefit of the 50% net receipts royalty." Judge Corley also ruled that Stewart adequately alleged that Screen-Gems EMI, the U.S. EMI entity that Stewart's publishing contract was with, and the EMI foreign affiliates currently retaining 50% of the foreign royalties, are in reality a single enterprise and that money earned by one is money earned by all.  Stewart's case is the first in the U.S. to successfully challenge the practice of music publishers double dipping in the collection of foreign royalties for legacy songwriters with so-called "net receipts" language in their publishing agreements. In a U.K. case from the 1980s, Elton John prevailed against his music publisher on similar claims; however, in this country, songwriters have struggled. In denying EMI's motion to dismiss Stewart's case, Judge Corley noted that none of the U.S. cases alleged, as Stewart does here, that the EMI entities were a single enterprise, or that EMI breached the covenant of good faith and fair dealing.

### Firm launches wage theft case against famed Berkeley restaurant

February 23, 2015 – The firm today filed a 23-page federal court complaint against the owner and operator (together with the corporate parent) of Spenger's Fresh Fish Grotto, the popular seafood restaurant located in Berkeley, on behalf of a putative class of the restaurant's workers. The class action complaint alleges a pattern and practice of unlawful conduct, including forcing employees to work off-the-clock and without compensation, failing to provide statutorily required breaks, failing to provide accurate and complete wage statements and engaging in fraudulent recordkeeping. The court has set the first hearing in the case for May.

### Judge favorably inclined toward deal in Warner digital download case

January 8, 2015 – Partner David Given appeared today before Federal District Judge Richard Seeborg in support of the settlement made between a group of recording artists and Warner Music Group in a class case initiated over the treatment of monies derived from digital downloads and ringtones. The settlement, concluded following intense negotiations between a team of

lawyers representing the record label and PEG&C and the other lead law firms representing the artists, provided an $11.5 million fund for pre-digital age artists to make a claim for past amounts based on their download activity together with an uplift in the royalty rate paid to artists by WMG on download income. At the conclusion of the hearing, Judge Seeborg said he found the settlement fair, adequate and reasonable and indicated that he would approve it; an order is pending.

UPDATE -- January 12, 2015 -- Judge Seeborg entered his order today giving final approval to the settlement of this class action. In a related order entered the same day, Judge Seeborg approved the request for reimbursement of costs and payment of attorneys' fees to class counsel, complimenting the firm's "skillful handling of the difficult factual and legal issues presented...and the quality of the result achieved," in the case.

### Firm changes name and address, improves coffee service

January 2, 2015 -- Effective today, the firm will be known as Phillips, Erlewine, Given & Carlin LLP. The firm's offices are now located in the Presidio of San Francisco at 39 Mesa Street, Suite 201. The firm will feature freshly-ground and brewed Stumptown coffee at its new location.



39 Mesa Street, Suite 201
San Francisco, CA 94129

©2015 Phillips, Erlewine, Given & Carlin LLP
Privacy Policy & Disclaimer



# Phillips, Erlewine, Given & Carlin LLP

The Presidio of San Francisco @ 415-398-0900

– home   practice   attorneys   news   clients   contact –

# news 2014

### Firm adds to attorney line-up

December 1, 2014 – PE&G has added Brian Conlon to its staff and named Paul Lukacs of counsel to the firm. Brian recently concluded a two-year stint at the U.S. Court of Appeals for the Eighth Circuit in St. Louis, Missouri. He is a 2011 graduate of Harvard Law School. Brian is currently licensed to practice law in New York only. Paul became an associate of PE&G upon graduation from Berkeley Law (Boalt Hall). He subsequently joined the law firm of Lavely & Singer in Los Angeles, primarily representing talent in the entertainment industry. He is based in Los Angeles where he focuses on entertainment and intellectual property law matters for the firm.

### PE&G inks deal for San Francisco Film Centre space

November 13, 2014 – PE&G today signed a five-year lease for space at the San Francisco Film Centre, set to begin on Jan. 1st of next year. The Film Centre is located in the iconic Presidio of San Francisco, once the oldest continuously operated military

## More

- **2015**
- 2014
- **2013**
- **iDevice privacy class action**
- **Rick James class action**
- **archive**

post in the nation.  It is now part of the Golden Gate National Recreation Area and National Park Service, and serves as home to many creative, financial and other professionals.  Built in 1938, the Centre's building (39 Mesa Street) once served as headquarters for the 6th Army.  In 1999, members of the San Francisco Film Society (including the legendary George Gund, Jr.) spearheaded a historic renovation of the building.  The firm's new space, which has room for growth, originally housed the production company of renowned comic and Academy Award-winning actor Robin Williams.

## Model seeks to squash grape growers using her image without permission

October 30, 2014 -- Firm partners Nick Carlin and David Given have filed a complaint on behalf of firm client, Cyndra Busch, a model and actress, against grape producers Jakov Dulcich & Sons and Sunlight International Sales, for violation of her right of publicity. The complaint alleges that defendants have used (and continue to use) a photograph of Ms. Busch as the face of their "Pretty Lady" brand grapes without Ms. Busch's knowledge or consent. Her image has become so closely associated with the grapes that the company's website describes her as their "favorite lady," who has "become a recognized symbol of quality." The complaint seeks damages as well as an injunction. The firm has extensive experience in right of publicity cases.

## $4 million bank overdraft fee settlement preliminarily approved

October 20, 2014 -  In an order entered today, a federal district court in Miami granted preliminary approval to a $4 million dollar class-action settlement with M&T Bank. As part of the order, firm partner Nicholas Carlin was appointed class counsel, and the firm's client was appointed class representative. The order noted that class counsel had "vigorously and competently represented the Settlement Class Members' interests in the Action."  The case, originally filed in 2009, involved the bank's practice of posting debit card charges in high to low order, rather than chronologically, in order to maximize overdraft fees charged to customers, a practice one court has described as an "accounting scam." The firm has settled similar cases against Bank of the West and Bank of America. Notice to class members will be sent out in December, with the final approval hearing set for March 4,

2015.

## Firm revs up PAGA litigation against DCH Auto Group for wage and hour violations

October 14, 2014 — Firm partner Nicholas Carlin filed an amended complaint today in Los Angeles Superior Court on behalf of Candace Holzer, a former employee of DCH Auto Group (one of the largest auto dealerships in the nation - recently acquired by Lithia Motors [NYSE:LAD]), seeking relief under the California Private Attorneys General Act of 2004 ("PAGA") for wage and hour violations. The complaint alleges, among other things, that DCH failed to allow its employees to take meal and rest breaks, and falsified time records to show that employees clocked out for lunch when in fact they were still working. The complaint seeks recovery on behalf of Ms. Holzer and all other non-exempt employees of DCH in all of its auto dealerships in California. Any current or former employee with information about such potential labor code violations is encouraged to contact the firm. PE&G has launched a website as a part of its investigation of California car dealerships affiliated with DCH Auto Group for possible systematic labor code violations.

## Daydream Believer says EMI unfairly double dipping

September 29, 2014 -- Firm partners Nicholas Carlin and David Given filed a lawsuit in Marin County Superior Court today on behalf of Buffy Stewart, the widow of songwriter and former Kingston Trio member John Stewart, against EMI Music Publishing, for breach of contract and breach of the covenant of good faith and fair dealing in connection with EMI's royalty accounting for the mega-hit song Daydream Believer, made famous by The Monkees. The song was originally written about Ms. Stewart. The lawsuit alleges that EMI has engaged in unfair self-dealing in connection with the collection of royalties in foreign countries, in that EMI uses its own foreign subsidiaries to collect the royalties, and unfairly charges EMI songwriters such as Stewart 50% of such collections, instead of the usual market rate of 10%.

## Incredibeard sends a little chin music to right of publicity violator

September 5, 2014 -- Partner Nick Carlin has concluded a settlement on behalf of firm client Isaiah Webb, better known

as Incredibeard, with a college in Michigan over the unauthorized
use of the client's image on billboards and the college's website.
The college agreed to cease and desist from the unauthorized
uses and to pay an undisclosed amount of money to the client.
The firm continues to handle all manner of unauthorized use
cases for its performer and talent agency clients; in December
2009, the firm obtained what is still considered the largest
result for non-celebrities in California to date in a right of publicity
case.

## Firm opposes claims in Brian Jonestown Massacre copyright dispute

August 18, 2014 -- Partner David Given today prevailed on a
motion to strike musician Jeffrey Davies' answer and dismiss his
counterclaims against firm client Anton Newcombe, a/k/a The
Brian Jonestown Massacre. Through the lawsuit, Newcombe
seeks a ruling that – contrary to Davies' contention that he co-
authored many of BJM's musical works – Davies neither authored
the works (with the exception of three songs) nor has any
ownership interest in them. Davies attempted to assert
counterclaims against Newcombe for, among other things,
misappropriation, fraud, and copyright infringement. Just as he
did during the previous round of motion practice, Magistrate
Judge Nathaniel Cousins of the Northern District of
California ruled in Newcombe's favor on every issue, holding that
many of Davies' state-law claims are preempted by the Copyright
Act and that he failed to properly plead other claims. The court
granted Davies leave to attempt to cure the defects in his
counterclaims but dismissed for good Davies' requests for
statutory damages, attorneys' fees, and punitive damages arising
out of Newcombe's alleged copyright infringement.

## Firm partner advocates for artists at Copyright Office policy reform panel

July 30, 2014 -- Partner David Given participated in a roundtable
discussion on remixes hosted by the Copyright Office and
the Department of Commerce's Internet Policy Task Force at the
University of California Berkeley's School of Law (Boalt Hall). The
discussion was the final in a series of four roundtables (earlier
roundtables were hosted at Vanderbilt, Harvard, and Loyola law
schools) which emerged from a Green Paper designed to elicit
discussion surrounding whether the current legal framework for

the creation of remixes unacceptably impedes such remixing.
Among the panelists offering their perspectives were lawyers, law
professors, academics, artists, and industry and non-profit
representatives. As a tireless advocate for nearly 25 years on
behalf of creators, David discussed, among other issues, the need
to preserve artists' ability to say "no" to uses of their copyrighted
works, the functionality of the current system for those artists and
their representatives, and the imperative role that factual,
academic research must play in determining what policy changes,
if any, are necessary.

## Firm represents key personnel and shareholders in acquisition by Fortune 500 Company

July 9, 2014 -- Partner Randy Erlewine represented the high-level
executives and minority shareholders of a San Francisco-based
consulting company in connection with the company's acquisition
by a global commercial real estate services and investment firm.
The PE&G attorney, among other things, protected his clients'
interests by negotiating the terms of their employment
agreements and (for personnel located outside California) non-
compete agreements. The firm's work contributed to the
successful and timely completion of the transaction.

## Randy Erlewine again named Super Lawyer

July 7, 2014 -- This marks the third consecutive year that firm
partner Randy Erlewine has been selected as a Super Lawyer in
the list of Northern California Super Lawyers. This honor is given
to the top 5% of lawyers practicing in Northern California. Randy
had also previously received this award in each of the years from
2005 through 2010.

## Amended complaint sharpens focus in privacy case against Apple and app developers

June 27, 2014 -- The firm today filed an amended complaint on
behalf of plaintiffs in the class action case against Apple and a
dozen of the App Store's largest app developers (including,
among others, Electronic Arts and Twitter) asserting breaches of
privacy relating to the unauthorized uploading of address book
data from consumers' iDevices. The amended complaint comes
in response to the 55-page decision of Federal District Court
Judge Jon S. Tigar on defendants' various motions to dismiss
plaintiffs' claims in their entirety. Issued in May, that decision

granted in part and denied in part those motions. The amended complaint serves to address concerns raised in Judge Tigar's decision with plaintiffs' prior pleadings, while keeping intact claims the court said could proceed, some subject to additional factual detail. Judge Tigar appointed the firm interim co-lead counsel in the case last October.

## Firm presses copyright ownership case for Anton Newcombe, a/k/a The Brian Jonestown Massacre

May 12, 2014 -- Partner David Given overcame numerous procedural obstacles in his effort to protect singer-songwriter and recording artist Anton Newcombe's rights to the body of work (compositions and sound recordings) created by him as the Brian Jonestown Massacre. In response to musician Jeffrey Davies' claims that he coauthored many of the BJM works, PE&G filed suit on behalf of Newcombe, seeking a ruling that (with the exception of three songs) Davies neither authored the works nor has any ownership interest in them. Rather than respond to the merits of Newcombe's complaint, Davies filed a series of motions seeking to dismiss the suit on a variety of grounds, to strike Newcombe's allegations, and/or to transfer the case to Los Angeles. In a carefully reasoned 13-page decision issued today, Magistrate Judge Nathaniel Cousins of the Northern District of California ruled in Newcombe's favor on every issue, and ordered Davies to answer Newcombe's allegations. The judge also set the matter for a case management conference next month.

## $4 million settlement reached in bank overdraft fee case against M&T Bank

April 22, 2014 -- PE&G partner Nicholas Carlin helped achieve a tentative settlement in a bank overdraft fee case on behalf of a class of M&T Bank customers. The named plaintiff is a Maryland resident who alleged that the bank unlawfully charged her and other bank customers excessive overdraft fees on their debit card transactions. The plaintiff alleged that the bank employed a bookkeeping device to multiply the number of overdraft occurrences its customers would incur, and thereby increase the number of overdraft fees charged to a customers' account. By re-ordering customers' daily debit transactions in a high-to-low order - instead of in the order in which they occurred - the bank depleted account balances as fast as mathematically possible, maximizing the possibility that insufficient funds would be left for

the string of lower dollar transactions. Following several months of mediation, M&T Bank agreed to pay $4 million to settle the case. The settlement will be presented for preliminary approval to the federal judge presiding over the case in the near future.

## Firm stakes out trademark claim for client in band name dispute

March 31, 2014 -- Partner David Given today submitted his main (trial) brief in the case of *Wonderbread 5 v. Gilles*, a matter pending before the Trademark Trial and Appeal Board. The case concerns a dispute over the band name "Wonderbread 5" and the filing of a trademark registration for that name by a disgruntled former band member following his exit from the band in 2009. The band (a popular San Francisco-based party band) is seeking to cancel that registration on grounds of prior use and fraud on the Trademark Office. The former band member's brief is due shortly, after which the TTAB will take additional argument and issue a decision in the matter.

## Firm partner speaks at South by Southwest Music Conference on industry class actions

March 14, 2014 -- Firm partner David Given appeared at the South by Southwest Music Conference, participating on a panel entitled "Actions, Reactions and Class Actions: Music Business Litigation." He gave an update on the recently-concluded settlement with Warner Music Group on the accounting to artists and other royalty participants for income derived from internet music providers, as well as on other pending class cases over the same subject against UMG Recordings and EMI Music/Capitol Records. The panel also reviewed recent developments in music industry litigation and the suitability of class actions in the entertainment industry.

## Court grants final approval of wage and hour class action settlement

February 19, 2014 -- The San Francisco Superior Court today approved the settlement of a class action on behalf of hundreds of minimum wage workers, who alleged they had been unlawfully denied meal and rest breaks. Under the settlement, each of 525 class members, represented by partner Nicholas Carlin, will receive payments averaging over $1,650, and in many cases exceeding $5,000. In addition, defendants will pay a record

$45,000 in penalties to the California Labor & Workforce Development Agency.

## Firm client wins commercial lease dispute with landlord

February 11, 2014 -- In a Final Arbitration Award issued today by the Hon. V. Gene McDonald (Ret.), partner Nicholas Carlin obtained total victory for the firm's client, a local independent record label. The client's lease gave it the right to sublet the premises subject only to the landlord's consent, not to be unreasonably withheld, and to split with the landlord any excess rent that the sublessee might pay over and above the original rent. The client wanted to move out and sought to sublet the premises. Rents had gone up dramatically and the landlord, not wanting to share the excess rent, engaged in bad faith tactics to delay and ultimately deny consent. After the client moved out, the landlord immediately turned around and rented the space directly to the proposed subtenant on terms identical to the proposed sublease. After a three day trial, Judge McDonald found that the landlord unreasonably withheld consent and acted in bad faith. He awarded the firm's client damages on every element claimed as well as the right to share the future excess rent, a total value of approximately $250,000. Judge McDonald also ruled almost entirely in the client's favor on the landlord's $300,000 cross-complaint, finding in the landlord's favor on one item of damage for less than $900. The case settled shortly after the firm filed its motion for attorneys' fees and costs.

## Federal Court gives preliminary approval to settlement with Warner Music in digital download case

January 23, 2014 -- Federal District Court Judge Richard Seeborg today granted preliminary approval to a deal struck between a group of recording artists and Warner Music Group over the treatment of monies derived from digital downloads and ringtones. The settlement was concluded following a year of intense negotiations between a team of lawyers representing the record label and PE&G and the other lead law firms representing the artists. The deal provides an $11.5 million fund for pre-digital age artists to make a claim for past amounts based on their download activity together with an uplift in the royalty rate paid to artists by WMG on download income. Notice to the class and the period to make claims by class members has commenced. A final approval

hearing is scheduled for October. For more information about the settlement, and what an artist may need to make a claim, click here.

**NEWS 2013**

---

39 Mesa Street, Suite 201
San Francisco, CA 94129

©2015 Phillips, Erlewine, Given & Carlin LLP
Privacy Policy & Disclaimer



# Phillips, Erlewine, Given & Carlin LLP

The Presidio of San Francisco @ 415-398-0900

— home   practice   attorneys   news   clients   contact —

# news 2013

## Court preliminarily approves $1.9 million settlement of wage and hour class action

November 18, 2013 -- The San Francisco Superior Court granted preliminary approval of the settlement of a class action on behalf of approximately 700 minimum wage workers, represented by Nick Carlin, who alleged the workers had been unlawfully denied meal and rest breaks. Under the settlement, class members are expected to receive roughly one hour of pay for each shift worked during the time period covered by the lawsuit or an average of over $1,500 each. Defendants will also pay PE&G's fees and costs, as well as $45,000 in penalties to the California Labor & Workforce Development Agency. The court will hold a final approval hearing on February 19, 2014.

## Court appoints firm lead counsel in privacy case against Apple and others

October 22, 2013 -- In an order issued today, Federal District Judge Jon Tigar has appointed PE&G (along with its co-counsel) lead attorneys in a class action involving Apple and many of the

## More

- **2015**
- **2014**
- 2013
- **iDevice privacy class action**
- **Rick James class action**
- **archive**

tech industry's largest application developers over the wide-spread practice of uploading consumers' address book data from iDevices without consumers' authorization or consent. The practice came to light following reporting in the *New York Times* and other major news publications in February of last year, and led to one app developer's civil prosecution by the Federal Trade Commission. The case has survived multiple attacks by Apple and the other defendants; those defendants' third round of motions to dismiss the class plaintiffs' consolidated amended complaint are set to be heard by Judge Tigar in January.

### Firm defends against multi-million dollar damages claim for alleged misappropriation of intellectual property

October 11, 2013 -- PE&G attorney Randy Erlewine recently helped conclude a settlement of claims against firm clients Development Specialists, Inc., and California Assignments. The latter entity became the Assignee for Benefit of Creditors of a Silicon Valley semiconductor fabrication plant. Before shutting down, the plant refused to release certain physical and intellectual property belonging to one of its customers, until that entity paid a disputed invoice. Following the assignment, the customer filed suit, claiming millions of dollars in damages for alleged conversion and misappropriation of its trade secrets and intellectual property used in the fabrication of semiconductor wafers. The firm vigorously defended against these highly complex and hotly litigated claims. The customer filed a notice of settlement today.

### Firm launches trademark infringement case for celebrated Bay Area gentlemen's club

September 18, 2013 -- Partner David Given was recently retained by the Gold Club of San Francisco in a case pitting it against a new gentlemen's club opened last month in San Jose using the client's same name and similar marks and logos. The firm commenced the client's case against the new club in federal court, followed by an expedited motion for preliminary injunction. Following an hour-long hearing before Federal District Judge William H. Orrick, III, the court issued a carefully-reasoned 19-page decision, denying the request for a preliminary injunction but finding that the firm had raised "serious questions" about the nature of the new club's various defenses to infringement. Acknowledging the urgency of the matter, the

court ordered the parties to submit an "expedited schedule" for trial of the matter. The parties will be back in court on October 15th to discuss that subject and, most likely, to set the case for trial.

## Court allows privacy case to proceed against Apple, sets date for consolidated complaint

August 5, 2013 -- Federal District Judge Jon Tigar has ruled against Apple Inc. in a case regarding the uploading of private address book data from iDevice users' phones and tablets without their knowledge or consent. In his 17-page order issued today, Judge Tigar sustained all but one of the claims made against Apple from legal attack, allowing the case to proceed to the discovery stage, where  information will be sought about Apple's policies and practices. In earlier related proceedings, Judge Tigar allowed a consolidated amended complaint to be filed in four cases brought over the same issues and asserting substantially the same claims against Apple and 14 of the largest application developers, including Facebook, Path and Foursquare. PE&G is helping to lead the plaintiffs' effort against Apple and these app developers in the case. Judge Tigar has ordered the consolidated amended complaint to be filed on or before Sept. 3rd.

## Firm vindicates client's rights in Court of Appeal

August 1, 2013 -- PE&G persuaded the California Court of Appeal to reverse a trial court decision allowing a trade organization to use the California Public Records Act to obtain a client's private records.  The client, San Francisco Bar Pilots ("SFBP"), is a private association of licensed pilots who maneuver ships through the San Francisco Bay and related waterways.  The state imposes certain duties on SFBP, and in particular on the pilot who serves as "Port Agent."  Pacific Merchant Shipping Association, a trade organization representing the shippers required to pay SFBP fees for pilotage, attempted to use the Public Records Act to obtain extensive records created and used by SFBP – but not by any public officer or agency.  In a published opinion, the Court of Appeal rejected PMSA's assertion that SFBP's records are public and agreed with the firm's arguments that the evidence presented to the trial court unequivocally demonstrated that the records PMSA sought are private and not subject to the Public Records

Act.

### Randy Erlewine selected as Super Lawyer

July 9, 2013 -- Partner Randy Erlewine has been selected again
as a Super Lawyer in the 2013 list of Northern California Super
Lawyers, an honor given to the top 5% of lawyers practicing in
Northern California. Randy has previously received this award in
each of the years from 2005 through 2010, as well as in 2012.

### Court orders restaurant chain to turn over evidence, pay monetary sanction for obstruction

April 26, 2013 -- Defendant restaurant chain and its owners
stonewalled the firm's attempts to obtain material evidence, on
behalf of its restaurant worker clients including records of time
worked and wages earned by employees, and evidence of
defendants' financial dealings. Paul A. Renne, Esq., acting as Pro
Tem Judge of the San Francisco Superior Court, had "little
sympathy" for defendants and flatly rejected their contentions --
including their argument that Judicial Council form interrogatories
were vague and sought irrelevant information -- and he held that
defendants had failed entirely to engage in a good faith effort to
respond to plaintiffs' legitimate discovery requests. Judge
Renne ordered the defendants to provide virtually all of the
information plaintiffs requested, and also ordered defendants and
their lawyers to pay $5,000 in monetary sanctions for their willful
obstruction of discovery. PE&G attorney Alex Tuzin led this
effort. The case is *Sayre v. SFS 39, Inc.*, San Francisco Superior
Court Case No. CGC-12-523838.

### Class case clears important hurdle

April 16, 2013 -- PE&G attorney Nick Carlin thwarted an attempt
by defendant restaurant chain to stall -- potentially for years -- the
firm's clients' class action claims for wage theft and other
violations of the California Labor Code. The restaurant chain
recently began requiring its employees to sign arbitration
agreements, and Mr. Carlin represents a separate group of
employees in arbitration who were similarly deprived of their
rights. The restaurant chain argued that all proceedings in the
class action (involving plaintiffs who did not sign the arbitration
agreement) should halt until after the arbitration is concluded. The
firm's attorneys successfully argued to San Francisco Superior

Court judge Marla Miller that this was an improper effort to hold the class action hostage and deny the firm's clients access to the justice system. The judge agreed, and permitted the class action to move forward.

## Firm joins class action over data privacy against Apple, app developers

March 22, 2013 -- PE&G attorneys David Given and Nick Carlin have joined a team of lawyers who have brought a class case against Apple and certain developers of consumer applications made available on the App Store over users' privacy rights in their digital data. The core allegation of the complaint is that the apps in question pirated private user information, including address book data, from the user's iDevice by surreptitiously uploading that information without notice to the user and without the user's consent. The federal government recently prosecuted its own case against one such developer, Path, also named in the class action, over the same conduct. That case resulted in a consent order which included a permanent injunction together with civil penalties of $800,000. The class case was recently transferred to the San Francisco federal court, where one judge in another similar case has already sustained most of the claims against Path. The case is set for its first hearing before Federal District Judge Jon Tigar on April 4th.

## Firm defends future baseball hall-of-famer in dispute over recording artist's services

March 1, 2013 – PE&G partner David Given concluded his defense of future Hall-of-Fame baseball player Frank Thomas and his record label, W2W Records, in a lawsuit brought in California Superior Court. The lawsuit alleged that Frank and W2W Records "interfered" with a recording contract ostensibly covering the services of a young singer who recorded for W2W Records as part of a trio, Belle Voxx; that group's release in 2011 received a fair amount of press and critical attention. Following that publicity, plaintiff record label appeared making various claims under a five-year-old contract between the singer and another, predecessor record label and, in October 2012, sued Frank and W2W Records. The firm, together with Chicago counsel, vigorously defended the clients against these claims (among other things, no one had performed under the previous recording contract for over three years), while guiding the case

into an early resolution. Plaintiff filed a dismissal with prejudice of
its case against the firm's clients today.

## State Court grants final approval to balance billing class action settlement

February 28, 2013 -- The San Francisco Superior Court today
granted final approval to the class settlement in *Combrisson v.
City and County of San Francisco*. PE&G represents the class,
patients of San Francisco General Hospital, who alleged that they
were illegally balance billed by the hospital. Under the terms of the
settlement, the class members will receive a 100% recovery of the
amount they were overcharged. Attorneys' fees and costs of
administration will be paid separately and did not reduce the class
members' recovery. Firm attorney Nick Carlin led the effort. For
more information about the case, see here.

## David Given moderates panel at digital music seminar

January 26, 2013 -- PE&G partner David Given helped organize
and moderate a panel for the California Lawyers for the Arts
during its 30th annual Music Business Seminar entitled "Fast
Forward -- Protecting and Selling Music in the Digital Age" at the
Berkeley Law campus.  David's panel focused on the streaming
music business, and featured speakers
from Pandora, Stereotypes and the Electronic Frontier
Foundation, as well as East Bay Ray, famed lead guitarist from
punk-rock band (and firm client) Dead Kennedys.



NEWS ARCHIVE

39 Mesa Street, Suite 201
San Francisco, CA 94129

©2015 Phillips, Erlewine, Given & Carlin LLP
Privacy Policy & Disclaimer