1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Defendant. | CASE NO. CV 11-01613 SI (MEJ)<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:  Hon. Susan Illston |

855912.6

1    The Court, having reviewed Plaintiffs Rick James, by and through The James Ambrose

2  Johnson, Jr., 1999 Trust, his successor in interest; David Coverdale, by and for Whitesnake

3  Productions (Overseas) Limited; Dave Mason; Carlton Douglas Ridenhour, d/b/a "Chuck D, "

4  individually and as a member of Public Enemy; Ron Tyson; Robert Walter "Bo" Donaldson,

5  individually and d/b/a Bo Donaldson And The Heywoods; William Mclean, a/k/a "Will Mclean"

6  and p/k/a "Mista Lawnge," and Andres Titus, p/k/a "Dres," jointly d/b/a Black Sheep; Martha

7  Davis; and Ralph Vierra Tavares, Arthur Paul Tavares, Feliciano Vierra Tavares, Antone

8  Lawrence Tavares, and Perry Lee Tavares, individually and jointly p/k/a "Tavares" (collectively,

9  "Plaintiffs") Motion for Preliminary Approval of Class Action Settlement with Defendants UMG

10  Recordings, Inc. ("UMGR") and Capitol Records, LLC ("Capitol"), (collectively "Defendants"),

11  the pleadings and other papers on file in this action, and the statements of counsel and the parties,

12  hereby finds that Plaintiffs' motion should be GRANTED.

13    NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

14    1.  For purposes of this Order, except as otherwise set forth herein, the Court adopts

15  and incorporates the definitions contained in the Stipulation and Agreement of Settlement

16  ("Settlement").

17    2.  The Court hereby gives its preliminary approval to the Settlement, subject to a

18  hearing on the final approval of the settlement (the "Fairness Hearing"), and hereby certifies the

19  following Class for purposes of settlement:

20    All persons and entities (and their successors-in-interest, assigns, and heirs) that are

21    parties to a Class Contract and/or Artists or Included Other Royalty Recipients whose

22    service are provided in connection with a Class Contract and receive royalties pursuant

23    to a Class Contract (such as an Artist or Included Other Royalty Recipient who furnish

24    services to a so-called "loan-out' company or production company), except for the

25    following excluded persons or entities: (1) US Labels; (2) any persons or entities who

26    file a valid and timely Request for Exclusion; (3) any persons or entities who have,

27    whether by settlement, audit settlement, and/or other agreement(s) with a US Label:

28

(a) released any and all then-existing claims relating to sales or exploitation of all Subject Masters as Downloads, Mastertones, and, as to Capitol US Labels, Streams, and (b) either expressly agreed as to how royalties are to be calculated for sales or exploitation of all Subject Masters as Downloads, Mastertones, and, as to Capitol US Labels, Streams, or released all future claims related to the method of calculation of royalties for Downloads, Mastertones, and, as to Capitol US Labels, Streams, and (c) the provisions or agreements described in paragraphs 0(a) and 0(b) individually or together account for, dispose of, and/or govern all past, present, and future claims by that person or entity relating to the applicable methodology or formula for calculating or determining royalties for sales or exploitation of all Subject Masters as Downloads, Mastertones, and, as to Capitol US Labels, Streams; (4) any persons or entities to whom a US Label accounts or pays solely as an accommodation or service to an Artist or Included Other Royalty Recipient (e.g., pursuant to a letter of direction); and (5) any person included on a government list of known or suspected terrorists or other individuals, entities, and organizations of concern, including, but not limited to, persons appearing on the United States Department of the Treasury, Office of Foreign Assets Control List of Specially Designated Nationals and Blocked Persons (the "SDN Lists").

3.   The Court finds that the Settlement falls within the range of reasonableness necessary to grant preliminary approval.  The Court further finds that there is a sufficient basis for notifying the Class of the proposed Settlement, and for enjoining Class Members from proceeding in any other action arising from or relating to this litigation pending the conclusion of the Fairness Hearing.

4.   The Fairness Hearing will be conducted to determine the following:

     a.   Whether the proposed Settlement is fair, reasonable, and adequate and should be granted final approval;

     b.   Whether final judgments should be entered dismissing the claims of the

Class against UMGR and Capitol with prejudice as required by the Settlement Agreement; and

c.   Such other matters as the Court may deem appropriate.

5.   Plaintiffs are hereby found to be adequate representatives of the Class and are therefore appointed as Class Representatives.

6.   The Law Offices of Leonard B. Simon, P.C.; Pearson, Simon & Warshaw, LLP; Hausfeld LLP; Lieff Cabraser Heimann & Bernstein, LLP; Philips Erlewine & Given LLP; Kiesel Law LLP; and Indik & McNamara are hereby found to adequately represent the interests of the Class and are therefore appointed as Class Counsel.

7.   The Court appoints Garden City Group, LLC as the Claims administrator.

8.   The Court approves the form and content of the Claim Form, the Long Form Notice, and the Publication Notice attached hereto as Exhibits 1 through 3, respectively.  The Parties can make non-substantive changes to the Notice without prior Court approval.

9.   The Court approves the mailing of the Long Form Notice, in the form attached hereto as Exhibit 2, by the Settlement Administrator to the Class members via direct mail within 45 days after the entry date of this Order (the "Notice Date").

10. Commencing on or before the Notice Date, the Claims Administrator shall arrange for the Publication Notice, in the form attached hereto as Exhibit 3, by purchasing media buys in the following publications: (a) once in *Billboard* magazine in a size equivalent to one-quarter page; (b) once in *Rolling Stone* magazine in a size equivalent to one-quarter page; (c) once in the *Chicago Tribune* in a size equivalent to one-sixth page; (d) twice in the *Los Angeles Times* in a size equivalent to one-sixth page; (e) twice in the New York Times in a size equivalent to one-sixth page; (f) and twice in the Nashville Tennessean in a size equivalent to 3 columns x 7 in/cm.

11. Commencing on or before the earlier of the Notice Date or the first publication of the Publication Notice, the Settlement Administrator shall establish the Settlement Website, which shall contain downloadable copies of the Notice and Claim Form, and hyperlinks to key case documents including the Notice, Claim Form, Second Consolidated Amended Complaint, this

Stipulation, the Preliminary Approval Order, and (after it is filed) Class Counsel's application for attorneys' fees, costs and enhancement awards.  The Settlement Website shall also provide for submissions of Claims Forms electronically. The Settlement Administrator shall establish and administer a Toll-Free Number whereby potential Class members can obtain additional information and request that a Claim Form be mailed to them.

12. Commencing on or before the earlier of the Notice Date or the first publication of the Publication Notice, Defendants will place a link to the Settlement Website prominently on the homepage of the website http://www.universalmusic.com through the deadline for the filing of Claim Forms.

13. On or before the Notice Date, the Settlement Administrator shall issue a press release in the form of the Publication Notice to be disseminated to major media outlets.

14. Class Members are instructed to follow the instructions for exercising their rights under the Settlement Agreement as set forth in the Settlement Agreement and Class Notice. Failure to timely file and serve written objections will preclude a Class Member from objecting to the Settlement Agreement.  Failure to timely request exclusion will preclude a Class Member from opting out of the Settlement Agreement.

15. The Court finds that the forms of notice to the Class members regarding the pendency of this class action, and the methods of dissemination to the Class Members in accordance with the terms of this Order, constitute valid, due and sufficient notice to the Class Members pursuant to Federal Rule of Civil Procedure 23, the United State Constitution, and any other applicable law.

16. Counsel for the parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Settlement Agreement.

17. All provisions of the Settlement Agreement regarding the form and manner of providing notice to the Class shall remain in full force and effect unless otherwise expressly modified herein.

1        18. The Court adopts the following schedule in order to effectuate the final approval of

2    the Settlement Agreement.

3            a.  Plaintiffs' motion for attorneys' fees, costs and enhancement awards shall

4                be filed within 30 days after the Notice Date;

5            b.  Class Members shall have until 60 days after the Notice Date to file claims,

6                opt-out or exclude themselves, file a Notice of Intent to Appear at the

7                Fairness Hearing, object to the Settlement Agreement, or respond to

8                Plaintiffs' motion for attorneys' fees, costs and enhancement awards.

9                Pursuant to the terms of the Settlement Agreement, Class Members who do

10               not submit a valid and timely request to exclude themselves will be bound

11               by the Settlement Agreement for any and all issues covered by the releases,

12               waivers, and covenants in the Agreement.  Class Members who do not

13               submit valid and timely objections will have waived all objections.

14           c.  Plaintiffs shall file their motion for final approval of the Settlement

15               Agreement on or before 270 days after the Notice Date.

16           d.  The Fairness Hearing shall be held on April 13, 2016 at 4:00 p.m.

17       19. The date or time for the Fairness Hearing may be moved *sua sponte* by the Court or

18   pursuant to a stipulation by the parties subject to Court approval without providing additional

19   notice to the Class Members beyond updating the Settlement Website, except such notice shall be

20   provided to all objectors who timely state intent to appear at the Fairness Hearing.

21       20. Class Members shall, upon final approval of the Settlement Agreement, be bound

22   by the terms and provisions of the Settlement Agreement so approved, including but not limited to

23   releases, waivers, and covenants in the Agreement, whether or not such person or entity objected

24   to the Settlement Agreement and whether or not such person or entity submits an Authorized

25   Claim Form.

26       21. All further proceedings are hereby stayed except for any that are required to

27   effectuate the Settlement Agreement.

28

1  IT IS SO ORDERED.

2

3  Dated: ___April 28___, 2015

   _____
   The Honorable Susan Illston
4  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

<table>
<tr><td>

**MUST BE
POSTMARKED ON
OR BEFORE
XXXXX XX, 2015**

</td><td>

UMGR/Capitol Digital Royalty Class Settlement
c/o Garden City Group, LLC
P.O. Box 10181
Dublin, OH 43017-3181

</td><td>UMG</td></tr>
</table>

Control No: 1234567890
Claim No: UMG011111111

UMG1234567890



JANE CLAIMANT
123 4TH AVE
APT 5
SEATTLE, WA  67890

**IMPORTANT LEGAL MATERIALS**

# <u>CLAIM FORM</u>

### UMGR/CAPITOL DIGITAL ROYALTY CLASS SETTLEMENT

**If you are a Class Member and do not return this Claim Form, you may lose valuable rights under a Settlement, including additional credits, payments, and other benefits for certain past and future digital transactions.**

If you wish to be considered for benefits available under the Settlement, please complete, sign, and return this Claim Form, postmarked by [DATE], 2015 to:

UMG Settlement
c/o Garden City Group, LLC
P.O. Box 10181
Dublin, OH 43017-3181

or as an Adobe pdf file to info@UMGSettlement.com

This Settlement includes certain people who have rights under a recording or producer agreement with U.S. record labels that are now part of UMG Recordings, Inc., Capitol Records, LLC, or one of their subsidiaries (collectively, the "UMG/Capitol Labels"). If you receive royalty credits or payments from a UMG/Capitol Label, you may be eligible.

**Complete the information below to the best of your ability to ensure your Claim Form can be processed. All of the people that are parties to your contract with a UMG/Capitol Label should submit a Claim Form (you can submit a single Claim Form together or each person can submit a Claim Form individually). If some but not all of the parties to your contract with a UMG/Capitol Label submit a Claim Form, please provide evidence that you have  the legal right to act separately and independently to participate in the Settlement if you have it.  If you are not legally authorized to proceed without your co-parties, defendants may object to your claim as invalid.**

If you are not sure how to answer any question on this Claim Form or have questions about your rights or this Settlement, please contact the Settlement Administrator or Class Counsel at:

UMG Settlement                                    [Need Nominated Class Counsel]
c/o Garden City Group, LLC
P.O. Box 10181
Dublin, OH 43017-3181
1 (835) 896-0636
www.UMGSettlement.com



**UMGR/CAPITOL DIGITAL ROYALTY CLASS SETTLEMENT**

---

**1.   Please provide your contact information.**

Name:

Address:

City:                                                          State:          ZIP Code:

Email:

Phone:

(        )        -

*If more than one person is submitting this Claim Form, please provide the name, postal address, email address, and phone number of each claimant on an additional page.*

---

**2.   Is this Claim Form being submitted by or on behalf of** (*check only one*)**:**

☐ artist(s) (individual(s) or group)

☐ producer(s), or

☐ a company (e.g., a loan-out company or production company)

---

**3.   If different from the answer to Question 1, please identify the artist(s) (individual(s) or group), producer(s), or company (e.g., a loan-out company or production company) that signed the agreement(s) on which you rely to submit this Claim Form:**

Name(s):

---



**4.** Is this Claim Form being submitted by a "successor-in-interest" (e.g., heir, estate, or assignee) to an agreement, an authorized representative of a party to an agreement, or an authorized representative of a successor-in-interest to an agreement?

☐ Yes   ☐ No

If "Yes," explain why you can act as an authorized representative and/or why a person on whose behalf this Claim Form is being submitted is an authorized successor-in-interest:

*If different from the answer to Question 1, please identify each successor-in-interest on whose behalf this Claim Form is being submitted*

---

**5.** Did the artist(s), producer(s), or company identified in response to Questions 1 or 3 (a) enter into at least one recording or producer agreement with a UMG/Capitol Label dated between and including January 1, 1965 *and* April 30, 2004; and/or (b) participate in the Capitol Legendary Artist Program? *(If uncertain, you can still submit a Claim Form)*

☐ Yes   ☐ No   ☐ Do Not Know

Approximate date(s) of contract(s):

Name(s) of the project(s)/album(s):

*You are not required to submit copies of contracts or amendments for this Claim Form to be considered, but doing so can facilitate processing.  If they are available to you, please provide copies of each contract, including any amendments, that you would like considered as part of the Settlement.*



| 6. | Under the agreement on which you rely to submit this Claim Form, do you receive royalty credits or payments solely by reason of either (a) a "letter of direction" (that is, a separate letter or other document instructing the label to pay you a share of the royalties) and/or (b) a separate contract not between you and a label, but between you and the artist(s), producer(s), or company that signed with a UMG/Capitol Label? |
|---|---|
| | ☐ Yes   ☐ No |

| 7. | Is the agreement on which you rely to submit this Claim Form a pressing and distribution agreement (also known as a "P&D" agreement), profit split arrangement/joint venture, compilation license, sample license, or side artist agreement? |
|---|---|
| | ☐ Yes   ☐ No |

*By signing, you verify that, to the best of your information and belief, the above answers are true and complete, and any documents being submitted are authentic. If more than one person is submitting this Claim Form, each person should so verify by printing and signing below:*

Signature: _____    Date: ____/____/_____

Signature: _____    Date: ____/____/_____

Signature: _____    Date: ____/____/_____

Signature: _____    Date: ____/____/_____

EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

**If You Receive Or Are Credited Royalties from Certain US Labels, You May Be Entitled to Claim Payments Or Credits Based on Past Royalties Paid and Benefit from Increased Future Royalties for Digital Downloads and Mastertones.**

**THIS IS A COURT-AUTHORIZED NOTICE AND NOT A SOLICITATION FROM A LAWYER.  PLEASE READ THIS NOTICE CAREFULLY, AS YOUR RIGHTS MAY BE AFFECTED EVEN IF YOU DO NOT RESPOND TO THE NOTICE.**

*Para una notificación en Español, visite nuestro sitio Web, www.UMGSettlement.com*

A proposed Settlement has been reached in several related class action lawsuits over how certain US Labels, affiliated with and including UMG Recordings, Inc. ("UMGR") and Capitol Records, LLC ("Capitol"), calculated royalties for digital downloads, mastertones and, as to Capitol US Labels, streams of recordings.  A non-exhaustive list of labels included is below in Answer to Question 5.  The Settlement provides a Fund of $11.5 million in respect of past royalties paid and increased royalties for future digital downloads and mastertones for Class Members who submit timely and valid Claim Forms.

You may be a member of the Settlement Class if you are entitled to receive royalties pursuant to a contract with one of the US Labels covered by the Settlement initially dated between January 1, 1965 and April 30, 2004, or have been treated by a Capitol US Label as subject to the Capitol Legendary Artists Program as of April 1, 2015.

However, you may NOT be a member of the Settlement Class if your contract or any other agreement you have entered into with a US Label specifies how royalties should be calculated for digital downloads, mastertones and, as to Capitol US Labels, streams.  More detailed information on who is eligible to participate in the proposed Settlement can be found below and in the Settlement Agreement available at www.UMGSettlement.com.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **THESE RIGHTS ARE EXPLAINED IN THIS NOTICE** | | |
| SUBMIT A CLAIM FORM | BY XX/XX/XXXX | This is the only way to be eligible for benefits provided by the proposed Settlement. |
| OPT-OUT | BY XX/XX/XXXX | Remove yourself from both the Settlement and the lawsuit.  You will not be eligible for the settlement benefits and will not be bound by the terms of the proposed Settlement. |
| OBJECT | BY XX/XX/XXXX | Write to the Court about why you don't like the proposed Settlement.   Only Class Members who object and file a statement of intent to appear at the Fairness Hearing will have the right to appear at the hearing. |
| DO NOTHING | | Receive no cash payment/credit or future benefits.  Give up rights to sue about the claims in this case. |

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**                                                                                         **PAGE**

    1.  What is this Notice about? ................................................................................................... 3

    2.  What is the lawsuit about? .................................................................................................. 3

    3.  Why is there a Settlement? ................................................................................................ 3

    4.  What does the Settlement provide? .................................................................................... 3

    5.  Which US Label entities are included in this Settlement? ................................................. 5

**WHO IS IN THE SETTLEMENT**                                                                                 **PAGE**

    6.  Am I included in the Class? ................................................................................................ 5

    7.  Who is not included in the Class? ...................................................................................... 5

    8.  What if I am unsure whether I am eligible to participate? ................................................. 6

**YOUR OPTIONS**                                                                                             **PAGE**

    9.  How do I get benefits? ....................................................................................................... 6

    10.  Can I exclude myself from the Settlement? ...................................................................... 7

    11.  Can I object to the Settlement? ......................................................................................... 7

    12.  What's the difference between objecting and excluding myself? ...................................... 8

    13.  What if I do nothing? ......................................................................................................... 8

**THE LAWYERS REPRESENTING YOU**                                                                             **PAGE**

    14.  Who represents the Plaintiffs and the Class? .................................................................... 8

    15.  How will Class Counsel's fees be paid? ........................................................................... 8

**THE FAIRNESS HEARING**                                                                                     **PAGE**

    16.  When and where will the Court decide whether to approve the Settlement? ..................... 9

    17.  May I speak at the Fairness Hearing? ............................................................................... 9

**GETTING MORE INFORMATION**                                                                                 **PAGE**

    18.  Where can I get additional information? ........................................................................... 9

QUESTIONS?  VISIT WWW.UMGSETTLEMENT.COM OR CALL 1 (835) 896-0636

## BASIC INFORMATION

| 1. | WHAT IS THIS NOTICE ABOUT? |
|---|---|

You received this court-authorized Notice because you were identified as a potential class member in a proposed Settlement in a class action lawsuit, *James v. UMG Recordings, Inc.*, Case No. 11-cv-01613-SI, filed in the U.S. District Court for the Northern District of California. In a class action, one or more people called "Class Representatives" file a lawsuit on behalf of a group, or "Class," who have similar claims. Settlement of a class action resolves the claims of all Class Members who have not excluded themselves from the Class.

The first lawsuit in this matter was filed by the estate of Rick James, and was subsequently consolidated with a number of similar lawsuits. The people who sued are called the "Plaintiffs." The "Defendants" are UMG Recordings, Inc. and Capitol Records, LLC. This Notice explains what the lawsuit is about, what the proposed Settlement provides, how your legal rights are affected, and what your options are.

| 2. | WHAT IS THE LAWSUIT ABOUT? |
|---|---|

The lawsuit alleges that under certain contracts, the Defendants did not properly calculate royalties or credit artists, producers, or other contracting parties for digital downloads, mastertones, and, as to Capitol US Labels, streams of recordings. The Plaintiffs claim that exploitations of digital downloads, mastertones, and streams should be treated as "licenses" rather than "sales" of records. Defendants deny these claims and contend that they properly calculated and paid royalties.

| 3. | WHY IS THERE A SETTLEMENT? |
|---|---|

The Court has not resolved the merits of all of the claims or defenses in this case. However, the Parties have entered into the proposed Settlement to compromise their differences, provide benefits to Class Members, and to avoid prolonged and expensive litigation as well as the substantial risks and inevitable delay in proceeding to trial compared to the benefits provided by the Settlement. The Settlement is not an admission of wrongdoing, and Defendants deny any wrongdoing, negligence, fault, or liability whatsoever.

| 4. | WHAT DOES THE SETTLEMENT PROVIDE? |
|---|---|

**Payment or Credit for Past Royalties**

The proposed Settlement will create an $11.5 million Fund, from which eligible Class Members who submit a timely and valid Claim Form shall be entitled to receive a payment or credit for past sales or exploitations of recordings in the form of digital downloads, mastertones and, as to Capitol US Labels, streams. Attorneys' fees and expenses, awards to Class Representatives for assisting with the litigation, and the costs of administering the Settlement will also be paid from this Fund (see question 15 below.)

A Class Member's proportionate share of the Fund will be the fraction of revenues for sales and exploitations of the Class Member's Subject Masters in the form of digital downloads, mastertones and, as to Capitol US Labels, streams, as compared to Defendants' total relevant revenues for sales and exploitations of digital downloads, mastertones and, as to Capitol US Labels, streams. The time period used for purposes of the comparison is January 1, 2008 through June 30, 2011.

**4.   WHAT DOES THE SETTLEMENT PROVIDE? (CONT.)**

**Increase in Future Royalties**

In addition, following final approval of the proposed Settlement by the Court, payments or credits for the sale or exploitation of Subject Masters in the United States as digital downloads and/or mastertones shall be increased by approximately 10%, but more precisely shall be calculated as follows (capitalized terms are defined in the Settlement Agreement, which is available from www.UMGSettlement.com):

| If the contract provides that… | … Defendants will calculate download and mastertone royalties by |
|---|---|
| The CD Base Price is determined with reference to a Retail Price | 1.   Using the CD Royalty Rate as the Prospective Royalty Rate, and<br>2.   Using an amount equal to 143% of the Wholesale Price as the Retail Price in calculating the Royalty Base Price |
| The CD Royalty Rate is calculated on a Penny Rate Basis previously converted to an equivalent royalty rate (the "Converted CD Royalty Rate") | 1.   Using the Converted CD Royalty Rate as the Prospective Royalty Rate, and<br>2.   Calculating the Royalty Base Price using either:<br>    a.   an amount equal to 143% of the Wholesale Price as the Retail Price (if the Converted CD Royalty Rate was calculated with reference to a Retail Price) or<br>    b.   an amount equal to 110% of the Wholesale Price (if the Converted CD Royalty Rate was calculated with reference to a wholesale price) |
| The CD Royalty Rate is calculated on a Penny Rate Basis not previously converted to an equivalent royalty rate | 1.   Converting such contractual penny rate to an equivalent royalty rate by dividing the contractual penny rate by $8.50, and using that resulting percentage as the Prospective Royalty Rate, and<br>2.   Using an amount equal to 110% of the Wholesale Price in calculating the Royalty Base Price |
| The Royalty Rate Basis is calculated with reference to an accounting charge to a division of a label or to another interdivisional price | 1.   Using 40% of the royalty rate applicable to single-disc LPs as the Prospective Royalty Rate and<br>2.   Using an amount equal to 143% of the Wholesale Price in calculating the Royalty Base Price |
| The CD Base Price is determined with reference to a wholesale price or another price not specified above | 1.   Using the CD Royalty Rate as the Prospective Royalty Rate and<br>2.   Using an amount equal to 110% of the Wholesale Price in calculating the Royalty Base Price |

For Claimants who are Capitol Legendary Artists, these provisions shall apply on the basis of the CD Royalty Rate applied under the Claimants' respective Class Contracts, without regard to the methodology used to calculate such royalties under the Capitol Legendary Artists Program, unless Capitol, in its sole discretion, elects to calculate royalties using that methodology, which Capitol may do so long as that does not result in lower payments or credits than under the Settlement.

| 5. | WHICH US LABEL ENTITIES ARE INCLUDED IN THIS SETTLEMENT? |
|---|---|

For the purposes of the Settlement, "US Labels" means:

- either or both of the Defendants (UMGR and Capitol);
- any wholly owned US recorded music (i.e., not music publishing or production library music) subsidiary, division, or business unit of either of the Defendants;
- any partially owned US recorded music subsidiary, division, or business unit of either of the Defendants;
- any affiliated entity or joint venture on whose behalf either of the Defendants has the right to enter into litigation settlements; or
- any of either of Defendants' predecessors-in-interest.

US Labels include without limitation Interscope Records, Geffen Records, A&M Records, Island Records, Def Jam Recordings, Republic Records, Capitol Records, Virgin Records, Blue Note Records, Motown Records, Caroline Distribution, MCA Nashville Records, Mercury Nashville Records, Capitol Records Nashville, EMI Records Nashville, Universal Music Latino, Fonovisa Records, Disa Records, Capitol Latin, Machete Music, Verve Records, GRP Records, Impulse! Records, Verve Forecast Records, Decca Records, Decca Music Group, Mercury Classics, Universal Music Enterprises, and Show Dog-Universal Music.

Capitol Christian Music Group, Inc. is <u>not</u> a US Label.

## WHO IS IN THE SETTLEMENT

| 6. | AM I INCLUDED IN THE CLASS? |
|---|---|

You may be eligible to participate in the proposed Settlement if you are entitled to receive or are credited royalties pursuant to a contract with a US Label that:

- is initially dated on or after January 1, 1965, and on or prior to April 30, 2004;
- grants the US Label ownership or possession of US exploitation rights in master recordings;
- contains a Records Sold Provision and a Masters Licensed Provision (as those terms are defined under the Settlement)

or if you are entitled to receive or are credited royalties pursuant to a contract that has been treated by a Capitol US Label as subject to the Capitol Legendary Artists Program.  However, you may be excluded from participating in the Settlement if your contract matches other criteria relating to the scope of the lawsuit.  Please see question 7 below for more information regarding these criteria.

| 7. | WHO IS NOT INCLUDED IN THE CLASS? |
|---|---|

You are not included in the Class if your contract with the US Label:

- expressly excludes "downloads" from the scope of a Masters Licensed Provision;
- expressly uses the term "download" or "downloads" and provides for the calculation of royalties for the exploitation of records and/or recordings in the form of a "download" or "downloads" using an expressly provided methodology or formula;

- expressly provides in a Masters Licensed Provision that the amount of royalties under that provision shall be equal to or shall not exceed the amount of royalties that would be due if calculated pursuant to a Records Sold Provision;
- is a pressing and distribution agreement (also known as a "P&D" agreement), Profit Split Arrangement, Compilation License, Sample License, or Side Artist Agreement; or
- is a contract that was divested and assigned to either (a) Warner Music Group in connection with the Fall 2012 purchase of the recorded-music business of EMI Group Global Limited by Vivendi, S.A. or (b) Bertelsmann Music Group in connection with its Spring 2013 purchase of the recorded music business of Sanctuary Records Group Limited.

The following are also specifically excluded from the Class: US Labels; persons or entities who have, by way of settlement(s) or agreement(s) with a US Label, released any and all then-existing claims related to, or expressly agreed as to how royalties are to be calculated for, sales or exploitations of all Subject Masters as Downloads/Mastertones/Streams, or who have disposed of all claims relating to the applicable methodology or formula for calculating or determining such royalties; persons or entities to whom a US Label accounts or pays monies solely as an accommodation or service to an Artist or Included Other Royalty Recipient (e.g., pursuant to a letter of direction); and persons or entities that submit a timely and valid Request for Exclusion (see question 10 below.)

Lastly, any person who is on a government list of known or suspected terrorists, or any individuals, entities or organizations of concern, including, but not limited to, persons appearing on the United States Department of the Treasury, Office of Foreign Assets Control List of Specially Designated Nationals and Blocked Persons, is excluded from participating in the proposed Settlement.

| | |
|---|---|
| **8.** | **WHAT IF I AM UNSURE WHETHER I AM ELIGIBLE TO PARTICIPATE?** |

Firstly, you should review your contract(s) and any amendments to determine whether you are eligible for this Settlement. If you are still not sure whether you are able to participate in the Settlement, you may consult your lawyer or manager, or call the Settlement Administrator with questions on 1 (835) 896 0636 or visit www.UMGSettlement.com.  You may also contact the Settlement Administrator in writing at: UMG Settlement, c/o GCG, P.O. Box 10181, Dublin, OH 43017-3181.

## **YOUR OPTIONS**

| | |
|---|---|
| **9.** | **HOW DO I GET BENEFITS?** |

If you are eligible to participate in the proposed Settlement, and you want to receive a payment or credit based on past royalties and be eligible for increased future royalties on digital downloads and mastertones, **you must mail a completed and signed Claim Form postmarked on or before [Notice Date+60]**, to:

UMG Settlement
c/o GCG
P.O. Box 10181
Dublin, OH 43017-3181

Completed and signed Claim Forms may also be submitted by email as a PDF attachment to info@UMGSettlement.com.  A Claim Form is enclosed with this Notice.  A Claim Form can also be downloaded from www.UMGSettlement.com.

| 10. | CAN I EXCLUDE MYSELF FROM THE SETTLEMENT? |
|---|---|

If you do not wish to be included in the Settlement, you must submit a written Request for Exclusion to the Settlement Administrator stating that you wish to be excluded from the Class in the *James* litigation and including:

- your full name and address, or, if submitted by an authorized representative, the full names and addresses of the persons or entities sought to be excluded, the names and titles of the representatives purporting to act on their behalf, and an explanation of why the representatives are so authorized;
- the name(s) under which you performed or produced, either individually or as a member of a group, or if submitted by an authorized representative, the names of the artists, groups, or producers who created Subject Masters; and
- if known, the approximate contract date(s).

Requests for Exclusion must be mailed to the Settlement Administrator at the address below **postmarked on or before [Notice Date + 60]**:

UMG Settlement
c/o GCG
P.O. Box 10181
Dublin, OH 43017-3181

Persons or entities that exclude themselves from the proposed Settlement will no longer be eligible for the benefits provided by the Settlement but retain the right (if any) to bring their own lawsuit against the Defendants in relation to the claims resolved by the Settlement.

| 11. | CAN I OBJECT TO THE SETTLEMENT? |
|---|---|

If you are a Class Member and you do not like any portion of the proposed Settlement, or if you object to the request for attorneys' fees, expenses or the award of incentive payments to Class Representatives for assisting with the litigation, you may object by submitting a written Objection setting forth all objections and the reasons therefor, and including:

- your full name and current address, or if submitted by an authorized representative, the full names and current addresses of the persons or entities on whose behalf you are objecting, the names and titles of the representatives purporting to act on their behalf, and an explanation of why the representatives are so authorized;
- the name(s) under which you performed, either individually or as a group, or if submitted by an authorized representative, the names of the artists, groups, or producers who created Subject Masters; and
- if known, the approximate date(s) of the contract(s)

In order to be considered, objections must be mailed to the Court and Class Counsel at each of the addresses listed below **postmarked on or before [Notice Date + 60]**. If you wish to appear at the Fairness Hearing, your Objection must also include a written statement of intent to appear at the Fairness Hearing.

| Court | Class Counsel | Defense Counsel |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489 | | |

QUESTIONS?  VISIT WWW.UMGSETTLEMENT.COM OR CALL 1 (835) 896-0636

7

**12.   WHAT'S THE DIFFERENCE BETWEEN OBJECTING AND EXCLUDING MYSELF?**

Objecting is telling the Court that you do not like something about the proposed Settlement.  You can object only if you stay in the Class.  Excluding yourself is telling the Court that you do not want to be part of the Settlement or the lawsuit.  You cannot request exclusion and object to the Settlement.  If you exclude yourself, you have no basis to object because the case no longer affects you.  If you object and your objection is overruled by the Court, you cannot later opt-out.

**13.   WHAT IF I DO NOTHING?**

If you do nothing, you will not be eligible to receive the benefits provided by the proposed Settlement, and unless you exclude yourself properly, you will no longer have the right to bring your own lawsuit against the Defendant(s) or their US Labels in relation to the claims resolved by the Settlement.

## THE LAWYERS REPRESENTING YOU

**14.   WHO REPRESENTS THE PLAINTIFFS AND THE CLASS?**

The Court appointed the following as "Class Counsel": Contact information for Class Counsel and the law firms that led plaintiffs' efforts are included below:

| | | |
|---|---|---|
| **Pearson, Simon & Warshaw, LLP**<br>15165 Ventura Boulevard<br>Suite 400<br>Sherman Oaks, CA 91403<br>(818) 788-8300 | **The Law Offices of<br>Leonard B. Simon, P.C.**<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058 | **Lieff Cabraser Heimann<br>& Bernstein, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| **Hausfeld LLP**<br>44 Montgomery, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908 | **Phillips, Erlewine, Given<br>& Carlin LLP**<br>39 Mesa Street, Suite 201<br>The Presidio<br>San Francisco, CA 94129<br>Telephone: (415) 398-0900 | **Kiesel Law LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Telephone: (310) 854-4444 |

**Indik & McNamara, P.C.**
100 South Broad Street, Suite 2230
Philadelphia, PA 19110
Telephone: (215) 567-7125

**15.   HOW WILL CLASS COUNSEL'S FEES BE PAID?**

Class Counsel will petition the Court for an award of fees and expenses of up to $3,325,000, to be paid by the Defendants.  Class Counsel will also request payment of additional awards totaling $185,500 to the Class Representatives for their efforts on behalf of the Class.  The Court will then decide the amount of fees and expenses to award, which will be paid out of the $11.5 million Fund.  **You will not be responsible for paying any portion of these fees, costs, or awards**.  The motion(s) by Class Counsel for attorneys' fees and costs and incentive awards for the Class Representatives will be available for viewing on the settlement website after they are filed at www.UMGSettlement.com.

**THE FAIRNESS HEARING**

| 16. | WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? |
|---|---|

The Court must approve the proposed Settlement at a Fairness Hearing in order for the Settlement to become effective. That Fairness Hearing will take place on [Date] at [Address].  This date may be changed by the Court, please check the settlement website for updates.  At this hearing, the Court will consider any objections or comments about the Settlement and will determine whether the proposed Settlement is fair, reasonable, and adequate.  The Court will also consider Class Counsel's petition for fees and costs and Class Representative awards.  After the hearing, the Court will decide whether to approve the Settlement.

You are not required to attend the hearing, but you or your own lawyer are welcome to attend at your expense.  If you submit a timely Objection, the Court will consider it; you do not have to come to Court to talk about it.

| 17. | MAY I SPEAK AT THE FAIRNESS HEARING? |
|---|---|

You or your authorized representative may only have a potential right to speak at the Fairness Hearing if you submitted a timely Objection including a statement of intent to appear at the Fairness Hearing.

**GETTING MORE INFORMATION**

| 18. | WHERE CAN I GET ADDITIONAL INFORMATION? |
|---|---|

This notice summarizes the proposed Settlement. The terms of the Settlement govern and determine eligibility, benefits, and rights of Class Members. If you have any questions regarding this Settlement or would like a copy of any of the Settlement documentation, including the Stipulation, please visit www.UMGSettlement.com.  You may also contact or the Settlement Administrator on 1 (835) 896-0636 or by writing to: UMG Settlement, c/o GCG, P.O. Box 10181, Dublin, OH 43017-3181.

**DO NOT CALL OR WRITE TO THE COURT OR THE DEFENDANTS FOR INFORMATION OR ADVICE.**

/s/ Susan Illston

DATED: _____, 2015

BY ORDER OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# EXHIBIT 3

## If You Receive Or Are Credited Royalties from Certain US Labels, You May Be Entitled to Claim Payments or Credits Based on Past Royalties and Benefit from Increased Future Royalties for Digital Downloads and Mastertones.

*Para una notificación en español, visite nuestro sitio Web, www.umgsettlement.com.*

### What is this Case about?

A proposed Settlement has been reached in a lawsuit involving how certain US Labels, affiliated with and including UMG Recordings, Inc. and Capitol Records, LLC, have calculated royalties for sales and exploitations of digital downloads, mastertones, and, as to Capitol Records, LLC, streams. The Plaintiffs claim that these transactions should be treated as "licenses" rather than "sales" of records for purposes of calculating royalties. Defendants deny these claims and contend that they properly calculated and paid royalties.

### Am I in the Class?

You may be a member of the Class if you are entitled to receive or are credited royalties pursuant to a contract with one of the US Labels covered by the Settlement initially dated between January 1, 1965 and April 30, 2004, or have been treated by a Capitol US Label as subject to the Capitol Legendary Artists Program. More detailed information on the proposed Settlement can be found in the Settlement Agreement available at www.umgsettlement.com.

### Which US Labels are Included?

US Labels means UMG Recordings, Inc. and Capitol Records, LLC, as well as their wholly or partially-owned US recorded music subsidiaries, divisions, and business units, their predecessors-in-interests, and any affiliated entity or joint venture on whose behalf they may enter into litigation settlements. The Settlement Agreement contains a non-exhaustive list of US Labels.

### What are my Options?

- If you are eligible and want to receive a payment or credit for past royalties from the proposed $11.5 million settlement fund, and be eligible for increases in how royalties are calculated in the future, **you must submit a fully completed and signed Claim Form postmarked on or before XX Date to: UMG Settlement, c/o GCG, P.O. Box 10181, Dublin, OH 43017-3181, or via email to info@umgsettlement.com.** Claim Forms can also be downloaded from www.umgsettlement.com.
- You may remove yourself from both the Settlement and the lawsuit by opting out by XX Date. You will not be eligible for the Settlement benefits and will not be bound by the terms of the proposed Settlement. For information on how to opt out, visit www.umgsettlement.com.
- You can object to the Settlement by writing to the Court by XX Date. For more information, visit www.umgsettlement.com.
- You can do nothing. If you do nothing, you will receive no payment, and you will give up your rights to sue the US Labels about the claims in this case.

### Has the Court approved the Settlement?

The Court has preliminarily approved the Settlement and will finally determine whether the proposed Settlement is fair, reasonable, and adequate at a Fairness Hearing on [Date] at San Francisco Courthouse, Courtroom 10 - 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The Class will be represented by Class Counsel; you are not required to attend the hearing, but you or your own lawyer may attend at your own expense. Class Counsel's motion requesting attorneys' fees and costs totaling $3,325,000.00 along with enhancement awards for the 14 Class Representatives for assisting with the litigation that total $185,500.00 will be available for viewing on the Settlement Website listed below after they are filed.

### Where Can I Get Additional Information?

This is only a summary. The terms of the Settlement determine eligibility, benefits, and rights of Class Members. If you have any questions regarding this Settlement, visit www.umgsettlement.com. You may also contact the Settlement Administrator at (835) 896-0636 or write to: UMG Settlement, c/o GCG, P.O. Box 10181, Dublin, OH 43017-3181.

**DO NOT CONTACT THE COURT OR THE DEFENDANTS.**

**www.umgsettlement.com**          **(835) 896-0636**