# EXHIBIT A

Case 3:11-cv-01613-SI Document 266-1 Filed 04/13/16 Page 2 of 6

Case 3:11-cv-01613-SI Document 258-13 Filed 03/08/16 Page 2 of 6
James, et al. v. UMG Recordings, Inc. (CV 11-01613 SI (MEJ))
Requests for Exclusion

| # | GCG # | Name | Name (cont.) | Affected Record(s) | Name | Name (cont.) |
|---|---|---|---|---|---|---|
| 1 | 6 | THE ESTATE OF SELENA QUINTANILLA-PEREZ | | | | |
| 2 | 71 | WU-TANG PRODUCTIONS, INC. | | 1005573 | WU-TANG PRODUCTIONS, INC. | |
| | | | | 1005574 | WU-TANG PRODUCTIONS, INC | |
| | | | | 1005576 | WU-TANG PRODUCTIONS, INC. | |
| 3 | 72 | AIMEE MANN | | | | |
| 4 | 73 | LINDA RONSTADT | | 1013685 | LINDA RONSTADT | |
| | | | | 1037718 | LINDA RONSTADT | |
| | | | | 1078271 | LINDA RONSTADT | |
| 5 | 74 | ERIK SCHRODY P/K/A EVERLAST | | | | |
| 6 | 75 | CYPRESS HILL | | | | |
| 7 | 76 | BUTTHOLE SURFERS | | 1077862 | BUTTHOLE SURFERS | |
| 8 | 77 | BLINK 182 | | | | |
| 9 | 78 | ACE FREHLEY | | | | |
| 10 | 79 | LITA FORD | | | | |
| 11 | 80 | CHARLES LLOYD | | | | |
| 12 | 81 | THE DANDY WARHOLS | | 1036543 | DANDY WARHOLS | |
| | | | | 1077567 | THE DANDY WARHOLS | |
| 13 | 82 | SUICIDAL TENDENCIES | | | | |
| 14 | 83 | CAROLE KING | | | | |
| 15 | 84 | SUBLIME | | | | |
| 16 | 95 | STRAY CATS | | 1015091 | STRAY CATS | DIAMOND & WILSON |
| 17 | 96 | 30 SECONDS TO MARS | | 1037312 | JARED LETO AND SHANNON LETO | P/K/A 30 SECONDS TO MARS |
| 18 | 104 | YEAH YEAH YEAHS | | | | |
| 19 | 105 | AUDIOSLAVE | | | | |
| 20 | 106 | TEMPLE OF THE DOG | | | | |
| 21 | 107 | CHRIS CORNELL | | 1036427 | CHRIS CORNELL | |
| 22 | 108 | TUPAC SHAKUR P/K/A 2PAC | | 1004583 | TUPAC SHAKUR | |
| 23 | 109 | JUAN ESTEBAN ARISTIZABAL P/K/A JUANES | | 7809280 | JUAN ESTEBAN ARISTIZABAL P/K/A "JUANES" | |
| 24 | 110 | JUAN ESTEBAN ARISTIZABAL P/K/A JUANES | AS A MEMBER OF EKHMOSIS | | | |
| 25 | 111 | JOE WALSH | | 1009191 | JOE WALSH | |
| | | | | 1076861 | JOSEPH WALSH | |
| 26 | 119 | THE JAMES GANG | | 1004338 | THE JAMES GANG | |
| 27 | 120 | BRIAN SETZER | D/B/A BRIAN SETZER ORCHESTRA | 1000145 | MIDNITE TO SIX, INC. | |
| 28 | 121 | THE PEDRO KNIGHT DECEDENTS TRUST | IN HIS CAPACITY AS TRUSTEE | | | |
| 29 | 122 | OMER PARDILLO-CID | | | | |
| 30 | 123 | CELIA CRUZ | | | | |
| 31 | 124 | PEDRO KNIGHT | | | | |
| 32 | 125 | PINK FLOYD | D/B/A PINK FLOYD MUSIC LIMITED AND | | | |
| 33 | 126 | VI MUSIC | | | | |
| 34 | 127 | SEBASTIAN GROUP INC. | D/B/A DIEGO VI MUSIC PUBLISHING | | | |
| 35 | 128 | SEBASTIAN GROUP INC. | D/B/A SEBASTIAN VI MUSIC | | | |
| 36 | 129 | JUAN VIDAL NIEVES | | | | |
| 37 | 130 | CELINE DION | | | | |
| 38 | 132 | KEEP SWINGIN', INC. | | | | |
| 39 | 136 | PLAYER | | 1038371 | PLAYER | |
| 40 | 137 | NICK LACHEY | | 1010250 | LACHEY, NICK | |
| 41 | 138 | THE BLACK EYED PEAS | | | | |
| 42 | 139 | 98 DEGREES | | | | |
| 43 | 141 | ASLEEP AT THE WHEEL | | 1002472 | ASLEEP AT THE WHEEL, INC. | |
| | | | | 1036074 | ASLEEP AT THE WHEEL | |
| 44 | 142 | JILL SOBULE | | | | |
| 45 | 147 | JUAN LUIS GUERRA | | 1003390 | GUERRA JUAN LUIS | |
| 46 | 148 | UGLY KID JOE | | 1004662 | UGLY KID JOE | |
| 47 | 149 | BLUE OCTOBER | | | | |
| 48 | 1000055 | MICHAEL MC DONALD | | | | |
| 49 | 1000122 | MICHELLE PHILLIPS | | 1000123 | MICHELLE PHILLIPS | |
| 50 | 1000171 | MIKE CHAPMAN | | 1000173 | MIKE CHAPMAN ENTERPRISES, INC. | |
| 51 | 1000179 | MIKE CURB | MIKE CURB PRODUCTIONS INC | 86 | CURB MUSIC COMPANY | |
| | | | | 87 | CURB PRODUCTIONS, INC. | |
| | | | | 88 | MC PRODUCTIONS | |
| | | | | 89 | CURB SONGS | |
| | | | | 90 | MIKE CURB MUSIC | |
| | | | | 91 | CURB RECORDING GROUP, INC. | |
| | | | | 92 | CURB CONGREGATION SONGS | |

Case 3:11-cv-01613-SI Document 258-13 Filed 03/08/16 Page 3 of 6
James, et al. v. UMG Recordings, Inc. (CV 11-01613 SI (MEJ))
Requests for Exclusion

| # | GCG # | Name | Name (cont.) | Affected Record(s) | Name | Name (cont.) |
|---|---|---|---|---|---|---|
| 51 (cont.) | 1000179 | MIKE CURB | MIKE CURB PRODUCTIONS INC | 93 | MIKE CURB CONGREGATION | |
| | | | | 1000180 | MIKE CURB COMPANY, L.L.C. | |
| | | | | 1000181 | MIKE CURB PROD INC | RE BOBBY MARTIN |
| | | | | 1000182 | MIKE CURB PROD. | TO PRODUCE RUTHI |
| | | | | 1000183 | MIKE CURB PRODNS INC | FOR ERNIE PAYNE |
| | | | | 1000184 | MIKE CURB PRODS | RE GLORY |
| | | | | 1000185 | MIKE CURB PRODS | RE THE ALLENS |
| | | | | 1000186 | MIKE CURB PRODUCTIONS | |
| | | | | 1000188 | MIKE CURB PRODUCTIONS H.C | |
| | | | | 1000189 | MIKE CURB PRODUCTIONS INC | |
| | | | | 1000190 | MIKE CURB PRODUCTIONS INC. | |
| | | | | 1000191 | MIKE CURB RCD RE AXE | |
| | | | | 1000192 | MIKE CURB RCDS.,INC.-PIROUGE | PROD-CHUCK POLLARD |
| | | | | 1000193 | MIKE CURB RECORDS | |
| | | | | 1000194 | MIKE CURB RECORDS | |
| | | | | 1003533 | HANK WILLIAM III | |
| | | | | 1007331 | BILLY BURNETTE | |
| | | | | 1012142 | CURB MUSIC CO | |
| | | | | 1012143 | MIKE CURB PRODUCTIONS INC. | |
| | | | | 1012144 | CURB PRODUCTIONS, INC., MIKE | SIDEWALK PRODUCTIONS, INC. |
| | | | | 1012154 | MIKE CURB | |
| | | | | 1015598 | THE CONGREGATION | |
| | | | | 1036522 | MIKE CURB PRODUCTIONS, INC. | MIKE CURB RECORDS, INC. |
| | | | | 1036523 | CURB RECORDS | |
| | | | | 1036578 | DAVID CASSIDY | |
| | | | | 1037171 | HERMAN RUSH / MIKE CURB | |
| | | | | 1037599 | KINECTIC DIAMOND MUSIC | |
| | | | | 1037999 | MIKE CURB | MIKE CURB PRODUCTIONS INC |
| | | | | 1038000 | MIKE CURB COMPANY, L.L.C. | |
| | | | | 1038001 | MIKE CURB PROD | RE ROGER WILLIAMS |
| | | | | 1038002 | MIKE CURB PROD INC. | |
| | | | | 1038003 | MIKE CURB PROD INC | |
| | | | | 1038004 | MIKE CURB PROD INC. | |
| | | | | 1038005 | MIKE CURB PRODUCTIONS | |
| | | | | 1038006 | MIKE CURB PRODUCTIONS | |
| | | | | 1038007 | MIKE CURB PRODUCTIONS, INC. | RE: SAWYER BROWN |
| | | | | 1038008 | MIKE CURB PRODUCTIONS, INC. | |
| | | | | 1038009 | MIKE CURB RCD M ASHLEY PROD | |
| | | | | 1038010 | MIKE CURB RCDS RE FRANKIE VALL | |
| | | | | 1038011 | MIKE CURB RECORDS | |
| | | | | 1038012 | MIKE CURB RECORDS | |
| | | | | 1038811 | SMILE | |
| | | | | 1076507 | MIKE CURB PRODUCTIONS | |
| | | | | 1076566 | SMILE | |
| | | | | 1077208 | CURB RECORDS | CURB RECORDS, INC. |
| 52 | 1000236 | MILES DAVIS PROPERTIES LLC | | 1000235 | MILES DAVIS | |
| 53 | 1000253 | MILLS BROTHERS | | | | |
| 54 | 1000749 | DAVE NAVARRO | | | | |
| 55 | 1000953 | NICOLAS ENTERTAINMENT | NEW LINE CINEMA | | | |
| 56 | 1001010 | NO DOUBT | | 1038176 | NO DOUBT | |
| 57 | 1001176 | OLIVIA NEWTON-JOHN | | 1038221 | OLIVIA NEWTON-JOHN | |
| 58 | 1001323 | OVERBROOK ENTERTAINMENT | | | | |
| 59 | 1001455 | PAT BOONE | | 1007645 | PAT BOONE | |
| 60 | 1001493 | PATTI PAGE PRODUCTIONS, LLC | | | | |
| 61 | 1001623 | A PERFECT CIRCLE PARTNERSHIP | | | | |
| 62 | 1002312 | APPLE CORPS LIMITED | | 51 | APPLE RECORDS INC (CALIFORNIA) | |
| | | | | 52 | APPLE FILMS LIMITED | |
| | | | | 53 | SUBAFILMS LIMITED | |
| | | | | 54 | APPLE FILMS INC. | |
| | | | | 1036055 | APPLE CORPS LIMITED | |
| 63 | 1002565 | AXIS MUSIC GROUP LLC | | 1002563 | AXIS MUSIC GROUP | |
| | | | | 1002568 | AXIS MUSIC GROUP, LLC | |
| 64 | 1002733 | BAROOGA BANDIT | | | | |
| 65 | 1002796 | BEASTIE BOYS, A PARTNERSHIP | | 1015549 | THE BEASTIE BOYS | |
| 66 | 1002813 | BECK HANSEN | | 1075678 | BECK HANSEN | |

Case 3:11-cv-01613-SI Document 258-13 Filed 03/08/16 Page 4 of 6
James, et al. v. UMG Recordings, Inc. (CV 11-01613 SI (MEJ))
Requests for Exclusion

| # | GCG # | Name | Name (cont.) | Affected Record(s) | Name | Name (cont.) |
|---|---|---|---|---|---|---|
| 67 | 1003090 | GLENN DANZIG | | | | |
| 68 | 1003355 | DAVID GROHL | | | | |
| 69 | 1003438 | GWEN STEFANI | | 1037127 | GWEN STEFANI | |
| 70 | 1003521 | HERBERT J HANCOCK | HANCOCK MUSIC COMPANY | 1003734 | HERBIE HANCOCK | |
| | | | | 1037136 | HANCOCK MUSIC CO. | |
| | | | | 1037169 | HERBIE HANCOCK | |
| 71 | 1003760 | HIDEOUT RECORDS & DISTRIBUTORS | | | | |
| 72 | 1003813 | AMY HOLLAND | | | | |
| 73 | 1004040 | INDEPENDENT PRODUCTIONS INC | | | | |
| 74 | 1004264 | JAGGED RECORDINGS LLC | | | | |
| 75 | 1004445 | JANET JACKSON | | 1004446 | JANET JACKSON (CONTROL 1) | |
| | | | | 1036210 | BLACK DOLL, INC. | |
| | | | | 1036214 | BLACK ICE PUBLISHING | |
| | | | | 1037308 | JANET JACKSON | |
| | | | | 1037309 | JANET JACKSON/JOSEPH | |
| 76 | 1004955 | PAPA ROACH LLC/VIVA LA | CUCARACHA MUSIC INC. | 1001397 | PAPA ROACH | |
| 77 | 1005078 | WARNER BROS.ENTERTAINMENT, INC | | | | |
| 78 | 1005184 | WAYNE SHORTER | | 1075941 | WAYNE SHORTER | |
| 79 | 1005367 | WILLIAM J. BASIE TRUST | | 1039314 | WILLIAM J BASIE TRUST | |
| | | | | 1078431 | WILLIAM J. BASIE TRUST | |
| 80 | 1005511 | ESTATE OF WOODY HERMAN | | 1005512 | ESTATE OF WOODY HERMAN | RE: ABE TURCHEN |
| | | | | 1005513 | ESTATE OF WOODY HERMAN | |
| 81 | 1005898 | PEGGY LEE ASSOCIATES, LLC | | | | |
| 82 | 1005900 | PEGGY LEE MUSIC & MEDIA TRUST | | 1013472 | PEGGY LEE | RE: PEGGY LEE/ATTN: BILL RUDMA |
| 83 | 1006386 | Q PRODUCTIONS INC | | | | |
| 84 | 1006970 | RICHARD HAYMAN | | 1006969 | RICHARD HAYMAN | |
| 85 | 1006983 | RICHARD MARX | DBA RICHARD MARX MUSIC | | | |
| 86 | 1007438 | BLONDIE MUSIC INC | | | | |
| 87 | 1007552 | BOBBY ARVON-FIRST ARTIST | | | | |
| 88 | 1007620 | BONEY JAMES, INC. | | | | |
| 89 | 1008058 | CAFE TACUBA | | | | |
| 90 | 1008307 | CELIA CRUZ KNIGHT ESTATE | | | | |
| 91 | 1008462 | CHARLOTTE CAFFEY | | | | |
| 92 | 1008527 | CHET BAKER ESTATE, LLC. | | | | |
| 93 | 1008558 | CHINNICHAP INC | | 1008559 | CHINNICHAP INC | RE MIKE CHAPMAN FOR TANYA |
| 94 | 1009249 | ESTATE OF JJ CALE | | | | |
| 95 | 1009343 | JOHN R. CASH REVOCABLE TRUST | | 1009344 | JOHN R. CASH REVOCABLE TRUST | |
| 96 | 1009783 | KANYE WEST | | | | |
| 97 | 1009789 | KAREN CARPENTER TESTAMENTARY | | 1037532 | KAREN CARPENTER TESTAMENTARY | |
| 98 | 1010060 | KINETIC ART BUSINESS AMERICA | | | | |
| 99 | 1010063 | KING COLE PARTNERS LP | | 1037602 | KING COLE PARTNERS LP | |
| | | | | 7807825 | KING COLE PARTNERS LP | |
| 100 | 1010095 | KITTY KALLEN | | 1010096 | KITTY KALLEN | |
| | | | | 1075638 | KITTY KALLEN | |
| 101 | 1011588 | SOUNDGARDEN | | | | |
| 102 | 1012805 | DENNY DOHERTY PRODUCTIONS INC | | 1077652 | DENNY DOHERTY PRODUCTIONS INC. | |
| 103 | 1012863 | DEVICE | | | | |
| 104 | 1012920 | DICK HYMAN MUSIC INC. | RE: DICK HYMAN | | | |
| 105 | 1013137 | DONAVON FRANKENREITER | | | | |
| 106 | 1013573 | LESTER R AND CLAIRE BROWN REV TR | | | | |
| 107 | 1013896 | LOU ADLER | | 1013897 | LOU ADLER | DBA ODE SOUNDS & VISION |
| | | | | 1037767 | LOU ADLER | DBA ODE SOUNDS & VISION |
| | | | | 1037768 | LOU ADLER | |
| | | | | 1037769 | LOU ADLER | |
| | | | | 1037770 | LOU ADLER PRODUCTION | D/B/A ODE SOUNDS & VISUALS |
| 108 | 1014831 | MICHAEL CAMPBELL | | | | |
| 109 | 1015017 | STEVLAND MORRIS | | 1038913 | STEVLAND MORRIS | |
| 110 | 1015244 | SWEET CYANIDE MUSIC INC | | 143 | BRET MICHAELS | |
| | | | | 144 | RIKKI ROCKET | |
| | | | | 145 | BOBBY DALL | P/K/A C.C. DEVILLE |
| | | | | 146 | BRUCE JOHANNESSON | |
| | | | | 1006205 | POISON | SWEET CYANIDE MUSIC INC |
| 111 | 1015682 | THE JOHN E.A. PHILLIPS TRUST | | 1077816 | THE JOHN E.A. PHILLIPS TRUST | |
| | | | | 1078030 | THE JOHN E A PHILLIPS TRUST | |

Case 3:11-cv-01613-SI Document 258-13 Filed 03/08/16 Page 5 of 6
James, et al. v. UMG Recordings, Inc. (CV 11-01613 SI (MEJ))
Requests for Exclusion

| # | GCG # | Name | Name (cont.) | Affected Record(s) | Name | Name (cont.) |
|---|---|---|---|---|---|---|
| 112 | 1016088 | TOM PETTY | | | | |
| 113 | 1016103 | THOMAS A WAITS P/K/A TOM WAITS | | | | |
| 114 | 1016177 | ESTATE OF TONY MARTIN | | 1039090 | ESTATE OF TONY MARTIN | |
| 115 | 1016592 | ELIEL LIND OSORIO | P/K/A ELIEL | 1036790 | ELIEL LIND OSORIO | P/K/A ELIEL |
| 116 | 1016645 | ELTON JOHN (COHEN TRIBUTE) | WILLIAM A. BONG, LTD | | | |
| 117 | 1016841 | ESTATE OF BENNY GOODMAN | | | | |
| 118 | 1016889 | ESTATE OF MARIA COLE | | 1014238 | MARIA COLE DBA ALICE WAY MUSIC | |
| 119 | 1017132 | FERGIE DUHAMEL | F/K/A STACY FERGUSON P/K/A FERGIE | | | |
| 120 | 1017786 | GEORGE STRAIT PRODUCTIONS, INC | THE ERV WOOLSEY COMPANY | | | |
| 121 | 1036050 | APOLLO RECORDS | NEW LINE CINEMA | | | |
| 122 | 1036269 | BONEY JAMES, INC. | | | | |
| 123 | 1036437 | CHRISTINA FLORES | | 1078153 | CHRISTINA FLORES | |
| 124 | 1036930 | FRANKIE LAINE | | 1036931 | FRANKIE LAINE | |
| 125 | 1037006 | GEORGE STRAIT | | | | |
| 126 | 1037115 | GUNS & ROSES | | 1037116 | GUNS N' ROSES | |
| 127 | 1037173 | HIDEOUT RECORD & DIST | THE ROCKETS | | | |
| 128 | 1037174 | HIDEOUT RECORDS | | | | |
| 129 | 1037265 | JEFFREY ISBELL PKA IZZY STRADLIN | | 1077278 | JEFFREY ISBELL PKA IZZY STRADLIN | |
| 130 | 1037542 | KATJA MOTION PICTURE CORP | | | | |
| 131 | 1037685 | LENNY KRAVITZ | | 1013523 | LENNY KRAVITZ | |
| | | | | 1013524 | LENNY KRAVITZ | |
| | | | | 1013525 | LENNY KRAVITZ | |
| | | | | 1037684 | LENNY KRAVITZ | |
| | | | | 1077720 | LENNY KRAVITZ C/O PROVIDENT FI | |
| 132 | 1037709 | LIBERTY RECORDS | | | | |
| 133 | 1037919 | MELISSA ETHERIDGE | | 1038035 | MLE MUSIC | |
| | | | | 1038036 | M.L.E. MUSIC, INC. | |
| 134 | 1037973 | MICHAEL MCDONALD | | | | |
| 135 | 1038113 | NATALIE COLE | | 1000727 | NATALIE COLE | |
| | | | | 1000729 | NATALIE COLE | |
| | | | | 1000730 | NATALIE COLE | |
| | | | | 1011870 | NATALIE COLE | |
| | | | | 1038114 | NATALIE COLE | |
| | | | | 1038115 | NATALIE COLE | |
| 136 | 1038229 | ONJ PRODUCTIONS | | | | |
| 137 | 1038254 | OWEN ELLIOT-KUGELL | | | | |
| 138 | 1038299 | PAUL WESTERBERG | | | | |
| 139 | 1038491 | RED HOT CHILI PEPPERS | | 112 | ANTHONY KIEDIS | |
| | | | | 113 | MICHAEL BALZARY P/K/A FLEA | |
| | | | | 114 | CHAD SMITH | |
| | | | | 115 | JOHN FRUSCIANTE | |
| | | | | 116 | CLIFF MARTINEZ | |
| | | | | 117 | JACK SHERMAN | |
| 140 | 1038542 | RICHARD CARPENTER | | 7781346 | RICHARD CARPENTER | |
| 141 | 1038624 | ROCKETS, THE | | | | |
| 142 | 1038738 | SELENA S/T-WARNER BROS. | | | | |
| 143 | 1038932 | STUDIO K, LLC | | | | |
| 144 | 1039082 | TOM PETTY | | | | |
| 145 | 1057301 | BOB SEGER | | | | |
| 146 | 1057501 | CONCORD MUSIC GROUP, INC. | | 1076698 | CONCORD MUSIC GROUP | DBA CONCORD MUSIC GROUP, INC. |
| | | | | 1077209 | HEADS UP INTERNATIONAL LTD | |
| | | | | 1077640 | CONCORD MUSIC GROUP INC | |
| | | | | 7812467 | CONCORD MUSIC GROUP | |
| 147 | 1076221 | KENNY EDWARDS | | | | |
| 148 | 1076696 | SONY PICTURES ENTERTAINMENT | F/K/A COLUMBIA TRISTAR HOME ENT. INC | 1011896 | COLUMBIA PICTURES INDUSTRIES | |
| | | | | 1036839 | ESP | |
| | | | | 1037353 | JERRY GOLDSMITH | |
| | | | | 1037365 | JESSE KAYE | METRO GOLDWYN MAYER INC |
| | | | | 1037818 | MARC MAYA PRODUCTIONS | FSO RICHARD RUDOLPH |
| | | | | 1039156 | TRI-STAR PRODUCTIONS | |
| | | | | 1075776 | COLUMBIA PICTURES INDUSTRIES | |
| | | | | 1077113 | SONY PICTURES ENTERTAINMENT | |
| | | | | 1078365 | SONY PICTURES ENTERTAINMENT | |
| 149 | 1077336 | NEW LINE PRODUCTIONS, INC. | | | | |

Case 3:11-cv-01613-SI, *James, et al. v. UMG Recordings, Inc.* (CV 11-01613 SI (MEJ))

**Requests for Exclusion**

| # | GCG # | Name | Name (cont.) | Affected Record(s) | Name | Name (cont.) |
|---|---|---|---|---|---|---|
| 150 | 1078105 | ANDRE YOUNG P/K/A DR. DRE | | 1002123 | ANDRE YOUNG P/K/A DR. DRE | |
| | | | | 1036016 | ANDRE YOUNG P/K/A DR. DRE | |
| 151 | 1078420 | WARNER CHAPPELL MUSIC INC | | 1008360 | CHAPPELL MUSIC INC. | UNICHAPPELL C/O WARNER/CHAPPEL |
| | | | | 1036922 | FOSTER FREES MUSIC, INC. | |
| | | | | 1038508 | REFUGE PRODUCTIONS | |
| | | | | 1039278 | WB MUSIC CORP. | |
| | | | | 1076224 | CHAPPELL & CO | |
| 152 | 1078434 | WILLIAM R MCLEAN | | | | |