UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, *et al.*, individually and on behalf of all others similarly situated JAMES, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UMG RECORDINGS, INC., *et al.*,<br><br>　　　　Defendants. | Case No.  11-cv-01613-SI<br><br>**JUDGMENT** |

　　　The Court has granted final approval to the class action settlement of this case. Judgment is entered accordingly.


**IT IS SO ORDERED AND ADJUDGED**.


Dated: April 13, 2016

_____
SUSAN ILLSTON
United States District Judge