UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR., 1999 TRUST, his successor in interest, *et al*., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UMG RECORDINGS, INC., *et al*.,<br><br>Defendants. | Case No. 11-cv-01613-SI<br><br>**ORDER AMENDING ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND INCENTIVE AWARDS**<br><br>Re: Dkt. No. 267 |

The Court's April 13, 2016 Order Granting Plaintiffs' Motion for Attorneys' Fees, Litigation Costs and Incentive Awards inadvertently omitted mention of an incentive award for plaintiff Arthur Paul Tavares. This order amends the April 13, 2016 order as follows: the Court approves a $5,000 incentive award to Arthur Paul Tavares.

**IT IS SO ORDERED**.

Dated: April 15, 2016

_____
SUSAN ILLSTON
United States District Judge